# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Susman Godfrey LLP | Please see attached addendum |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Donald B. Verrilli, Jr., Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue, NW, Suite 500 E<br>Washington, DC 20001, (202) 220-1100<br>Please see attached addendum for full list of counsel | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

### ○ A. *Antitrust*
- ☐ 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*
- ☐ 151 Medicare Act

Social Security
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)* OR ○ F. *Pro Se General Civil*

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

Other Statutes
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| | | | |
|---|---|---|---|
| ○ **G. *Habeas Corpus/ 2255*** <br> ☐ 530 Habeas Corpus – General <br> ☐ 510 Motion/Vacate Sentence <br> ☐ 463 Habeas Corpus – Alien Detainee | ○ **H. *Employment Discrimination*** <br> ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation) <br> *(If pro se, select this deck)* | ○ **I. *FOIA/Privacy Act*** <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br> *(If pro se, select this deck)* | ○ **J. *Student Loan*** <br> ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K. *Labor/ERISA (non-employment)*** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 740 Labor Railway Act <br> ☐ 751 Family and Medical Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ◉ **L. *Other Civil Rights (non-employment)*** <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☒ 440 Other Civil Rights <br> ☐ 445 Americans w/Disabilities – Employment <br> ☐ 446 Americans w/Disabilities – Other <br> ☐ 448 Education | ○ **M. *Contract*** <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ○ **N. *Three-Judge Court*** <br> ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

The Executive Order violates the U.S. Constitution, including the separation of powers and the First and Fifth Amendments

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** ____ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form

**DATE:** 4/11/2025 **SIGNATURE OF ATTORNEY OF RECORD** /s/ Donald B. Verrilli, Jr.

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# CIVIL COVER SHEET ADDENDUM

**I. (a) Defendants:**

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue NW, Washington, DC 20500

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW, Washington, DC 20530

OFFICE OF MANAGEMENT AND BUDGET
725 17th Street NW, Washington, DC 20503

SECURITIES AND EXCHANGE COMMISSION
100 F Street NE, Washington, DC 20549

UNITED STATES INTERNATIONAL TRADE COMMISSION
500 E Street SW, Washington, DC 20436

FEDERAL TRADE COMMISSION,
600 Pennsylvania Avenue NW, Washington, DC 20580

UNITED STATES PATENT AND TRADEMARK OFFICE
600 Dulany Street, Alexandria, VA 22314

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
131 M Street NE, Washington, DC 20507

DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW, Washington, DC 20220

THE UNITED STATES OF AMERICA
U.S. Attorney's Office for the District of Columbia
601 D Street NW, Washington, DC 20530

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon, Washington, DC 20301

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue SW, Washington, DC 20201

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue SW, Washington, DC 20202

U.S. DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Avenue NW, Washington, DC 20420

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
Office of General Counsel, Washington, DC 20511

CENTRAL INTELLIGENCE AGENCY
Litigation Division, Office of General Counsel, Washington, DC 20505

ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue NW, Washington, DC 20460

DEPARTMENT OF HOMELAND SECURITY
2707 Martin Luther King Jr Avenue SW, Mail Stop 0485, Washington, DC 20528

DEPARTMENT OF STATE
Suite 5.600, 600 19th Street NW, Washington, DC 20522

DEPARTMENT OF ENERGY
1000 Independence Avenue SW, Washington, DC 20585

DEPARTMENT OF LABOR
200 Constitution Avenue NW, Washington, DC 20210

DEPARTMENT OF AGRICULTURE
1400 Independence Avenue SW, Washington, DC 20250

DEPARTMENT OF COMMERCE
1401 Constitution Avenue NW, Washington, DC 20230

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 Seventh Street NW, Washington, DC 20410

SMALL BUSINESS ADMINISTRATION
409 Third Street SW, Washington, DC 20416

OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE
600 17th Street NW, Washington, DC 20508

DEPARTMENT OF THE INTERIOR
1849 C Street NW, Washington, DC 20240

DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue SE, Washington, DC 20590

PAMELA J. BONDI, in her official capacity as Attorney General of the United States
950 Pennsylvania Avenue NW, Washington, DC 20530

RUSSELL T. VOUGHT, in his official capacity as Director of The U.S. Office of Management and Budget
725 17th Street NW, Washington, DC 20503

MARK T. UYEDA, in his official capacity as Acting Chairman of the Securities and Exchange Commission
100 F Street NE, Washington, DC 20549

AMY A. KARPEL, in her official capacity as Chair of the U.S. International Trade Commission
500 E Street SW, Washington, DC 20436

ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission
600 Pennsylvania Avenue NW, Washington, DC 20580

COKE MORGAN STEWART, in her official capacity as Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office
600 Dulany Street, Alexandria, VA 22314

ANDREA R. LUCAS, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission
131 M Street NE, Washington, DC 20507

SCOTT BESSENT, in his official capacity as Secretary of the Treasury
1500 Pennsylvania Avenue NW, Washington, DC 20220

PETER B. HEGSETH, in his official capacity as the Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon, Washington, DC 20301

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue SW, Washington, DC 20201

LINDA M. MCMAHON, in her official capacity as Secretary of Education
U.S. Department of Education
400 Maryland Avenue SW, Washington, DC 20202

DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs
Department of Veterans Affairs
810 Vermont Avenue NW, Washington, DC 20420

TULSI GABBARD, in her official capacity as U.S. Director of National Intelligence
Office of the Director of National Intelligence, Office of General Counsel, Washington, DC 20511

JOHN L. RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency
Litigation Division, Office of General Counsel, Central Intelligence Agency, Washington, DC 20505

LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency
1200 Pennsylvania Avenue NW, Washington, DC 20460

KRISTI NOEM, in her official capacity as Secretary of Homeland Security
2707 Martin Luther King Jr Avenue SW, Mail Stop 0485, Washington, DC 20528

MARCO RUBIO, in his official capacity as Secretary of State
Suite 5.600, 600 19th Street NW, Washington DC 20522

CHRIS WRIGHT, in his official capacity as Secretary of Energy
1000 Independence Avenue SW, Washington, DC 20585

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor
200 Constitution Avenue NW, Washington, DC 20210

BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture
1400 Independence Avenue SW, Washington, DC 20250

HOWARD LUTNICK, in his official capacity as Secretary of Commerce
1401 Constitution Avenue NW, Washington, DC 20230

SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development
451 Seventh Street SW, Washington, DC 20410

KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration
409 Third Street SW, Washington, DC 20416

JAMIESON GREER, in his official capacity as United States Trade Representative
600 17th Street NW, Washington, DC 20508

DOUG BURGUM, in his official capacity as Secretary of the Interior
1849 C Street NW, Washington, DC 20240

SEAN DUFFY, in his official capacity as Secretary of Transportation
1200 New Jersey Avenue SE, Washington, DC 20590

**I. (c) Attorneys for Plaintiffs**

**MUNGER, TOLLES & OLSON LLP**

Shannon C. Galvin Aminirad (CA Bar #324780)
Ginger D. Anders (D.C. Bar #494471)
Esthena L. Barlow (D.C. Bar #90000252)
Brad D. Brian (CA Bar #79001)
Jennifer L. Bryant (CA Bar #293371)
Hailyn J. Chen (CA Bar # 237436)
Michael R. Doyen (CA Bar #119687)
Elaine J. Goldenberg (D.C. Bar #478383)
Jeremy S. Kreisberg (D.C. Bar #1048346)
Bethany W. Kristovich (CA Bar #241891)
Rachel G. Miller-Ziegler (D.C. Bar #229956)
William M. Orr (CA Bar #331842)
Miranda E. Rehaut (CA Bar #335748)
Kyle A. Schneider (D.C. Bar #90024468)
Donald B. Verrilli, Jr. (D.C. Bar #420434)
Adam B. Weiss (CA Bar #296381)
Juliana Yee (CA Bar #304564)

350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100

560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000

601 Massachusetts Avenue, NW, Suite 500 E
Washington, DC 20001
(202) 220-1100

*Counsel for Plaintiff Susman Godfrey LLP*