IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>       *Plaintiff*,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>       *Defendants*. | Civil Case No.: 1:25-cv-01107 |

**DECLARATION OF GINGER D. ANDERS**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

1.  I am an attorney in the law firm of Munger, Tolles & Olson LLP and a member of the Bar of this Court. I am one of the counsel of record in the above-captioned action representing Plaintiff, Susman Godfrey LLP. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order.

2.  I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

3.  Attached hereto as **Exhibit A** is a true and correct copy of an April 9, 2025 article by John Hughes titled "Trump Targets Law Firm Behind $787.5 Million Fox News Suit" and published by *Bloomberg Law*, as downloaded from *Bloomberg Law*'s website at https://tinyurl.com/tx8upuy9.

4.  Attached hereto as **Exhibit B** is a true and correct copy of an April 9, 2025 article by Sam Levine titled "Trump Signs Order Targeting Law Firm Behind $787.5M Fox Defamation Suit" and published in *The Guardian*, as downloaded from *The Guardian*'s website at https://tinyurl.com/bdd7t65k.

5. Attached hereto as **Exhibit C** is a true and correct copy of a Truth Social post on March 20, 2025 at 6:10 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website at https://tinyurl.com/3bj68n4r.

6. Attached hereto as **Exhibit D** is a true and correct copy of a Truth Social post on March 28, 2025 at 1:57 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website at https://tinyurl.com/bdcvadxk.

7. Attached hereto as **Exhibit E** is a true and correct copy of a Truth Social post on April 1, 2025 at 4:47 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website at https://tinyurl.com/382dx45m.

8. Attached hereto as **Exhibit F** is a true and correct copy of a Truth Social post on April 2, 2025 at 2:05 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website at https://tinyurl.com/ycmrsb44.

9. Attached hereto as **Exhibit G** is a true and correct copy of a Truth Social post on April 11, 2025 at 12:21 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website at https://tinyurl.com/5sehrehk.

10. Attached hereto as **Exhibit H** is a true and correct copy of a Truth Social post on April 11, 2025 at 12:19 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is

an account owned by President Donald J. Trump, as downloaded from Truth Social's website at https://tinyurl.com/3whcpdjd.

11.     Attached hereto as **Exhibit I** is a true and correct copy of an April 8, 2025 article by Matthew Goldstein titled "Two Law Firms File for Permanent Relief from Trump's Executive Orders" and published in the *New York Times*, as downloaded from the *New York Times*'s website at https://tinyurl.com/3nyeh2vf.

12.     Attached hereto as **Exhibit J** is a true and correct copy of a March 11, 2025 article (Updated March 25, 2025) by Michael Birnbaum titled "Law Firms Refuse to Represent Trump Opponents in the Wake of His Attacks" and published in the *Washington Post*, as downloaded from the *Washington Post*'s website at https://tinyurl.com/yn563p6x.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 14, 2025, in Washington, District of Columbia.

_____
Ginger D. Anders
D.C. Bar No. 494471