# EXHIBIT G



← **Truth Details**
873 replies

**Donald J. Trump** ✓
@realDonaldTrump

Today, President Donald J. Trump and Kirkland & Ellis LLP, Allen Overy Shearman Sterling US LLP, Simpson Thacher & Bartlett LLP, and Latham & Watkins LLP (the "Law Firms") announce the following agreement regarding a series of actions to be taken by the Law Firms:

1. The Law Firms will provide an aggregate total of at least $500 Million Dollars in pro bono and other free Legal services, during the Trump Administration and beyond, in the respective amounts set forth below, to causes that President Trump and the Law Firms both support and agree to work on, including in the following areas: Assisting Veterans and other Public Servants, including, among others, members of the Military, Gold Star families, Law Enforcement, and First Responders; ensuring fairness in our Justice System; and combatting Antisemitism. The Law Firms will take on a wide range of pro bono matters that represent the full political spectrum, including Conservative ideals.

The Law Firms and their commitments are: Kirkland & Ellis LLP, Allen Overy Shearman Sterling US LLP, Simpson Thacher & Bartlett LLP, and Latham & Watkins LLP: $125 Million Dollars each.

2. The Law Firms affirm their commitment to Merit-Based Hiring, Promotion, and Retention. Accordingly, the Law Firms will not engage in illegal DEI discrimination and preferences. The Law Firms affirm that it is their policy to give Fair and Equal consideration to Job Candidates, irrespective of their political beliefs, including Candidates who have served in the Trump Administration, and any other Republican or Democrat Administration. The Law Firms will engage outside counsel to advise the Law Firms in confirming their employment practices are fully compliant with Law, including, but not limited to, Anti-Discrimination Laws.

3. The Law Firms affirm that they will not deny representation to clients, such as members of politically disenfranchised groups and Government Officials, employees, and advisors, who have not historically received Legal representation from major National Law Firms, including in pro bono matters, and in support of non-profits, because of the personal political views of individual lawyers.

4. Concurrent with these agreements, the EEOC has withdrawn the March 17, 2025 letters to the Law Firms, and will not pursue any claims related to those issues....

4.37k ReTruths   18.5k Likes                    Apr 11, 2025, 12:21 PM

**New to Truth?**
Join Truth Social to get the full story and details.

Create Account

Sign In

Help Center • Legal

Proudly made in the United States of America. us