# EXHIBIT H



**Truth Details**
257 replies

**Donald J. Trump**
@realDonaldTrump

Today, President Donald J. Trump and Cadwalader, Wickersham & Taft, LLP ("Cadwalader") announce the following commitments regarding a series of actions to be taken by Cadwalader:

1. Cadwalader will provide a total of at least $100 Million Dollars in pro bono Legal Services, during the Trump Administration, and beyond, to causes that President Trump and Cadwalader both support, such as: Assisting Veterans and other Public Servants including, among others, members of the Military, Gold Star families, Law Enforcement, and First Responders; Ensuring fairness in our Justice System; and Combatting Antisemitism. Cadwalader's pro bono Committee will ensure that pro bono matters are consistent with these objectives, and that pro bono activities represent the full political spectrum, including Conservative ideals.

2. Cadwalader affirms its commitment to Merit-Based Hiring, Promotion, and Retention. Accordingly, the Firm will not engage in illegal DEI discrimination and preferences. Cadwalader affirms that it is Cadwalader's policy to give Fair and Equal consideration to Job Candidates, irrespective of their political beliefs, including Candidates who have served in the Trump Administration, and any other Republican or Democrat Administration. Cadwalader will engage independent outside counsel to advise the Firm in confirming that employment practices are fully compliant with Law, including, but not limited to, Anti-Discrimination Laws.

3. Cadwalader affirms that it will not deny representation to clients, such as members of politically disenfranchised groups and Government Officials, employees, and advisors, who have not historically received Legal representation from major National Law Firms, including in pro bono matters and in support of non-profits, because of the personal political views of individual lawyers, consistent with our intake and conflicts procedures and capabilities....

3.32k ReTruths   14.6k Likes                    Apr 11, 2025, 12:19 PM

**New to Truth?**
Join Truth Social to get the full story and details.



Sign In

Help Center • Legal

Proudly made in the United States of America. us