IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants*. | No. 1:25-cv-1107 |

**CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1**

Pursuant to Local Civil Rule 65.1(a), undersigned counsel hereby certifies that at 5:28 pm on April 14, 2025, Counsel for Plaintiff Susman Godfrey LLP (Susman) emailed the Chief of the Civil Division for the United States Attorney's Office for the District of Columbia, the Directors of the Federal Programs Branch of the Department of Justice, and the Deputy Associate Attorney General to provide them with notice that Susman would be filing the accompanying Motion for a Temporary Restraining Order (the "Motion"), and Counsel for Susman attached to the email electronic copies of the Complaint and the Motion and its accompanying memorandum, declarations, exhibits, and proposed order.

To provide further notice of the filing of Plaintiff's Complaint, the Motion, and the documents accompanying the Motion, Counsel for Susman also telephoned Department of Justice Federal Programs Branch Director Alex Haas at 5:30 pm on April 14, 2025, and left a voice mail about the filing of the TRO Motion.

Undersigned counsel will send physical copies of the relevant papers by certified mail to Defendants, the United States Attorney's Office for the District of Columbia, and the Office of the United States Attorney General.

1

Dated: April 14, 2025            Respectfully submitted,

                                       */s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Elaine J. Goldenberg (D.C. Bar No. 478383)
Ginger D. Anders (D.C. Bar. No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Elaine.Goldenberg@mto.com
Ginger.Anders@mto.com

Brad D. Brian**
Michael R. Doyen**
Hailyn J. Chen**
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Brad.Brian@mto.com
Michael.Doyen@mto.com
Hailyn.Chen@mto.com

***Pro hac vice* application forthcoming**

*Attorneys for Susman Godfrey LLP*

(*Additional counsel listed on following page*)

Bethany W. Kristovich**
Adam B. Weiss**
Jennifer L. Bryant**
William M. Orr**
Miranda E. Rehaut**
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Adam.Weiss@mto.com
Jennifer.Bryant@mto.com
William.Orr@mto.com
Miranda.Rehaut@mto.com

Rachel G. Miller-Ziegler (D.C. Bar No. 229956)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Kyle A. Schneider (D.C. Bar No. 90024468)*
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Rachel.Miller-Ziegler@mto.com
Jeremy.Kreisberg@mto.com
Kyle.Schneider@mto.com
Esthena.Barlow@mto.com

Juliana Yee**
Shannon C. Galvin Aminirad**
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Juliana.Yee@mto.com
Shannon.Aminirad@mto.com

* Admission pending
***Pro hac vice* application forthcoming

*Attorneys for Susman Godfrey LLP*