UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, et al., <br><br> *Defendants*. | Civil Case No. 1:25-cv-01107 |

# MOTION FOR ADMISSION *PRO HAC VICE* OF HAILYN CHEN

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Donald B. Verrilli, Jr., undersigning sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Hailyn Chen, of Munger, Tolles, & Olson LLP, to represent Plaintiff in the above-captioned case. The movant, Donald B. Verrilli, Jr., is a member in good standing of the United States District Court for the District of Columbia and has entered his appearance in this matter.

This motion is accompanied by a declaration from Hailyn Chen, attached hereto as Exhibit A, providing the information required by Rule 83.2(d). A [Proposed] Order is attached hereto as Exhibit B.

Dated: April 14, 2025                         Respectfully submitted,


By */s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue, NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1100
donald.verrilli@mto.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF HAILYN CHEN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.