UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>      Plaintiff,<br><br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>      Defendants. | Case No. 1:25-cv-1107 |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Richard Lawson as counsel for Defendants in this action.

Dated: April 15, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

By:     /s/ Richard Lawson
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Attorney for the United States of America*