UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25 - 1107 (LLA) |

# ORDER

Upon consideration of Plaintiff Susman Godfrey LLP's Motion for a Temporary Restraining Order ("TRO"), ECF No. 10; the memoranda, declarations, and exhibits submitted in support thereof, ECF Nos. 10-1 to 10-15; and the arguments presented at the motion hearing held on April 15, 2025, and for the reasons explained orally at the hearing, it is hereby

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order, ECF No. 10, is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from implementing or giving effect to Sections 1, 3, and 5 of Executive Order 14,263, 90 Fed. Reg. 15615 (Apr. 15, 2025), issued by the President on April 9, 2025, entitled "Addressing Risks from Susman Godfrey," including by relying on any of the statements in Section 1; it is further

**ORDERED** that Defendants are **DIRECTED** to rescind any and all guidance or direction that has already issued that relates to implementing or enforcing Sections 1, 3, and 5 of Executive Order 14,236; it is further

**ORDERED** that Defendants are **DIRECTED** to immediately issue guidance to their officers, staff, employees, and contractors to disregard Sections 1, 3, and 5 of Executive Order 14,236, and to carry on as if those sections of the Executive Order 14,236 had never issued; it is further

**ORDERED** that Defendants U.S. Department of Justice; Pamela Bondi, in her official capacity as U.S. Attorney General; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget, are **DIRECTED** to immediately issue guidance to all other agencies subject to Executive Order 14,236 to suspend and rescind any implementation or enforcement of Sections 1, 3, and 5 of Executive Order 14,236; it is further

**ORDERED** that Defendants are **DIRECTED** immediately to (1) communicate to every recipient of a request for disclosure of any relationship with Susman Godfrey LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14,236, that such request is rescinded until further order of the court; and (2) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14,236, until further order of the court; it is further

**ORDERED** that Defendants are **DIRECTED** to take, in good faith, any other steps that are necessary to prevent the implementation or enforcement of Sections 1, 3, and 5 of Executive Order 14,236 during the effective period of this order, until further order of the court; it is further

**ORDERED** that Defendants shall file a status report on or before 5:00 p.m. on Wednesday, April 16, 2025, describing the steps taken to ensure compliance with this order and certifying compliance with its requirements; and it is further

**ORDERED** that the parties shall file a joint status report on or before 5:00 p.m. on Wednesday, April 16, 2025, proposing a schedule to govern further proceedings in this case; and it is further

**ORDERED** that this order shall remain in effect until further order of the court.

**SO ORDERED.**

                                                  _____
                                                  LOREN L. ALIKHAN
                                                  United States District Judge

Date: April 15, 2025