### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants*. | No. 1:25-cv-1107-LLA |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 15, 2025 (Dkt. 15), the parties hereby submit the following Joint Status Report.

1. On April 15, 2025, the Court ordered that the "parties shall file a joint status report on or before 5:00 p.m. on Wednesday, April 16, 2025, proposing a schedule to govern further proceedings in this case." Dkt. No. 15 at 3.

2. The parties have met and conferred and jointly propose that the Court proceed to expedited dispositive motions briefing. Plaintiff Susman Godfrey LLP intends to move for summary judgment. Defendants intend to move to dismiss.

3. The parties respectfully propose the following schedule to govern briefing and argument on the parties' dispositive motions:

| | |
|---|---|
| Opening briefs | April 23, 2025 |
| Oppositions | April 30, 2025 |
| Replies | May 5, 2025 |
| Hearing | May 7, 2025 |

1

4. All parties have also agreed to extend the Temporary Restraining Order issued by this Court on April 15, 2025 (Dkt. 15) until final judgment. *See* Fed. R. Civ. P. 65(b)(2).

5. Based on their joint proposal and agreement, the parties have attached a proposed order to govern further proceedings.

Dated: April 16, 2025

Respectfully submitted,

/s/ *Richard Lawson*
Richard Lawson
Deputy Associate Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*

/s/ *Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Elaine J. Goldenberg (D.C. Bar No. 478383)
Ginger D. Anders (D.C. Bar. No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Elaine.Goldenberg@mto.com
Ginger.Anders@mto.com

Brad D. Brian
Michael R. Doyen
Hailyn J. Chen
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Brad.Brian@mto.com
Michael.Doyen@mto.com
Hailyn.Chen@mto.com

*Attorneys for Susman Godfrey LLP*

(*Additional counsel listed on following page*)

Bethany W. Kristovich**
Adam B. Weiss**
Jennifer L. Bryant**
William M. Orr**
Miranda E. Rehaut**
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Adam.Weiss@mto.com
Jennifer.Bryant@mto.com
William.Orr@mto.com
Miranda.Rehaut@mto.com

Rachel G. Miller-Ziegler (D.C. Bar No. 229956)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Kyle A. Schneider (D.C. Bar No. 90024468)*
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Rachel.Miller-Ziegler@mto.com
Jeremy.Kreisberg@mto.com
Kyle.Schneider@mto.com
Esthena.Barlow@mto.com

Juliana Yee**
Shannon C. Galvin Aminirad**
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Juliana.Yee@mto.com
Shannon.Aminirad@mto.com

* Admission pending
***Pro hac vice* application pending

*Attorneys for Susman Godfrey LLP*