IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>　　　　　*Defendants*. | No. 1:25-cv-1107-LLA |

### [PROPOSED] ORDER EXTENDING INJUNCTION AND EXPEDITING DISPOSITIVE MOTION PROCEEDINGS

Upon consideration of the parties' Joint Status Report dated April 16, 2025, it is hereby:

**ORDERED** that the injunction issued by this Court on April 15, 2025 (Dkt. 15) shall be **EXTENDED** by agreement of all parties until final judgment.

**IT IS FURTHER ORDERED** that the parties shall file any and all dispositive motions (including any motion for summary judgment and motion to dismiss) according to the following schedule:

| | |
|---|---|
| Opening briefs | April 23, 2025 |
| Oppositions | April 30, 2025 |
| Replies | May 5, 2025 |
| Hearing | May 7, 2025 |

**IT IS SO ORDERED.**

Washington, D.C.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**LOREN L. ALIKHAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge