IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSSMAN GODFREY LLP,<br><br>      Plaintiff,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>      Defendants. | Civil Action No. 25-1107 (LLA) |

**STATUS REPORT**

On April 15, 2025, the Court entered an Order (ECF 15) requiring, among other things, that Defendants file a status report by 5 p.m., April 16, 2025 "describing steps taken to ensure compliance with th[e] Order and certifying compliance with its requirements." Counsel for Defendants, accordingly, submit this Status Report.

1. On April 16, 2025, the Office of the Associate Attorney General sent via email a copy of the Court's Order, Executive Order 14263, and directions to all affected agencies to ensure compliance with the Order. A copy of the notice distributed to the agencies is attached.

2. Defendants' counsel will continue to engage with these agencies regarding compliance with the Court's Order to confirm that the agencies are taking necessary and appropriate steps to comply with the Order.

3. Counsel for Plaintiff and Defendants have conferred and agreed that the Department of Justice's distribution via email satisfies the notification requirements to all agencies, obviating the need for the issuance of additional guidance at this time by the Attorney General and Director of the Office of Management and Budget.

Dated: April 16, 2025
       Washington, DC

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*