# Attachment

To: General Counsels and Related Contacts for Agencies Subject to *Sussman Godfrey LLP v. Executive Office of the President, et al.*, No. 25-cv-1107, Dist. of Columbia District Court

From: Deputy Associate Attorney General Richard P. Lawson

Date: 4/16/25

Subject: Temporary Restraining Order / Notification Requirement

---

I am writing to inform you of an Order entered on Tuesday, April 15, 2025, by the federal District Court for the District of Columbia which requires government agencies, as explained further below, to cease implementation and, if necessary, rescind all guidance or other direction or action, if any, to implement or enforce Sections 1, 3, and 5 of Executive Order 14263 of April 9, 2025, 90 Fed. Reg. 15615 (Apr. 15, 2025), entitled, "Addressing Risks from Susman Godfrey." **The Order also requires the Government to certify compliance with the requirements of the Order on Wednesday, April 16, 2025; thus, your immediate attention to this matter is necessary.** Copies of the court Order and EO 14263 are attached.

In EO 14263, the President undertook efforts to protect the interests of the United States. EO 14263 made certain findings regarding the activity of the law firm Sussman Godfrey, *see* EO 14263 § 1, and, among other things, required Government contracting agencies to "require Government contractors to disclose any business that they do with Sussman [Godfrey] and whether that business is related to the subject of the Government contract," *id.* § 3(a). The EO also imposes certain requirements related to limiting access of employees of Sussman Godfrey to Federal buildings and engaging with or hiring Sussman Godfrey employees, *id.* § 5. After a hearing in a lawsuit brought by Sussman Godfrey, the Court entered a temporary restraining order. Pursuant to that Order, your agency, including your agency, are:

- Enjoined from implementing or giving effect to Sections 1, 3, and 5 of the EO, including by relying on any of the statements in Section 1 of the EO;

- Directed to rescind any and all guidance or direction that has already issued that relates to implementing or enforcing Sections 1, 3, and 5 of the EO;

- Directed to immediately issue guidance to officers, staff, employees, and contractors to disregard Sections 1, 3, and 5 of the EO and to "carry on as if those sections [of the EO] had never issued;"

- Directed immediately to communicate to every recipient of a prior request for disclosure of any relationship with Sussman Godfrey or with any person associated with the firm, made pursuant to Section 3 of the EO, that such request is rescinded;

- Directed to cease making requests for disclosure of any relationship with Sussman Godfrey or with any person associated with the firm made pursuant to Section 3 of the EO; and

- Directed to take any additional steps necessary to prevent implementation or enforcement of Sections 1, 3, and 5 of the EO.

Implementation of Sections 1, 3, and 5 of the EO is therefore prohibited and any prior steps taken, or guidance or directions issued, to implement those sections of the EO must be walked back or rescinded. To be clear, however, actions or activity the Department may be involved in with respect to Sussman Godfrey or agency contractors that are not based or founded on reliance on EO 14263 or on implementation of the EO are not affected by the Court's Order and agencies may carry on as if those sections had never been issued.

Please take **immediate** steps to carry out the injunctions and directions of the Court Order and ensure that your agency has instituted a plan to distribute notice of this injunction to appropriate staff. Please provide an update to my office by Monday, 12:00 pm ET as to your efforts to implement a distribution plan.

It remains the Executive Branch's position that Executive Order 14263 was lawfully issued and, while we are pursuing a fuller review of the Executive Order before the Court on an expedited briefing schedule, it is important that your agency remain in compliance with the TRO.

Do not hesitate to contact me at 202-445-8042 or via email at Richard.lawson3@usdoj.gov with any questions regarding carrying out and complying with the Court Order. Your cooperation is appreciated.