UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP,

    *Plaintiff*,

  v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

    *Defendants*.

Civil Action No. 25 - 1107 (LLA)

## ORDER

Upon consideration of the parties' Joint Status Report, ECF No. 27, it is hereby **ORDERED** that the injunction, ECF No. 15, issued by this court on April 15, 2025, and all restrictions and obligations imposed therein, shall be **EXTENDED** by agreement of all parties, *see* ECF No. 27, at 2; Fed. R. Civ. P. 65(b)(2), until final judgment is entered in this matter; it is further

**ORDERED** that, in accordance with the parties' joint proposal for an expedited briefing schedule on dispositive motions, the parties shall file dispositive motions according to the following schedule:

    (1) On or before April 23, 2025, the parties shall file any dispositive motions and opening briefs in support;

    (2) On or before April 30, 2025, the parties shall file any oppositions;

    (3) On or before May 5, 2025, the parties shall file any replies; and

    (4) A motions hearing, if necessary, will be scheduled for May 8, 2025 at 2:00 p.m. in Courtroom 21.

2

**SO ORDERED.**

_____

LOREN L. ALIKHAN
United States District Judge

Date: April 16, 2025