# EXHIBIT 3

# FRAUD STATISTICS - OVERVIEW

October 1, 1986 - September 30, 2024

**Civil Division, U.S. Department of Justice**

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM TOTAL | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 1987 | 340 | 31 | 86,479,949 | 0 | 0 | 0 | 86,479,949 | 0 | 0 | 0 |
| 1988 | 199 | 53 | 173,287,663 | 2,309,354 | 33,750 | 2,343,104 | 175,630,767 | 88,750 | 8,438 | 97,188 |
| 1989 | 215 | 94 | 197,202,180 | 15,111,719 | 1,681 | 15,113,400 | 212,315,580 | 1,446,770 | 200 | 1,446,970 |
| 1990 | 232 | 83 | 189,564,367 | 40,483,367 | 75,000 | 40,558,367 | 230,122,734 | 6,590,936 | 20,670 | 6,611,606 |
| 1991 | 232 | 87 | 270,530,467 | 70,384,431 | 69,500 | 70,453,931 | 340,984,398 | 10,667,537 | 18,750 | 10,686,287 |
| 1992 | 282 | 116 | 137,958,206 | 133,949,447 | 994,456 | 134,943,903 | 272,902,109 | 24,121,648 | 259,784 | 24,381,432 |
| 1993 | 304 | 138 | 181,945,576 | 183,643,787 | 6,603,000 | 190,246,787 | 372,192,363 | 27,576,235 | 1,766,902 | 29,343,137 |
| 1994 | 279 | 216 | 706,022,897 | 379,018,205 | 2,822,323 | 381,840,528 | 1,087,863,425 | 69,453,350 | 838,896 | 70,292,246 |
| 1995 | 232 | 269 | 269,989,642 | 239,024,292 | 1,635,000 | 240,659,292 | 510,648,934 | 45,162,296 | 465,800 | 45,628,096 |
| 1996 | 185 | 340 | 247,357,271 | 124,361,203 | 13,522,433 | 137,883,636 | 385,240,908 | 22,119,619 | 3,731,978 | 25,851,597 |
| 1997 | 182 | 548 | 465,568,061 | 621,919,274 | 6,021,200 | 627,940,474 | 1,093,508,535 | 65,857,419 | 1,658,485 | 67,515,904 |
| 1998 | 119 | 468 | 151,435,794 | 438,834,846 | 30,248,075 | 469,082,921 | 620,518,715 | 70,264,372 | 8,486,645 | 78,751,017 |
| 1999 | 141 | 493 | 245,390,485 | 482,565,233 | 5,067,503 | 487,632,736 | 733,023,221 | 63,018,064 | 1,374,487 | 64,392,552 |
| 2000 | 94 | 363 | 367,887,197 | 1,208,370,688 | 1,688,957 | 1,210,059,645 | 1,577,946,841 | 183,679,377 | 375,143 | 184,054,520 |
| 2001 | 85 | 314 | 494,496,974 | 1,215,525,916 | 128,587,151 | 1,344,113,067 | 1,838,610,042 | 187,590,470 | 30,701,881 | 218,292,350 |
| 2002 | 61 | 319 | 119,598,292 | 1,078,174,023 | 25,786,140 | 1,103,960,162 | 1,223,558,454 | 161,377,822 | 4,582,319 | 165,960,141 |
| 2003 | 94 | 334 | 711,098,299 | 1,534,862,352 | 5,185,911 | 1,540,048,263 | 2,251,146,563 | 337,307,857 | 1,382,741 | 338,690,598 |
| 2004 | 112 | 432 | 115,656,023 | 561,717,502 | 9,261,879 | 570,979,382 | 686,635,404 | 110,224,220 | 2,376,128 | 112,600,348 |
| 2005 | 107 | 407 | 276,914,983 | 1,149,047,524 | 7,481,593 | 1,156,529,117 | 1,433,444,099 | 168,580,543 | 2,031,695 | 170,612,237 |

# FRAUD STATISTICS - OVERVIEW

October 1, 1986 - September 30, 2024

**Civil Division, U.S. Department of Justice**

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 2006 | 76 | 385 | 1,712,459,257 | 1,491,105,499 | 22,711,363 | 1,513,816,862 | 3,226,276,119 | 219,976,072 | 5,647,836 | 225,623,908 |
| 2007 | 146 | 365 | 564,826,844 | 1,251,726,955 | 160,246,894 | 1,411,973,849 | 1,976,800,693 | 194,463,212 | 4,616,899 | 199,080,111 |
| 2008 | 166 | 379 | 312,193,480 | 1,103,918,516 | 12,678,936 | 1,116,597,452 | 1,428,790,932 | 208,432,587 | 2,997,615 | 211,430,202 |
| 2009 | 134 | 433 | 470,685,686 | 1,964,005,251 | 33,776,480 | 1,997,781,730 | 2,468,467,417 | 249,567,135 | 9,684,147 | 259,251,282 |
| 2010 | 144 | 576 | 649,300,368 | 2,279,055,248 | 109,778,613 | 2,388,833,862 | 3,038,134,230 | 379,518,436 | 30,915,991 | 410,434,427 |
| 2011 | 136 | 634 | 241,365,995 | 2,656,802,414 | 173,888,703 | 2,830,691,117 | 3,072,057,112 | 525,035,022 | 49,041,606 | 574,076,628 |
| 2012 | 158 | 655 | 1,612,212,862 | 3,376,995,169 | 90,248,343 | 3,467,243,512 | 5,079,456,374 | 440,072,456 | 24,861,743 | 464,934,199 |
| 2013 | 117 | 757 | 188,376,772 | 2,818,607,362 | 203,992,659 | 3,022,600,021 | 3,210,976,794 | 513,347,278 | 51,197,091 | 564,544,369 |
| 2014 | 119 | 716 | 1,677,608,226 | 4,390,679,739 | 91,136,701 | 4,481,816,440 | 6,159,424,665 | 703,127,381 | 17,615,475 | 720,742,857 |
| 2015 | 129 | 639 | 738,442,487 | 1,898,041,298 | 516,875,695 | 2,414,916,993 | 3,153,359,480 | 344,293,369 | 139,015,177 | 483,308,546 |
| 2016 | 184 | 710 | 1,929,556,062 | 2,928,674,132 | 108,298,069 | 3,036,972,202 | 4,966,528,263 | 525,393,509 | 29,658,600 | 555,052,108 |
| 2017 | 176 | 681 | 283,626,021 | 2,555,280,735 | 602,682,052 | 3,157,962,787 | 3,441,588,807 | 412,076,224 | 135,360,010 | 547,436,234 |
| 2018 | 133 | 648 | 769,596,453 | 1,998,130,585 | 210,796,053 | 2,208,926,638 | 2,978,523,091 | 328,088,091 | 37,505,357 | 365,593,449 |
| 2019 | 150 | 637 | 852,782,697 | 1,912,589,545 | 305,554,613 | 2,218,144,158 | 3,070,926,855 | 290,613,360 | 75,143,367 | 365,756,728 |
| 2020 | 261 | 676 | 547,903,198 | 1,536,464,401 | 193,883,475 | 1,730,347,877 | 2,278,251,075 | 280,178,891 | 51,274,154 | 331,453,044 |
| 2021 | 212 | 598 | 3,993,418,820 | 1,210,916,864 | 482,504,272 | 1,693,421,136 | 5,686,839,956 | 201,302,446 | 62,812,398 | 264,114,843 |
| 2022 | 304 | 659 | 250,337,200 | 807,053,802 | 1,189,419,176 | 1,996,472,978 | 2,246,810,178 | 147,540,269 | 350,218,543 | 497,758,812 |
| 2023 | 505 | 713 | 363,694,220 | 1,956,813,447 | 466,884,196 | 2,423,697,644 | 2,787,391,864 | 361,510,926 | 88,785,693 | 450,296,620 |
| 2024 | 423 | 979 | 502,887,566 | 2,199,885,934 | 217,965,112 | 2,417,851,046 | 2,920,738,612 | 344,841,553 | 59,129,896 | 403,971,450 |

# FRAUD STATISTICS - OVERVIEW

**October 1, 1986 - September 30, 2024**

**Civil Division, U.S. Department of Justice**

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| **TOTAL** | 7,168 | 16,945 | 23,069,658,542 | 49,816,050,060 | 5,438,406,957 | 55,254,457,018 | 78,324,115,560 | 8,224,505,503 | 1,285,562,540 | 9,510,068,042 |

NOTES:

1. New Matters refers to newly received referrals, investigations, and qui tam actions.
2. Settlements and judgments include common law recoveries arising out of our False Claims Act investigations.
3. Relator share awards are calculated on the portion of the settlement or judgment attributable to the relators' claims, which may be less than the total settlement or judgment, and are paid based on the amount collected on the settlement or judgment. Relator share awards do not include amounts recovered in subsection (h) or other personal claims. See 31 U. S. C. 3730(h).
4. Historically, non qui tam settlements and judgments did not include matters separately handled by the United States Attorneys' Offices, as the Civil Division did not maintain that data. However, beginning October 1, 2019, non qui tam settlements and judgments include settlements and judgments occurring on or after October 1, 2019 in matters separately handled by the United States Attorneys' Offices when those settlements and judgments have been reported to the Civil Division.

# FRAUD STATISTICS - HEALTH AND HUMAN SERVICES**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | TOTAL QUI TAM AND NON QUI TAM | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM TOTAL | QUI TAM | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 1987 | 12 | 3 | 11,361,826 | 0 | 0 | 0 | 11,361,826 | 0 | 0 | 0 |
| 1988 | 5 | 7 | 2,182,675 | 355,000 | 0 | 355,000 | 2,537,675 | 88,750 | 0 | 88,750 |
| 1989 | 19 | 16 | 350,460 | 5,099,661 | 0 | 5,099,661 | 5,450,121 | 50,000 | 0 | 50,000 |
| 1990 | 27 | 11 | 10,327,500 | 903,158 | 0 | 903,158 | 11,230,658 | 119,474 | 0 | 119,474 |
| 1991 | 19 | 12 | 8,670,735 | 5,420,000 | 0 | 5,420,000 | 14,090,735 | 861,401 | 0 | 861,401 |
| 1992 | 26 | 15 | 9,821,640 | 2,192,478 | 0 | 2,192,478 | 12,014,118 | 446,648 | 0 | 446,648 |
| 1993 | 22 | 38 | 12,523,165 | 151,760,404 | 0 | 151,760,404 | 164,283,569 | 22,946,101 | 0 | 22,946,101 |
| 1994 | 42 | 75 | 381,470,015 | 6,280,815 | 240,000 | 6,520,815 | 387,990,830 | 1,113,597 | 72,000 | 1,185,597 |
| 1995 | 26 | 87 | 96,290,779 | 84,061,789 | 1,620,000 | 85,681,789 | 181,972,568 | 14,337,982 | 465,800 | 14,803,782 |
| 1996 | 20 | 177 | 63,059,873 | 49,236,698 | 2,340,000 | 51,576,698 | 114,636,572 | 8,707,168 | 667,400 | 9,374,568 |
| 1997 | 48 | 269 | 351,440,027 | 578,987,081 | 92,500 | 579,079,581 | 930,519,608 | 58,852,605 | 20,250 | 58,872,855 |
| 1998 | 35 | 276 | 40,107,920 | 251,824,167 | 2,526,075 | 254,350,242 | 294,458,162 | 46,863,357 | 187,015 | 47,050,372 |
| 1999 | 28 | 315 | 88,000,792 | 396,402,128 | 1,366,699 | 397,768,827 | 485,769,619 | 45,174,556 | 317,829 | 45,492,385 |
| 2000 | 35 | 212 | 208,899,015 | 723,152,746 | 333,457 | 723,486,203 | 932,385,218 | 115,397,403 | 87,343 | 115,484,746 |
| 2001 | 34 | 181 | 435,849,179 | 931,262,922 | 14,991,554 | 946,254,475 | 1,382,103,654 | 143,904,700 | 3,735,500 | 147,640,200 |
| 2002 | 22 | 194 | 74,454,427 | 937,841,186 | 23,407,571 | 961,248,757 | 1,035,703,184 | 150,280,717 | 4,008,686 | 154,289,403 |
| 2003 | 27 | 215 | 541,929,810 | 1,304,920,314 | 2,880,785 | 1,307,801,099 | 1,849,730,909 | 284,074,368 | 722,233 | 284,796,601 |
| 2004 | 28 | 273 | 34,816,447 | 470,335,081 | 5,775,062 | 476,110,142 | 510,926,589 | 95,920,149 | 1,625,129 | 97,545,278 |
| 2005 | 35 | 270 | 204,821,548 | 906,656,836 | 6,671,593 | 913,328,429 | 1,118,149,977 | 120,989,298 | 1,900,095 | 122,889,393 |

# FRAUD STATISTICS - HEALTH AND HUMAN SERVICES**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 2006 | 19 | 216 | 1,050,520,714 | 1,227,114,221 | 16,229,540 | 1,243,343,761 | 2,293,864,475 | 163,167,984 | 3,921,996 | 167,089,981 |
| 2007 | 30 | 199 | 465,052,993 | 929,615,846 | 152,456,640 | 1,082,072,486 | 1,547,125,480 | 157,860,623 | 2,497,177 | 160,357,799 |
| 2008 | 64 | 231 | 162,972,022 | 1,005,797,375 | 6,852,571 | 1,012,649,946 | 1,175,621,969 | 192,433,605 | 1,522,164 | 193,955,770 |
| 2009 | 36 | 279 | 240,061,424 | 1,368,411,522 | 30,283,452 | 1,398,694,974 | 1,638,756,398 | 155,440,550 | 8,669,822 | 164,110,372 |
| 2010 | 42 | 385 | 549,097,732 | 1,955,805,336 | 16,366,232 | 1,972,171,568 | 2,521,269,301 | 335,084,132 | 4,639,804 | 339,723,936 |
| 2011 | 42 | 417 | 178,287,545 | 2,183,142,674 | 88,291,393 | 2,271,434,067 | 2,449,721,612 | 446,890,505 | 24,055,563 | 470,946,068 |
| 2012 | 31 | 417 | 561,373,967 | 2,581,755,899 | 37,838,668 | 2,619,594,567 | 3,180,968,534 | 296,968,575 | 10,598,793 | 307,567,368 |
| 2013 | 30 | 504 | 61,354,329 | 2,575,656,951 | 122,854,972 | 2,698,511,924 | 2,759,866,253 | 475,354,113 | 29,569,605 | 504,923,718 |
| 2014 | 34 | 471 | 89,054,490 | 2,282,799,137 | 75,322,326 | 2,358,121,462 | 2,447,175,952 | 385,057,130 | 13,397,186 | 398,454,316 |
| 2015 | 27 | 426 | 160,758,915 | 1,492,103,005 | 477,123,065 | 1,969,226,070 | 2,129,984,985 | 272,916,832 | 133,278,440 | 406,195,271 |
| 2016 | 95 | 504 | 97,407,797 | 2,552,466,698 | 75,145,688 | 2,627,612,387 | 2,725,020,184 | 464,489,816 | 20,481,847 | 484,971,663 |
| 2017 | 70 | 494 | 32,627,357 | 1,676,043,191 | 446,222,506 | 2,122,265,697 | 2,154,893,054 | 303,068,111 | 123,637,553 | 426,705,663 |
| 2018 | 61 | 447 | 568,069,015 | 1,866,262,636 | 172,958,622 | 2,039,221,258 | 2,607,290,272 | 302,832,476 | 27,091,647 | 329,924,123 |
| 2019 | 59 | 449 | 700,838,735 | 1,623,506,829 | 284,366,591 | 1,907,873,420 | 2,608,712,154 | 231,904,954 | 69,037,315 | 300,942,269 |
| 2020 | 121 | 458 | 402,745,794 | 1,308,863,256 | 180,079,049 | 1,488,942,305 | 1,891,688,099 | 233,406,379 | 48,094,625 | 281,501,003 |
| 2021 | 102 | 389 | 3,591,206,587 | 1,047,269,163 | 455,894,509 | 1,503,163,672 | 5,094,370,259 | 168,456,855 | 55,261,327 | 223,718,182 |
| 2022 | 100 | 371 | 110,945,182 | 670,449,478 | 1,013,430,856 | 1,683,880,334 | 1,794,825,516 | 120,843,612 | 298,530,981 | 419,374,593 |
| 2023 | 95 | 349 | 242,448,647 | 1,367,262,078 | 250,595,454 | 1,617,857,532 | 1,860,306,179 | 253,939,993 | 35,608,251 | 289,548,244 |
| 2024 | 85 | 370 | 224,465,398 | 1,261,905,095 | 189,582,215 | 1,451,487,310 | 1,675,952,708 | 210,305,585 | 50,903,353 | 261,208,937 |

# FRAUD STATISTICS - HEALTH AND HUMAN SERVICES**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| **TOTAL** | 1,653 | 10,022 | 12,065,666,476 | 37,782,922,855 | 4,154,139,644 | 41,937,062,499 | 54,002,728,975 | 6,280,550,102 | 974,606,728 | 7,255,156,830 |

NOTES:

** The information reported in this table covers matters in which the Department of Health and Human Services is the primary client agency.

1. New Matters refers to newly received referrals, investigations, and qui tam actions.
2. Settlements and judgments include common law recoveries arising out of our False Claims Act investigations.
3. Relator share awards are calculated on the portion of the settlement or judgment attributable to the relators claims, which may be less than the total settlement or judgment, and are paid based on the amount collected on the settlement or judgment. Relator share awards do not include amounts recovered in subsection (h) or other personal claims. See 31 U. S. C. 3730(h).
4. Historically, non qui tam settlements and judgments did not include matters separately handled by the United States Attorneys' Offices, as the Civil Division did not maintain that data. However, beginning October 1, 2019, non qui tam settlements and judgments include settlements and judgments occurring on or after October 1, 2019 in matters separately handled by the United States Attorneys' Offices when those settlements and judgments have been reported to the Civil Division.

# FRAUD STATISTICS - DEPARTMENT OF DEFENSE**

October 1, 1986 - September 30, 2024

Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | TOTAL QUI TAM AND NON QUI TAM | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM TOTAL | QUI TAM | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 1987 | 236 | 21 | 27,897,128 | 0 | 0 | 0 | 27,897,128 | 0 | 0 | 0 |
| 1988 | 117 | 33 | 149,136,213 | 0 | 33,750 | 33,750 | 149,169,963 | 0 | 8,438 | 8,438 |
| 1989 | 115 | 36 | 154,588,297 | 10,002,058 | 0 | 10,002,058 | 164,590,355 | 1,394,770 | 0 | 1,394,770 |
| 1990 | 69 | 46 | 117,115,978 | 21,630,713 | 69,000 | 21,699,713 | 138,815,691 | 3,776,850 | 18,870 | 3,795,720 |
| 1991 | 78 | 45 | 227,898,245 | 57,200,000 | 42,000 | 57,242,000 | 285,140,245 | 8,625,800 | 10,500 | 8,636,300 |
| 1992 | 73 | 61 | 62,603,695 | 127,700,000 | 994,456 | 128,694,456 | 191,298,151 | 23,540,000 | 259,784 | 23,799,784 |
| 1993 | 93 | 53 | 83,742,840 | 24,000,000 | 5,707,641 | 29,707,641 | 113,450,481 | 3,280,425 | 1,671,498 | 4,951,923 |
| 1994 | 62 | 80 | 222,799,421 | 369,136,206 | 1,530,000 | 370,666,206 | 593,465,627 | 67,712,678 | 451,200 | 68,163,878 |
| 1995 | 54 | 88 | 110,459,386 | 140,548,237 | 15,000 | 140,563,237 | 251,022,623 | 28,348,711 | 0 | 28,348,711 |
| 1996 | 44 | 75 | 78,085,099 | 55,908,927 | 5,924,726 | 61,833,653 | 139,918,752 | 10,825,550 | 1,696,923 | 12,522,473 |
| 1997 | 45 | 79 | 30,734,273 | 35,090,213 | 1,513,700 | 36,603,913 | 67,338,186 | 6,018,810 | 379,435 | 6,398,244 |
| 1998 | 29 | 61 | 71,063,139 | 122,463,185 | 27,717,000 | 150,180,185 | 221,243,324 | 12,213,171 | 8,298,630 | 20,511,801 |
| 1999 | 33 | 66 | 30,522,711 | 15,114,509 | 745,137 | 15,859,646 | 46,382,357 | 2,684,186 | 179,750 | 2,863,936 |
| 2000 | 9 | 40 | 53,007,693 | 95,607,325 | 505,500 | 96,112,825 | 149,120,518 | 15,668,259 | 122,800 | 15,791,059 |
| 2001 | 10 | 41 | 17,472,751 | 30,030,696 | 88,083,098 | 118,113,794 | 135,586,545 | 5,955,566 | 19,451,866 | 25,407,432 |
| 2002 | 16 | 41 | 15,017,365 | 18,057,658 | 1,350,000 | 19,407,658 | 34,425,022 | 2,576,196 | 381,000 | 2,957,196 |
| 2003 | 11 | 36 | 107,337,000 | 204,884,468 | 0 | 204,884,468 | 312,221,468 | 48,592,795 | 0 | 48,592,795 |
| 2004 | 16 | 49 | 10,098,491 | 21,581,366 | 0 | 21,581,366 | 31,679,857 | 3,031,610 | 0 | 3,031,610 |
| 2005 | 16 | 49 | 19,049,935 | 101,125,200 | 0 | 101,125,200 | 120,175,135 | 21,428,085 | 0 | 21,428,085 |

# FRAUD STATISTICS - DEPARTMENT OF DEFENSE**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM TOTAL | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 2006 | 14 | 68 | 586,550,385 | 52,480,219 | 1,520,203 | 54,000,421 | 640,550,806 | 11,128,675 | 299,986 | 11,428,661 |
| 2007 | 26 | 50 | 16,400,000 | 36,230,796 | 496,909 | 36,727,705 | 53,127,705 | 4,983,718 | 126,419 | 5,110,137 |
| 2008 | 28 | 43 | 70,756,834 | 60,468,116 | 5,701,365 | 66,169,481 | 136,926,315 | 11,891,101 | 1,439,451 | 13,330,552 |
| 2009 | 17 | 51 | 21,739,266 | 416,852,869 | 140,000 | 416,992,869 | 438,732,135 | 64,469,853 | 26,600 | 64,496,453 |
| 2010 | 25 | 56 | 29,581,482 | 231,354,446 | 9,473,700 | 240,828,146 | 270,409,628 | 28,632,565 | 2,833,839 | 31,466,404 |
| 2011 | 19 | 45 | 29,484,345 | 113,130,570 | 0 | 113,130,570 | 142,614,915 | 23,428,627 | 0 | 23,428,627 |
| 2012 | 19 | 59 | 2,000,000 | 167,886,739 | 307,000 | 168,193,739 | 170,193,739 | 21,077,673 | 70,000 | 21,147,673 |
| 2013 | 16 | 78 | 4,869,169 | 47,118,462 | 154,000 | 47,272,462 | 52,141,631 | 7,246,939 | 41,580 | 7,288,519 |
| 2014 | 13 | 44 | 14,102,250 | 51,734,251 | 9,014,000 | 60,748,251 | 74,850,501 | 9,439,658 | 2,693,500 | 12,133,158 |
| 2015 | 8 | 36 | 109,991,660 | 145,989,076 | 26,572,197 | 172,561,273 | 282,552,933 | 24,600,368 | 2,561,920 | 27,162,288 |
| 2016 | 8 | 32 | 60,625,089 | 47,939,275 | 13,715,000 | 61,654,275 | 122,279,365 | 9,837,392 | 3,928,000 | 13,765,392 |
| 2017 | 22 | 29 | 13,528,713 | 209,117,135 | 3,162,577 | 212,279,712 | 225,808,425 | 42,795,778 | 800,644 | 43,596,422 |
| 2018 | 15 | 34 | 11,765,439 | 46,056,955 | 16,700,000 | 62,756,955 | 74,522,394 | 9,709,444 | 4,592,500 | 14,301,944 |
| 2019 | 13 | 40 | 65,852,842 | 190,394,081 | 350,000 | 190,744,081 | 256,596,922 | 41,904,151 | 101,500 | 42,005,651 |
| 2020 | 32 | 35 | 31,213,617 | 51,415,401 | 5,709,798 | 57,125,199 | 88,338,817 | 11,743,785 | 934,905 | 12,678,690 |
| 2021 | 26 | 27 | 21,778,471 | 98,491,421 | 35,000 | 98,526,421 | 120,304,892 | 20,062,097 | 10,150 | 20,072,247 |
| 2022 | 26 | 40 | 47,879,577 | 27,136,293 | 28,675,000 | 55,811,293 | 103,690,871 | 6,817,050 | 8,583,125 | 15,400,175 |
| 2023 | 28 | 40 | 55,610,491 | 389,053,395 | 112,227,532 | 501,280,927 | 556,891,418 | 71,911,897 | 32,489,621 | 104,401,518 |
| 2024 | 26 | 34 | 8,045,579 | 71,238,356 | 14,000,000 | 85,238,356 | 93,283,935 | 14,212,559 | 4,200,000 | 18,412,559 |

# FRAUD STATISTICS - DEPARTMENT OF DEFENSE**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | TOTAL QUI TAM AND NON QUI TAM | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| **TOTAL** | 1,507 | 1,841 | 2,790,404,870 | 3,904,168,616 | 382,185,288 | 4,286,353,905 | 7,076,758,774 | 701,566,791 | 98,664,434 | 800,231,225 |

NOTES:

** The information reported in this table covers matters in which the Department of Defense is the primary client agency.

1. New Matters refers to newly received referrals, investigations, and qui tam actions.
2. Settlements and judgments include common law recoveries arising out of our False Claims Act investigations.
3. Relator share awards are calculated on the portion of the settlement or judgment attributable to the relators claims, which may be less than the total settlement or judgment, and are paid based on the amount collected on the settlement or judgment. Relator share awards do not include amounts recovered in subsection (h) or other personal claims. See 31 U. S. C. 3730(h).
4. Historically, non qui tam settlements and judgments did not include matters separately handled by the United States Attorneys' Offices, as the Civil Division did not maintain that data. However, beginning October 1, 2019, non qui tam settlements and judgments include settlements and judgments occurring on or after October 1, 2019 in matters separately handled by the United States Attorneys' Offices when those settlements and judgments have been reported to the Civil Division.

# FRAUD STATISTICS - OTHER (NON-HHS and NON-DOD)**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM TOTAL | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 1987 | 92 | 7 | 47,220,995 | 0 | 0 | 0 | 47,220,995 | 0 | 0 | 0 |
| 1988 | 77 | 13 | 21,968,775 | 1,954,354 | 0 | 1,954,354 | 23,923,129 | 0 | 0 | 0 |
| 1989 | 81 | 42 | 42,263,423 | 10,000 | 1,681 | 11,681 | 42,275,104 | 2,000 | 200 | 2,200 |
| 1990 | 136 | 26 | 62,120,889 | 17,949,496 | 6,000 | 17,955,496 | 80,076,385 | 2,694,612 | 1,800 | 2,696,412 |
| 1991 | 135 | 30 | 33,961,487 | 7,764,431 | 27,500 | 7,791,931 | 41,753,418 | 1,180,336 | 8,250 | 1,188,586 |
| 1992 | 183 | 40 | 65,532,871 | 4,056,969 | 0 | 4,056,969 | 69,589,840 | 135,000 | 0 | 135,000 |
| 1993 | 189 | 47 | 85,679,571 | 7,883,383 | 895,359 | 8,778,742 | 94,458,313 | 1,349,709 | 95,404 | 1,445,113 |
| 1994 | 175 | 61 | 101,753,461 | 3,601,184 | 1,052,323 | 4,653,507 | 106,406,968 | 627,074 | 315,696 | 942,770 |
| 1995 | 152 | 94 | 63,239,477 | 14,414,266 | 0 | 14,414,266 | 77,653,743 | 2,475,603 | 0 | 2,475,603 |
| 1996 | 121 | 88 | 106,212,299 | 19,215,578 | 5,257,707 | 24,473,285 | 130,685,584 | 2,586,902 | 1,367,655 | 3,954,557 |
| 1997 | 89 | 200 | 83,393,761 | 7,841,980 | 4,415,000 | 12,256,980 | 95,650,741 | 986,005 | 1,258,800 | 2,244,805 |
| 1998 | 55 | 131 | 40,264,735 | 64,547,494 | 5,000 | 64,552,494 | 104,817,229 | 11,187,844 | 1,000 | 11,188,844 |
| 1999 | 80 | 112 | 126,866,982 | 71,048,596 | 2,955,667 | 74,004,263 | 200,871,245 | 15,159,323 | 876,908 | 16,036,231 |
| 2000 | 50 | 111 | 105,980,489 | 389,610,617 | 850,000 | 390,460,617 | 496,441,106 | 52,613,715 | 165,000 | 52,778,715 |
| 2001 | 41 | 92 | 41,175,045 | 254,232,298 | 25,512,500 | 279,744,798 | 320,919,843 | 37,730,204 | 7,514,514 | 45,244,718 |
| 2002 | 23 | 84 | 30,126,500 | 122,275,178 | 1,028,569 | 123,303,748 | 153,430,248 | 8,520,908 | 192,633 | 8,713,542 |
| 2003 | 56 | 83 | 61,831,489 | 25,057,571 | 2,305,126 | 27,362,697 | 89,194,186 | 4,640,694 | 660,508 | 5,301,202 |
| 2004 | 68 | 110 | 70,741,084 | 69,801,056 | 3,486,818 | 73,287,873 | 144,028,957 | 11,272,462 | 750,999 | 12,023,461 |
| 2005 | 56 | 88 | 53,043,500 | 141,265,488 | 810,000 | 142,075,488 | 195,118,988 | 26,163,159 | 131,600 | 26,294,759 |

## FRAUD STATISTICS - OTHER (NON-HHS and NON-DOD)**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| 2006 | 43 | 101 | 75,388,158 | 211,511,060 | 4,961,620 | 216,472,680 | 291,860,838 | 45,679,413 | 1,425,854 | 47,105,266 |
| 2007 | 90 | 116 | 83,373,851 | 285,880,313 | 7,293,344 | 293,173,657 | 376,547,508 | 31,618,872 | 1,993,303 | 33,612,175 |
| 2008 | 74 | 105 | 78,464,624 | 37,653,025 | 125,000 | 37,778,025 | 116,242,649 | 4,107,880 | 36,000 | 4,143,880 |
| 2009 | 81 | 103 | 208,884,996 | 178,740,859 | 3,353,028 | 182,093,887 | 390,978,883 | 29,656,732 | 987,725 | 30,644,457 |
| 2010 | 77 | 135 | 70,621,154 | 91,895,466 | 83,938,681 | 175,834,147 | 246,455,301 | 15,801,739 | 23,442,348 | 39,244,087 |
| 2011 | 75 | 172 | 33,594,105 | 360,529,170 | 85,597,310 | 446,126,480 | 479,720,585 | 54,715,891 | 24,986,043 | 79,701,934 |
| 2012 | 108 | 179 | 1,048,838,895 | 627,352,531 | 52,102,675 | 679,455,206 | 1,728,294,101 | 122,026,208 | 14,192,949 | 136,219,158 |
| 2013 | 71 | 175 | 122,153,274 | 195,831,949 | 80,983,687 | 276,815,636 | 398,968,910 | 30,746,225 | 21,585,906 | 52,332,131 |
| 2014 | 72 | 201 | 1,574,451,486 | 2,056,146,352 | 6,800,375 | 2,062,946,727 | 3,637,398,213 | 308,630,594 | 1,524,789 | 310,155,383 |
| 2015 | 94 | 177 | 467,691,913 | 259,949,218 | 13,180,432 | 273,129,650 | 740,821,563 | 46,776,169 | 3,174,818 | 49,950,986 |
| 2016 | 81 | 174 | 1,771,523,175 | 328,268,159 | 19,437,381 | 347,705,540 | 2,119,228,715 | 51,066,300 | 5,248,753 | 56,315,052 |
| 2017 | 84 | 158 | 237,469,951 | 670,120,409 | 153,296,969 | 823,417,378 | 1,060,887,329 | 66,212,335 | 10,921,813 | 77,134,148 |
| 2018 | 57 | 167 | 189,762,000 | 85,810,994 | 21,137,431 | 106,948,425 | 296,710,425 | 15,546,171 | 5,821,211 | 21,367,382 |
| 2019 | 78 | 148 | 86,091,121 | 98,688,636 | 20,838,022 | 119,526,658 | 205,617,779 | 16,804,256 | 6,004,552 | 22,808,808 |
| 2020 | 108 | 183 | 113,943,787 | 176,185,744 | 8,094,628 | 184,280,372 | 298,224,159 | 35,028,727 | 2,244,624 | 37,273,351 |
| 2021 | 84 | 182 | 380,433,763 | 65,156,279 | 26,574,764 | 91,731,043 | 472,164,805 | 12,783,493 | 7,540,921 | 20,324,414 |
| 2022 | 178 | 248 | 91,512,440 | 109,468,031 | 147,313,320 | 256,781,351 | 348,293,791 | 19,879,607 | 43,104,437 | 62,984,044 |
| 2023 | 382 | 324 | 65,635,083 | 200,497,974 | 104,061,211 | 304,559,185 | 370,194,268 | 35,659,037 | 20,687,821 | 56,346,858 |
| 2024 | 312 | 575 | 270,376,589 | 866,742,483 | 14,382,897 | 881,125,379 | 1,151,501,969 | 120,323,410 | 4,026,544 | 124,349,954 |

# FRAUD STATISTICS - OTHER (NON-HHS and NON-DOD)**

### October 1, 1986 - September 30, 2024

### Civil Division, U.S. Department of Justice

| FY | NEW MATTERS° | | SETTLEMENTS AND JUDGMENTS[1] | | | | | RELATOR SHARE AWARDS[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NON QUI TAM | QUI TAM | NON[3] QUI TAM | QUI TAM | | | TOTAL QUI TAM AND NON QUI TAM | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL |
| | | | TOTAL | WHERE U.S. INTERVENED OR OTHERWISE PURSUED | WHERE U.S. DECLINED | TOTAL | | | | |
| **TOTAL** | 4,008 | 5,082 | 8,213,587,196 | 8,128,958,589 | 902,082,025 | 9,031,040,614 | 17,244,627,810 | 1,242,388,609 | 212,291,378 | 1,454,679,988 |

NOTES:

** The information reported in this table covers matters in which the primary client agency is neither the Department of Health and Human Services nor the Department of Defense.

1. New Matters refers to newly received referrals, investigations, and qui tam actions.

2. Settlements and judgments include common law recoveries arising out of our False Claims Act investigations.

3. Relator share awards are calculated on the portion of the settlement or judgment attributable to the relators claims, which may be less than the total settlement or judgment, and are paid based on the amount collected on the settlement or judgment. Relator share awards do not include amounts recovered in subsection (h) or other personal claims. See 31 U. S. C. 3730(h).

4. Historically, non qui tam settlements and judgments did not include matters separately handled by the United States Attorneys' Offices, as the Civil Division did not maintain that data. However, beginning October 1, 2019, non qui tam settlements and judgments include settlements and judgments occurring on or after October 1, 2019 in matters separately handled by the United States Attorneys' Offices when those settlements and judgments have been reported to the Civil Division.