IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, et al., <br><br> Defendants. | No. 1:25-cv-01107-LLA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Movant Eric Citron moves for the admission and appearance of attorney Sean C. Grimsley *pro hac vice* in the above-entitled action for the sole purpose of filing an *amicus* brief in support of Plaintiff. This motion is supported by the attached Declaration of Sean C. Grimsley. This motion is supported and signed by Eric Citron, an active and sponsoring member of the Bar of this Court.

Dated: April 23, 2025

Respectfully submitted,

*/s/ Eric Citron*

Eric Citron
D.D.C. Bar # 1001069
**Zimmer, Citron & Clarke, LLP**
130 Bishop Allen Drive
Cambridge, MA 02139
eric@zimmercitronclarke.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*/s/ Eric Citron*