# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>                Plaintiff,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF MANAGEMENT AND BUDGET, SECURITIES AND EXCHANGE COMMISSION, UNITED STATES INTERNATIONAL TRADE COMMISION, FEDERAL TRADE COMMISION, UNITED STATES PATENT AND TRADEMARK OFFICE, EQUAL EMPLOYMENT OPPORTUNITY COMMISION, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF VETERANS AFFAIRS, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, CENTRAL INTELLIGENCE AGENCY, ENVIRONMENTAL PROTECTION AGENCY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF ENERGY, DEPARTMENT OF LABOR, DEPARTEMNT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SMALL BUSINESS ADMINISTRATION, OFFICE OF THE TRADE REPRESENTATIVE, DEPARTEMNT OF THE INTERIOR, DEPARTMENT OF TRANSPORTION, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, RUSSELL T. VOUGHT, MARK T. | Civil Action No. 25-1107 (LLA) |

UYEDA, AMY A. KARPEL, ANDREW N. FERGUSON, COKE MORGAN STEWART, ANDREA R. LUCAS, SCOTT BESSENT, PETER B. HEGSETH, ROBERT F. KENNEDY, JR., LINDA M. MCMAHON, DOUGLAS A. COLLINS, TULSI GABBARD, JOHN L. RATCLIFFE, LEE M. ZELDIN, KRISTI NOEM, MARCO RUBIO, CHRIS WRIGHT, LORI CHAVEZ-DEREMER, BROOKE L. ROLLINS, HOWARD LUTNICK, SCOTT TURNER, KELLY LOEFFLER, JAMIESON GREER, DOUG BURGUM, and SEAN DUFFY,

Defendants.

## **DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move to dismiss. The grounds for the motion are explained in the accompanying memorandum in support of this motion. A proposed order is also submitted herewith.

Dated: April 23, 2025
      Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*