THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 25-1107 (LLA) |

**[Proposed] ORDER**

After consideration of Defendants' Motion to Dismiss [ECF No. ___], it is hereby

**ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendants.

**SO ORDERED**.

Dated: _____

_____
LOREN L. ALIKHAN
United States District Judge