**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SUSMAN GODFREY LLP,

　　　　　　　　　　*Plaintiff*,

　　v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,

　　　　　　　　　　*Defendants*.

Civil Action No. 25-cv-1107-LLA

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 775 LAW PROFESSORS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

The motion for leave to file the Brief of *Amici Curiae* 775 Law Professors is **GRANTED**.

　　　　**SO ORDERED.**

Washington, D.C.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**LOREN L. ALIKHAN**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judges