# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, | |
| Plaintiff, | |
| v. | No. 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Movant Eric Citron moves for the admission and appearance of attorney David J. Zimmer *pro hac vice* in the above-entitled action for the sole purpose of filing an *amicus* brief in support of Plaintiff. This motion is supported and signed by Eric Citron, an active and sponsoring member of the Bar of this Court.

Dated: April 24, 2025                                  Respectfully submitted,

                                                       */s/ Eric Citron*
                                                       _____

                                                       Eric Citron (D.D.C. Bar # 1001069)
                                                       **Zimmer, Citron & Clarke LLP**
                                                       130 Bishop Allen Drive
                                                       Cambridge, MA 02139
                                                       eric@zimmercitronclarke.com

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Susman Godfrey LLP )
    Plaintiff(s) )
)
vs. )  Case Number: 25-cv-1107
)
Executive Office of the President, et al. )
    Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

  In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: David J. Zimmer

2. State bar membership number: 692715 (MA)

3. Business address, telephone and fax numbers:
   130 Bishop Allen Dr., Cambridge, MA 02139; 617-676-9421

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   see attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  1

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 24, 2025

DATE

SIGNATURE OF ATTORNEY

2

**David J. Zimmer Bar Admissions (as of April 24, 2025)**

Commonwealth of Massachusetts (692715)

State of California (272830)

U.S. Supreme Court

U.S. Court of Appeals, First Circuit

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Third Circuit

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Sixth Circuit

U.S. Court of Appeals, Eighth Circuit

U.S. Court of Appeals, Ninth Circuit

U.S. Court of Appeals, Eleventh Circuit

U.S. Court of Appeals, Federal Circuit

U.S. Court of Appeals, District of Columbia Circuit

U.S. District Court, District of Massachusetts

U.S. District Court, Northern District of California

U.S. District Court, Central District of California

U.S. Court of Claims

U.S. Tax Court

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **September 3, 2015**, said Court being the highest Court of Record in said Commonwealth:

## David Jacob Zimmer

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **first** day of **April**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

Dated: April 24, 2025                                            */s/ Eric F. Citron*
                                                                                   Eric F. Citron