UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSMAN GODFREY LLP,    )  | |
| ) | |
| Plaintiff    ) | Civil Action |
| ) | No. 1:25-cv-1107 (LLA) |
| ) | |
| v.    ) | |
| ) | |
| EXECUTIVE OFFICE    ) | |
| OF THE PRESIDENT, *et al*    ) | |
| ) | |
| Defendants.    ) | |

**[PROPOSED] ORDER GRANTING THE MOTION OF
LAWYERS DEFENDING AMERICAN DEMOCRACY LEAVE
TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND DECLARATORY
AND PERMANENT INJUNCTIVE RELIEF**

Upon consideration of the Motion of Lawyers Defending American Democracy for Leave To File A Brief As Amicus Curiae in Support of Plaintiff, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the motion of Lawyers Defending American Democracy for leave to file its amicus brief is **GRANTED** and the Clerk of the Court shall accept the amicus brief attached to the motion as filed April 24, 2025, *nunc pro tunc*.

**SO ORDERED** this ___ day of April 2025

_____
LOREN L. ALIKHAN
United States District Judge