IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, | |
| Plaintiff, | Civil Action No. 1:25-1107 (LLA) |
| v. | |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | |
| Defendants | |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

Upon consideration of the uncontested Motion for Leave to file the Amicus Brief of Professor Aaron H. Caplan Regarding Attainder, and for good cause shown:

It is hereby ORDERED that:

1. The Motion is Granted; and

2. The Clerk is directed to file the Amicus brief.


Dated: April ___ 2025

_____
United States District Judge

Copies to all Counsel