AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▾

| | | |
|---|---|---|
| Susman Godrey LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-01107 (LLA) |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus State of Washington                                                    .

Date:    04/23/2025

s/ Cristina Sepe
*Attorney's signature*

Cristina Sepe, WSBA 53609
*Printed name and bar number*

PO Box 40100
1125 Washington Street SE
Olympia, WA  98504-0100
*Address*

Cristina.Sepe@atg.wa.gov
*E-mail address*

(360) 753-7085
*Telephone number*

*FAX number*