AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Susman Godfrey LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1107 |
| Executive Office of the President et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Law Firm Partners United              .

Date:  04/25/2025

/s/ David Zimmer
*Attorney's signature*

David Zimmer (pro hac vice)
*Printed name and bar number*

Zimmer, Citron & Clarke LLP
130 Bishop Allen Dr.
Cambridge, MA 02139

*Address*

david@zimmercitronclarke.com
*E-mail address*

(617) 676-9421
*Telephone number*

*FAX number*