IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>      Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>      Defendants. | Civil Action No. 1:25-cv-1107 (LLA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Sara E. Kropf, of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of proposed amici former judges.

Dated: April 25, 2025

Respectfully submitted,

/s/ Sara E. Kropf
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street, NW
Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2025, the foregoing notice was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Sara E. Kropf
Sara E. Kropf