IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>      Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>      Defendants. | Civil Action No. 1:25-cv-1107 (LLA) |

**[PROPOSED] ORDER**

The motion of 366 Former Judges for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment is GRANTED.

Dated: _____

                                                                                     Judge Loren L. AliKhan