IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>       Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>       Defendants. | Civil Action No. 1:25-1107 (LLA) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Amici move for admission and appearance of attorney Donald Falk *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Donald Falk. As set forth in that declaration, he is admitted and active member in good standing in the following bars: California, the District of Columbia, and numerous federal district courts and courts of appeal, along with the United States Supreme Court.

This motion is supported and signed by Sara E. Kropf, an active and sponsoring member of the Bar of this Court.

Dated: April 25, 2025          Respectfully submitted,

                                       /s/ Sara E. Kropf
                                       Sara E. Kropf (DC Bar No. 481501)
                                       Kropf Moseley Schmitt
                                       1100 H Street, NW
                                       Suite 1220
                                       Washington, DC 20005
                                       (202) 627-6900
                                       sara@kmlawfirm.com

                                       *Attorney for Amici Curiae Former Judges*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2025, the foregoing motion was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Sara E. Kropf
Sara E. Kropf