# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Susman Godfrey LLP
_____
Plaintiff(s)

vs.

Executive Office of the President et al.
_____
Defendant(s)

Case Number: 1:25-cv-01107-LLA

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Donald Manwell Falk

2. State bar membership number:  150256

3. Business address, telephone and fax numbers:
   Schaerr Jaffe LLP, Four Embarcadero Center, Suite 1400, San Francisco CA 94111, 415

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    Yes ☐    No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    Yes ☐    No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  Three

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?  Yes

9. Do you have a pending application for admission into USDC for the District of Columbia?  Yes

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☑ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 21. 2025
_____                 _____
DATE                                        SIGNATURE OF ATTORNEY

2

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2025

**LICENSEE NAME:** Donald Manwell Falk

**LICENSEE BAR NUMBER:** 150256

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/6/1990

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Donald Manwell Falk's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record