UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSMAN GODFREY LLP,**<br><br>*Plaintiff*,<br><br>v.<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT,** *et al.*,<br><br>*Defendants*. | **Case No.: 1:25-cv-1107-LLA**<br>**Hon. Loren L. AliKhan** |

**[PROPOSED] ORDER GRANTING
THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,
PUBLIC COUNSEL, WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS, PUBLIC INTEREST LAW CENTER, CHICAGO LAWYERS'
COMMITTEE FOR CIVIL RIGHTS UNDER LAW, MISSISSIPPI CENTER FOR
JUSTICE, AND LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN
FRANCISCO BAY AREA LEAVE TO FILE BRIEF OF AMICI CURIAE
<u>IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of Amici's Motion, the Court hereby ORDERS that the Motion for leave is

GRANTED.

**SO ORDERED.**

Date: _____

_____
Hon. Loren L. AliKhan
United States District Judge