AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SUSMAN GODFREY LLP ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, ET AL. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Law Firms    .

Date:   04/25/2025

/s/ Nathan P. Eimer
*Attorney's signature*

Nathan P. Eimer (IL Bar ID: 735353)
*Printed name and bar number*

EIMER STAHL LLP
224 S. Michigan Ave. Ste. 1100
Chicago, IL 60604

*Address*

neimer@eimerstahl.com
*E-mail address*

(312) 660-7600
*Telephone number*

(312) 692-1718
*FAX number*