UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>   *Defendants*. | Case No. 1:25-cv-1107-LLA |

**[PROPOSED] ORDER**

Before the Court is a motion for the admission of attorney Adria Bonillas pro hac vice as counsel for Amicus Curiae Lawyers' Committee for Civil Rights Under Law. Upon consideration of the motion and supporting attachments:

It is hereby ORDERED that the motion is GRANTED.

Dated: _____

                Hon. Loren L. AliKhan
                United States District Court Judge