IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUSMAN GODFREY, LLP** ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> **EXECUTIVE OFFICE OF THE PRESIDENT** ) <br>  et al., ) <br> *Defendants*. ) <br> _____ ) | Civil Action No. 1:25-cv-1107-LLA |

**UNOPPOSED MOTION OF FORMER PRESIDENTS
OF THE DISTRICT OF COLUMBIA BAR,
PAST PRESIDENTS OF VOLUNTARY BAR ASSOCIATIONS,
AND VOLUNTARY BAR ASSOCIATIONS IN THE DISTRICT OF COLUMBIA
FOR LEAVE TO FILE *AMICI CURIAE BRIEF* IN SUPPORT OF PLAINTIFF**

**INTRODUCTION AND INTERESTS OF AMICI**

Pursuant to LCvR 7(o), this request for leave to file the attached *amicus curiae* brief is filed on behalf of four categories of leadership of the legal profession in the District of Columbia: (1) former Presidents of The District of Columbia Bar, (2) former senior executive staff with the DC Bar, (3) former leaders of District of Columbia many voluntary bar associations, and (4) five District of Columbia voluntary bar associations. These leaders and bar associations wish to file this *amici* brief in support of Plaintiff's motion for summary judgment and permanent injunction (ECF No. 51)[1] Consistent with Local Rule 7(m), we have apprised counsel for Plaintiff and Defendants, who have each advised that they do not object to the filing of this motion.

---

[1] The list of former Presidents of The District of Columbia Bar, former leaders of District of Columbia voluntary bar association leaders, former DC Bar senior staff, and voluntary bar associations on whose behalf this motion is submitted appears at the end of this motion. The individual former bar leaders are seeking to participate as *amici* in their personal capacity and not as members of their law firms, companies, or employers.

1

Each of the former District of Columbia Presidents seeking status as *amici curiae*, including the undersigned counsel, was elected at various points over the past five decades by the tens of thousands of lawyers authorized to practice law in the Nation's Capital.  The DC Bar is a "mandatory" bar that was formed in 1972 as an official arm of the District of Columbia Court of Appeals.  The DC Bar is responsible for licensing lawyers and regulating the practice of law in Washington. The DC Bar is the second largest mandatory bar in the country.

The District of Columbia also has numerous private organizations of lawyers called "voluntary bars" that focus on professional development and advocacy but do not regulate the practice of law or discipline lawyers.  The other *amici* who join in this brief are former presidents of a number of those voluntary bar associations, including the Women's Bar Association, the Bar Association of the District of Columbia, National Bar Association, Washington Bar Association, ,and Trial Lawyers Association of Metropolitan Washington, DC.  In addition, the present leadership of five of these voluntary bar associations -- [Bar Association of the District of Columbia](), [Women's Bar Association of the District of Columbia](), [Hispanic Bar Association of the District of Columbia](), [Trial Lawyers Association of Metropolitan Washington, DC](), and [Metropolitan Washington Employment Lawyers Association]() – have voted to include their bar associations as *amici curiae*.

These former DC. Bar presidents and leaders are of varying political affiliations.  We have conflicting perspectives on many issues of law and policy. But as former bar leaders, each of us has promoted and acted to advance the Bar's core values of increasing access to justice in our community.  In addition, these voluntary bar associations have varying missions and organizational goals and values.  All of the signatories are united in the view that our democracy

depends on the crucial role of the courts (and by extension lawyers as officers of the court) in our constitutional system of checks and balances to uphold and defend the Rule of Law.

While we are aligned with the position of the Plaintiff, our interests are distinct from those of a law firm. Thes individual former DC Bar leaders and the lawyers represented by the voluntary bar associations are lawyers whose primary careers have been in government service, in private practice in large and small firms, in the academic community, in public interest organizations, in corporate law departments, or in a combination of those experiences. The formal steps taken by the Trump Administration to penalize and intimidate the President's perceived political enemies profoundly affect all lawyers, and most particularly those in the seat of government where we and others practice law.

We are aware that in this extraordinary time in the history of our democracy, even the filing of a "friend of the court" brief now potentially places us at personal risk of reprisal from the Trump Administration.  We nonetheless believe that it is imperative that members of the legal community and particularly its leaders speak out publicly to denounce the current Administration's unprecedented and unconstitutional actions to prevent its political opponents from having access to legal counsel and to muzzle and restrain a profession that is essential to the administration of justice.

## **CONCLUSION**

For these reasons, we respectfully request that this Court enter the attached order granting leave to participate in this case as *amici curiae* and permit the filing of attached *amici* brief.

Dated: April 25, 2025          Respectfully submitted.

                                         Andrea C. Ferster
                                         Law Offices of Andrea C Ferster
                                         DC Bar #384648
                                         68 Beebe Pond Road
                                         Canaan, NY 12029
                                         Phone: 202-669-6311
                                         Email: Andreaferster@gmail.com

*Of Counsel*
Philip Allen Lacovara
(DC Bar #194472)
4352 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

4

**PROPOSED AMICI CURIAE**

*<u>Past Presidents of The District of Columbia Bar</u>*
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker 1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)

***Other Former Leaders of The District of Columbia Bar***

    Katherine A. Mazzaferri
        (Executive Director, 1982-2010,
        Chief Executive Officer, 2010-2017)

    Cynthia D. Hill
        (Assistant Executive Director for Programs, 1990-2010,
        Chief Programs Officer, 2010- 2017)

    Maureen Thornton Syracuse
        (DC Bar Pro Bono Center,
        Director/Executive Director, 1992-2011)

***Past Presidents of Voluntary Bars***
**(**appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, Past President of DC Women's Bar Association (2013-2014

Ralph P. Albrecht, Past President, The Bar Association of the District of Columbia (2008-2009)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024), President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, Past President, Bar Association of the District of Columbia (1997-98)

Robert L. Bell, Past President, Washington Bar Association (2007-2008)

Joel P. Bennett, Past President, Bar Association of DC 1992-1993

Joseph Cammarata, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, Past President, Women's Bar Association of the District of Columbia (2003-2004); Past President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, Past President, Bar Association of the District of Columbia (2004-2005)

Daniel Trujillo Esmeral, President, the Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, Past President, Washington Bar Association (2014-2016); Past President, Trial Lawyers Association of Metropolitan Washington DC (2012)

Michael Feldman, Past President of the Metropolitan Washington Trial Lawyers Association (1998-1999)

L. Palmer Foret, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2003-2004)

Iris McCollum Green, Past President, Washington Bar Association (2010-2012)

Kathleen Gunning, Past President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, Past President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, Past President, Trial Lawyers Association of the District of Columbia (2016-2017)

Christopher G. Hoge, Past President, Bar Association of the District of Columbia (1998-99)

Gerald I. Holtz, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1986-1987)

Ronald C. Jessamy, Sr., Past President, Washington Bar Association (2008 - 2010)

Matthew G. Kaiser, Past President, Bar Association of the District of Columbia (2017-18)

Nancy Aliquo Long, Past President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, Past President DC Trial Lawyers Association (2013-2014)

Patrick Malone, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2004-2005)

M. Elizabeth Medaglia, Past President, Women's Bar Association of the District of Columbia (1982-83); Past President, Assistant United States Attorneys Association of DC (1984-85); Past President, Charles Fahy American Inn of Court (1990-92)

W. Charles Meltmar, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2021-2022)

Sonia Murphy, Past President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, Past President, Bar Association of the District of Columbia (1996-97)

Christopher T. Nace, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2017-18)

Michelle A. Parfitt, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2002-2003)

Patrick M. Regan, Past President, Trial Lawyers Association of Metropolitan Washington D.C. (1991-92)

Melissa Rhea, Past President of the D.C. Trial Lawyers Association (2006-2007)

Sandra H. Robinson, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1997-1998)

Ira Sherman, Past President, Trial Lawyers Association of Metropolitan D.C. (1993-1994)

Allan M. Siegel, Past President, Trial Lawyers Association of Metropolitan Washington, DC (2008-2009)

Gwendolyn Simmons, Past President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, Past President, Bar Association of the District of Columbia (2011-12) Past President, Atlanta Bar Association (1998-99)

Suzanne M. Snedegar, Past President, Women's Bar Association of the District of Columbia (1979-1980)

James W. Taglieri, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1989-1990)

Lucy L. Thomson, Past President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, Past President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, Past President, Bar Association of the District of Columbia, Washington Bar Association, National Bar Association

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)

**DC Voluntary Bar Associations**

**The Bar Association of the District of Columbia (BADC)**

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the US Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the Judiciary, law firms and lawyers.

**The Women's Bar Association of the District of Columbia**

The mission of the Women's Bar Association of the District of Columbia is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBA envisions a world in which all women lawyers are empowered to achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. Through our efforts, we will enhance our advocacy voice and community service to improve the legal profession and our society as a whole, and promote the rule of law.

**The Hispanic Bar Association of the District of Columbia (HBA-DC)**

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

**The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**The Metropolitan Washington Employment Lawyers Association (MWELA)**

 MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of Susman Godfrey and other firms for their client representations and their implementation of employee DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.