APPENDIX TO AMICI BRIEF

<u>AMICI CURIAE</u>

<u>***Past Presidents of The District of Columbia Bar***</u>
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker 1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)

### *Other Former Leaders of The District of Columbia Bar*

Katherine A. Mazzaferri
(Executive Director, 1982-2010,
Chief Executive Officer, 2010-2017)

Cynthia D. Hill
(Assistant Executive Director for Programs, 1990-2010,
Chief Programs Officer, 2010- 2017)

Maureen Thornton Syracuse
(DC Bar Pro Bono Center,
Director/Executive Director, 1992-2011)

### *Past Presidents of Voluntary Bars*
**(**appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, Past President of DC Women's Bar Association (2013-2014

Ralph P. Albrecht, Past President, The Bar Association of the District of Columbia (2008-2009)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024), President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, Past President, Bar Association of the District of Columbia (1997-98)

Robert L. Bell, Past President, Washington Bar Association (2007-2008)

Joel P. Bennett, Past President, Bar Association of DC 1992-1993

Joseph Cammarata, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, Past President, Women's Bar Association of the District of Columbia (2003-2004); Past President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, Past President, Bar Association of the District of Columbia (2004-2005)

Daniel Trujillo Esmeral, President, the Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, Past President, Washington Bar Association (2014-2016); Past President, Trial Lawyers Association of Metropolitan Washington DC (2012)

Michael Feldman, Past President of the Metropolitan Washington Trial Lawyers Association (1998-1999)

L. Palmer Foret, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2003-2004)

Iris McCollum Green, Past President, Washington Bar Association (2010-2012)

Kathleen Gunning, Past President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, Past President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, Past President, Trial Lawyers Association of the District of Columbia (2016-2017)

Christopher G. Hoge, Past President, Bar Association of the District of Columbia (1998-99)

Gerald I. Holtz, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (1986-1987)

Ronald C. Jessamy, Sr., Past President, Washington Bar Association (2008 - 2010)

Matthew G. Kaiser, Past President, Bar Association of the District of Columbia (2017-18)

Nancy Aliquo Long, Past President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, Past President DC Trial Lawyers Association (2013-2014)

Patrick Malone, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2004-2005)

M. Elizabeth Medaglia, Past President, Women's Bar Association of the District of Columbia (1982-83); Past President, Assistant United States Attorneys Association of DC (1984-85); Past President, Charles Fahy American Inn of Court (1990-92)

W. Charles Meltmar, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (2021-2022)

Sonia Murphy, Past President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, Past President, Bar Association of the District of Columbia (1996-97)

Christopher T. Nace, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2017-18)

Michelle A. Parfitt, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2002-2003)

Patrick M. Regan, Past President, Trial Lawyers Association of Metropolitan Washington D.C. (1991-92)

Melissa Rhea, Past President of the D.C. Trial Lawyers Association (2006-2007)

Sandra H. Robinson, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1997-1998)

Ira Sherman, Past President, Trial Lawyers Association of Metropolitan D.C. (1993-1994)

Allan M. Siegel, Past President. Trial Lawyers Association of Metropolitan Washington, DC (2008-2009)

Gwendolyn Simmons, Past President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, Past President, Bar Association of the District of Columbia (2011-12) Past President, Atlanta Bar Association (1998-99)

Suzanne M. Snedegar, Past President, Women's Bar Association of the District of Columbia (1979-1980)

James Taglieri, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1989-1990)

Lucy L. Thomson, Past President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, Past President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, Past President, Bar Association of the District of Columbia, Washington Bar Association, National Bar Association

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)

**District of Columbia Voluntary Bar Associations**

**The Bar Association of the District of Columbia (BADC)**

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the US Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the Judiciary, law firms and lawyers.

**The Women's Bar Association of the District of Columbia**

The mission of the Women's Bar Association of the District of Columbia is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBA envisions a world in which all women lawyers are empowered to achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. Through our efforts, we will enhance our advocacy voice and community service to improve the legal profession and our society as a whole and promote the rule of law.

**The Hispanic Bar Association of the District of Columbia (HBA-DC)**

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

**The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**The Metropolitan Washington Employment Lawyers Association (MWELA)**

 MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers

dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of Susman Godfrey and other firms for their client representations and their implementation of employee DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.