UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SUSMAN GODFREY, LLP** <br> *Plaintiff,* <br><br> v. <br><br> **EXECUTIVE OFFICE OF THE PRESIDENT** <br> et al., <br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-1107-LLA |

**[PROPOSED] ORDER GRANTING THE MOTION OF FORMER PRESIDENTS OF THE DISTRICT OF COLUMBIA BAR,
PAST PRESIDENTS OF VOLUNTARY BAR ASSOCIATIONS, AND VOLUNTARY BAR ASSOCIATIONS IN THE DISTRICT OF COLUMBIA AS *AMICI CURIAE* IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion of Former Presidents of the District of Columbia Bar Past Presidents of Voluntary Bar and District of Columbia voluntary bar associations for Leave To File A Brief As *Amici Curiae* in Support of Plaintiff, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the motion of Former Presidents of the District of Columbia Bar *et al.* for leave to file its *amici* brief is **GRANTED** and the Clerk of the Court shall accept the *amici* brief attached to the motion as filed April 25 2025, *nunc pro tunc*.

**SO ORDERED** this __ day of April 2025

_____
LOREN L. ALIKHAN
United States District Judge