IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, et al., <br><br> Defendants. | No. 1:25-cv-01107-LLA |

**[PROPOSED] ORDER**

Upon consideration of the motion of Law Firm Partners United Inc. for leave to file an *Amicus Curiae* brief, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the *Amicus Curiae* brief attached to the Motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025

                                                         Honorable Loren L. AliKhan
                                                        United States District Judge