UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>                     *Plaintiff*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                     *Defendants*. | Case No. 1:25-cv-01107 (LLA) |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(o), the NAACP Legal Defense and Educational Fund, Inc. ("LDF") moves for leave to file the attached amicus brief in support of Plaintiff Susman Godfrey LLP's motion for summary judgment. This case raises issues of national importance concerning the rule of law in our constitutional democracy. LDF respectfully submits that its long history of relying on the rule of law to challenge discrimination and advance civil rights gives it a unique perspective that will assist the Court in considering these issues. Plaintiff's counsel has consented to the filing; counsel for the Government does not object.

LDF is a non-profit legal organization, founded in 1940 under the leadership of Thurgood Marshall, to advance racial justice and ensure the full, fair, and free exercise of constitutional and statutory rights for Black people and other communities of color. This case arises from the current Administration's attempt to extrajudicially punish a law firm for the clients and causes it has chosen to represent. While a much different context, during the height of the Civil Rights Movement, LDF and its lawyers were regularly attacked by Southern governments for representing clients dedicated to pursuing racial equality, leading to a number of Supreme Court decisions,

including the landmark decision *NAACP v. Button*, 371 U.S. 415, (1963). LDF therefore intimately understands the dangers of attacking lawyers and legal organizations based on the clients they represent or causes they choose to pursue. LDF submits this brief because it has a significant interest in ensuring that legal organizations are able to engage in legal representation without fear of reprisal from the government, and because perhaps no other legal organization in the country is as familiar with the type of retaliatory tactics that the Administration has deployed here.

LDF also has an interest in this case because its extensive advocacy for civil rights has shown that Black Americans and other minority groups are particularly vulnerable when government officials are permitted to disregard the rule of law. *See, e.g.*, *Cooper v. Aaron*, 358 U.S. 1 (1958) (involving state officials' attempted defiance of Supreme Court rulings invalidating racial segregation in public schools). Here, the President has sought to undermine the rule of law and interfere with access to counsel by targeting and punishing a law firm that represents clients whom the President disfavors. LDF has a strong interest in defending our constitutional democracy from this kind of executive overreach. If the Court grants LDF leave to file, LDF's brief will: (1) draw parallels between the Executive Branch's current attacks on the rule of law and the attacks by state governments on civil rights organizations in the Jim Crow South, (2) explain why this Court should view the Executive Order at issue as akin to an unconstitutional bill of attainder. LDF's brief will provide important context to the Court as it considers the constitutional issues raised by this case.

For the foregoing reasons, LDF respectfully asks this Court to grant its motion for leave to file an amicus brief. LDF has attached a proposed order granting its motion and its proposed amicus brief.

Dated: April 25, 2025                    Respectfully submitted,

                                                      */s/ Samuel Spital*
                                                      JANAI S. NELSON
                                                        *President and Director-Counsel*
                                                      SAMUEL SPITAL
                                                      DANIEL HARAWA*
                                                      TIFFANI BURGESS**
                                                      NAACP LEGAL DEFENSE &
                                                          EDUCATIONAL FUND, INC.
                                                      40 Rector Street, 5th Floor
                                                      New York, NY 10006
                                                      (212) 965-2200
                                                      sspital@naacpldf.org

                                                      *Counsel for Amicus Curiae*

                                                      *\*Of Counsel. Address for Mailing Purposes Only.*
                                                      *\*\*Application for admission pending*