UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-01107 (LLA) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NAACP LEGAL DEFENSE & EDUCATIONAL FUND FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the unopposed motion of the NAACP Legal Defense & Educational Fund ("LDF") for leave to file a brief as amicus curiae in support of Plaintiffs' motion for summary judgment, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the LDF's amicus curiae brief on the docket in this matter.

Dated: _____

                   _____
                   Judge Loren L. Alikhan
                   UNITED STATES DISTRICT COURT JUDGE