AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SUSMAN GODFREY LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01107 |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

23 NONGOVERNMENTAL ORGANIZATIONS                                                                                      .

Date:   04/25/2025

/s/ William E. Zapf
*Attorney's signature*

William E. Zapf (D.C. Bar No. 987213)
*Printed name and bar number*

Kaiser PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
*Address*

wzapf@kaiserlaw.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*