AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SUSMAN GODFREY LLP ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01107'-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT et. al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici 777 Solo and Small Law Firms  .

Date:   04/25/2025

/s/CarolynElefant
*Attorney's signature*

Carolyn Elefant DC Bar #4254333
*Printed name and bar number*
7315 Wisconsin Ave. 400W
Bethesda MD 20814

*Address*

carolyn@carolynelefant.com
*E-mail address*

(202) 297-6100
*Telephone number*

*FAX number*