UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>Defendants | Civil Action No. 1:25-cv-01107 |

**UNOPPOSED MOTION BY 23 NONGOVERNMENTAL ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(o), twenty-three (23) nonprofit groups and nongovernmental organizations (together, "Proposed Amici") respectfully seek this Court's leave to file the amici curiae brief attached as Exhibit A in support of the pending motion for summary judgment by Plaintiff Susman Godfrey LLP ("Susman Godfrey").[1] Each of the Proposed Amici is described below and listed in the Appendix to the proposed brief.

In support of this motion, Proposed Amici state as follows:

1. Advocates for Transgender Equality Education Fund ("A4TE") is a nonprofit organization dedicated to advocating for the rights of transgender and nonbinary individuals across the United States. A4TE seeks to achieve full lived equality for the transgender and nonbinary community through impact litigation, policy advocacy, and

---

[1] Pursuant to Local Civil Rule 7(o)(5), counsel for Proposed Amici certify that no counsel for a party authored this brief in whole or in part, and no person other than Proposed Amici, their members, or their counsel made a monetary contribution to the brief's preparation or submission.

   education in areas such as employment, health care, housing, conditions of confinement, education, identity documents, and public accommodations.

2. American Oversight is a nonpartisan, nonprofit section 501(c)(3) organization committed to advancing truth, accountability, and democracy by enforcing the public's right to government records. Through research and Freedom of Information Act (FOIA) and other public records requests, American Oversight uses the information it gathers, and its analysis of that information, to educate the public about the activities and operations of federal, state, and local governments through reports, published analyses, press releases, and other media.

3. Americans United for Separation of Church and State ("Americans United") is a nonpartisan, not-for-profit educational and advocacy organization that brings together people of all religions and none to protect the right of everyone to believe as they want and stop anyone from using their beliefs to harm others. Americans United fights in the courts, legislatures, and the public square for freedom without favor and equality without exception. It regularly files lawsuits and submits amicus briefs to defend the Constitution, the rule of law, and our cherished American principle of the separation of religion and government.

4. Brady Center to Prevent Gun Violence ("Brady") is the nation's most longstanding non-partisan, non-profit organization dedicated to reducing gun violence. Brady passes and defends gun violence prevention laws, reforms the gun industry, and educates the public about responsible gun ownership. Brady's work to free America from gun violence involves critical partnerships with pro bono counsel on amicus brief filings, gun violence prevention law defense, and affirmative litigation against the gun industry.

5. Campaign for Accountability ("CfA") is a non-profit 501(c)(3) organization dedicated to exposing misconduct and malfeasance in public life. To advance its mission, CfA relies on research, litigation, and legal complaints to share evidence of wrongdoing with the American public.

6. The Center for Reproductive Rights is the only global legal advocacy organization dedicated to advancing reproductive rights. For more than 30 years, the Center has litigated groundbreaking reproductive rights cases against government defendants— including the U.S. government—regardless of the political party in power. The Center frequently partners with private law firms, including some of the law firms that have been targeted by President Trump's punitive executive orders, who work pro bono to defend the reproductive rights of patients, healthcare providers, and others against government incursion.

7. Children's Rights, Inc. is a national advocacy organization committed to improving the lives of children who are in or impacted by government systems. Through strategic advocacy and legal action—often in partnership with leading law firms as co-counsel— Children's Rights holds governments accountable for keeping kids safe, healthy, and supported. Since its founding in 1995, Children's Rights has achieved lasting, systemic change for hundreds of thousands of children across more than 20 jurisdictions throughout the United States.

8. Citizens for Responsibility and Ethics in Washington ("CREW") is a non-partisan, non-profit government watchdog organization committed to protecting the rights of citizens to be informed about the activities of government officials and agencies and to ensuring ethics, transparency, and integrity in government. To advance its mission, CREW uses a

combination of research, litigation, and advocacy. As part of its research, CREW routinely uses government records made available to it under FOIA, the Federal Advisory Committee Act, and other federal laws, and widely disseminates those records to the public.

9. Earthjustice is the nation's largest public interest environmental law organization. Its staff includes over 200 attorneys who litigate at the federal, state, and local level. Since its founding over 50 years ago, Earthjustice has brought hundreds of lawsuits against both Democratic- and Republican-led administrations, and has always represented its clients free of charge.

10. The Environmental Law & Policy Center ("ELPC") is the Midwest's leading regional environmental advocacy organization. For more than 30 years, ELPC has used litigation, policy advocacy, and strategic communications to improve environmental quality and protect the Midwest's natural resources.

11. GIFFORDS Law Center to Prevent Gun Violence is the legal arm of the gun violence prevention organization founded and led by former Congresswoman and gun violence survivor Gabby Giffords.

12. GLBTQ Legal Advocates & Defenders ("GLAD Law") is New England's leading public interest legal organization dedicated to creating a just society free of discrimination based on transgender status, HIV status, and sexual orientation. Through federal court litigation GLAD Law advances the rights of LGBTQ people and people living with HIV.

13. Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") is the nation's oldest and largest legal organization committed to achieving full recognition of the civil rights of lesbian, gay, bisexual, transgender people, and everyone living with HIV; through

impact litigation, education, and policy advocacy. Lambda Legal has been instrumental in securing landmark legal victories for LGBTQ+ people, including the right to marriage equality and broad protections against discrimination.

14. Lawyers for Good Government ("L4GG") is a high-impact nonprofit whose mission is to mobilize lawyers to ensure that all levels of government—federal, state, and local—promote equal justice under the law and uphold civil and human rights. Since our founding in 2016, L4GG has mobilized over $100 million in pro bono legal services through a dedicated network of more than 125,000 lawyers and advocates in all 50 states.

15. Multicultural Media, Telecom and Internet Council ("MMTC") was established in 1986 as a national nonprofit organization dedicated to promoting and preserving equal opportunity and civil rights in the mass media, telecommunications, and broadcast industries. MMTC performs civil rights advocacy; conducts research and analysis, particularly in the area of broadband access and broadband adoption for people of color and other vulnerable populations; and regularly participates in agency rulemaking proceedings affecting these issues.

16. For more than 55 years, the National Health Law Program ("NHeLP") has engaged in litigation and policy advocacy to address barriers to health care being experienced by limited-income people, people with disabilities, older adults, and children. As such, NHeLP is interested in the issues raised by this case.

17. The National Network to End Domestic Violence ("NNEDV") represents the 56 U.S. State and territorial coalitions against domestic violence. NNEDV was instrumental in the passage and implementation of the Violence Against Women Act. NNEDV is dedicated to creating a social, political, and economic environment in which domestic violence no

longer exists and works to make domestic violence a national priority, change the way society responds to domestic violence, and strengthen domestic violence advocacy at every level.

18. The National Police Accountability Project ("NPAP") was founded in 1999 to address misconduct by law enforcement officers through coordinating and assisting civil rights lawyers. NPAP has approximately 550 attorney members practicing in every region of the United States. Every year, NPAP members litigate the thousands of egregious cases of law enforcement abuse that do not make news headlines as well as the high-profile cases that capture national attention. NPAP provides training and support for these attorneys and resources for non-profit organizations and community groups working on police and corrections officer accountability issues.

19. The National Women's Law Center ("NWLC") is a nonprofit legal organization, founded in 1972, that fights for gender justice in the courts, in public policy, and in our society. NWLC works across issues that are central to the lives of women and girls—especially women of color, LGBTQ people, and low-income women and families.

20. Natural Resources Defense Council, Inc. ("NRDC"), is a nonprofit advocacy organization that works to protect public health and the environment. Since 1970, NRDC has litigated many hundreds of cases, some as a plaintiff challenging governmental actions and some as an intervenor or amicus, defending governmental actions.

21. Public Rights Project ("PRP") is a national nonprofit that helps local officials fight for civil rights through training, legal advice, and litigation. PRP has a network of more than 200 government offices across the country, committed to a multiracial democracy where even the most marginalized can thrive.

22. Sierra Club is a national nonprofit organization with over 620,000 members whose mission includes practicing and promoting the responsible use of the earth's ecosystems and resources, protecting the quality of the environment, and using all lawful means to carry out these objectives. Sierra Club's interest in the present case is to protect the organization's ability to use lawful means to carry out its mission, and in particular to advocate for and defend strong federal environmental policies and to bring litigation challenging federal actions that violate environmental laws and undermine public participation in executive decision making.

23. As the largest environmental advocate focused on the South and one of the most robust nonprofit environmental law firms in the nation, the Southern Environmental Law Center ("SELC") represents hundreds of grassroots organizations and local governments every year as they advocate for environmental policies, enforce environmental laws, and hold governments and industry accountable. SELC's advocates appear in every level of the state and federal courts and advocate in Congress and before federal environmental and land management agencies. In the service of its public interest mission, SELC has filed successful federal litigation against one or more federal agencies under every presidential administration over the past 40 years.

24. In their work on a wide range of legal and public-policy issues, Proposed Amici sometimes work collaboratively with or support federal, state, and local governments; sometimes advocate for reforms or regulatory changes, and sometimes challenge government policies and actions informally or in court—including presidential actions, regardless of the president's political party.

25. Proposed Amici have grave constitutional concerns about the Executive Order directed at Susman Godfrey and the effects it may have on their work. First, it sends a clear message to Proposed Amici and all NGOs: do not challenge the President or you will be next. This directly impinges on Proposed Amici's protected advocacy efforts and is plainly unconstitutional under the First Amendment. Second, it restricts Proposed Amici's access to effective legal representation—including representation on a pro bono basis—which also violates their First Amendment freedom of association.

26. Finally, the Executive Order threatens the rule of law, which depends on organizations like Proposed Amici to challenge or lend support to governmental policies and actions when merited through action in the courts.

27. As the number of *amici curiae* briefs that undoubtedly will be submitted in this matter will demonstrate, the Executive Order affects vastly more individuals and entities than Susman Godfrey. The Executive Order is unprecedented and unconstitutional, and it jeopardizes the rights, interests, and work of countless American NGOs, including Proposed Amici.

28. Accordingly, Proposed Amici support Susman Godfrey's request that the Court declare the Executive Order unconstitutional and enjoin it permanently, and respectfully request the Court permit them to be heard on this urgent issue.

29. Pursuant to Rule 7(o), a proposed order is attached. Counsel for Plaintiff and Defendants do not oppose this motion.

                                                                                                      Respectfully submitted,

DATED:   April 25, 2025                            */s/ William E. Zapf*
                                                                                            William E. Zapf (D.C. Bar No. 987213)
                                                                                            Sarah Fink (D.C. Bar 166663)
                                                                                            Amelia J. Schmidt (D.C. Bar 1012380)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
wzapf@kaiserlaw.com
sfink@kaiserlaw.com
aschmidt@kaiserlaw.com

*Attorneys for Amici Curiae*