## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>Defendants | Civil Action No. 1:25-cv-01107 |

## [PROPOSED] ORDER

The motion by 23 nongovernmental organizations for leave to file an amici curiae brief in the above-captioned matter is GRANTED.

DATED: ___ April 2025

_____
Hon. Loren L. AliKhan
U.S. District Judge