AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SUSMAN GODFREY LLP, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-1107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bar Associations                                                                                                          .

Date:   04/25/2025                                                        /s/ John Paredes
                                                                                        *Attorney's signature*

                                                                            John Paredes (D.D.C. Bar No. NY0418)
                                                                              *Printed name and bar number*

                                                                                    Protect Democracy Project
                                                                                    82 Nassau Street, #601
                                                                                    New York, NY 10038
                                                                                            *Address*

                                                                              john.paredes@protectdemocracy.org
                                                                                        *E-mail address*

                                                                                        (202) 579-4582
                                                                                     *Telephone number*

                                                                                        (202) 769-3176
                                                                                        *FAX number*