UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>                    *Plaintiff*,<br><br>              v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                    *Defendants*. | Case No. 1:25-cv-1107-LLA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA, CATO INSTITUTE, CENTER FOR INDIVIDUAL RIGHTS, ELECTRONIC FRONTIER FOUNDATION, FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, INSTITUTE FOR JUSTICE, KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, NATIONAL COALITION AGAINST CENSORSHIP, REPORTERS COMMITTEE FOR THE FREEDOM OF THE PRESS, RUTHERFORD INSTITUTE, AND SOCIETY FOR THE RULE OF LAW INSTITUTE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      Upon consideration of Amici's motion, and the arguments and papers presented in support thereof, the Court hereby ORDERS that the motion for leave is GRANTED.

SO ORDERED.

Entered this ___ day of _____, 2025.

                                                                    _____<br>
                                                                      Honorable Loren L. AliKhan<br>
                                                                      United States District Judge