IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>                            Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                           Defendants. | Civil Action No. 1:25-cv-01107-LLA<br><br>Hon. Loren L. AliKhan |

**UNOPPOSED MOTION OF BAR ASSOCIATIONS AND LAWYER MEMBERSHIP ASSOCIATIONS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

Proposed *amici* are bar associations and lawyer membership associations who oppose the administration's executive orders retaliating against lawyers for representing disfavored parties and positions. Proposed *amici* respectfully move under Local Civil Rule 7(o) for leave to file the attached *amici curiae* brief in support of Plaintiff's motion for summary judgment and for declaratory and permanent injunctive relief in the above-captioned case. Plaintiff consents to this motion, and Defendants do not object.

**ARGUMENT**

District courts have "broad discretion" to grant leave to file an *amici curiae* brief. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "An amicus brief should normally be allowed when . . . the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)). Courts routinely

permit third parties to participate as *amici curiae* when they have "relevant expertise and a stated concern for the issues at stake in [the] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

## I. Interest of Proposed *Amici Curiae*

*Amici* bar associations and lawyer membership associations focus their efforts on protecting the role and professional standards of the legal profession. They encompass several large geographic bar associations, including associations representing New York, Boston, Chicago, Colorado, Los Angeles, Philadelphia, San Diego, San Francisco, and Seattle. Their members include attorneys at firms the executive branch has specifically targeted through executive actions and attorneys at other firms and legal service programs who are chilled in the exercise of their constitutional rights and professional duties by a fear of being similarly targeted next. This motion incorporates by reference the list of bar associations and lawyer membership associations included in the brief. The full list of *amici curiae* is available at the Appendix to Exhibit 1 on pages A-1 through A-7.

## II. The Bar and Lawyer Membership Associations' *Amici Curiae* Brief Would Assist the Court's Consideration of Plaintiff's Motion Without Delaying Litigation.

The bar and lawyer membership associations' participation in this case is "desirable" and would provide a perspective "not adequately represented by a party." Loc. Civ. R. 7(o)(2). Bar associations and lawyer membership associations are nonpartisan, nonprofit subject-matter experts on the institutional independence and professional standards of the legal profession. Their members include not only attorneys directly affected by Executive Order No. 14263 ("the Order"), but also indirectly affected attorneys who represent a diverse range of clients in a wide variety of matters in multiple practice areas. *Amici* represent the interests of attorneys who suffer from the chilling effects wrought by the executive branch's retaliatory actions targeting law firms. Their

1

interest in stopping this pattern of intimidation by example is distinct from Susman Godfrey's direct interest in the case.

The proposed *amici* brief contextualizes the impact of the Order on the independence of the legal profession, the integrity of our judicial system, and the rule of law, and is therefore "relevant to the disposition of the case," Loc. Civ. R. 7(o)(2). It explains how the Order and related executive actions co-opt the bar into being an instrument of the executive branch's agenda, undermining the independence of lawyers. The brief details the chilling effect that this coercion has on attorneys and clients who fear being targeted should they fall into the executive branch's disfavor. It describes how the Order and related executive actions interfere with lawyers' ethical and professional obligations to their clients. It also explains how lawyers' independence is essential for the proper functioning of the judicial system. Finally, the brief highlights how history, both in the United States and abroad, demonstrates the necessity of an independent bar to the rule of law.

## CONCLUSION

For the foregoing reasons, the Court should grant leave to file the attached *amici curiae* brief in support of Plaintiffs' motion for summary judgment and for declaratory and permanent injunctive relief.

                                              Respectfully submitted,

                                              */s/ Jeannie Suk Gersen*_____

| | |
|---|---|
| **PROTECT DEMOCRACY PROJECT** | Jeannie Suk Gersen<br>(*pro hac vice forthcoming*) |
| John Paredes<br>Protect Democracy Project<br>82 Nassau Street, #601<br>New York, NY 10038<br>john.paredes@protectdemocracy.org<br>(202) 579-4582<br>Fax: (202) 769-3176<br>D.D.C. Bar No. NY0418 | Harvard Law School*<br>1563 Massachusetts Avenue<br>Cambridge, MA 02138<br>jeannie.gersen@gersen.com<br>(617) 496-8834 |
| Hayden Johnson<br>Protect Democracy Project<br>2020 Pennsylvania Ave. NW, #163<br>Washington, DC 20006<br>hayden.johnson@protectdemocracy.org<br>(202) 579-4582<br>Fax: (202) 769-3176<br>D.C. Bar No. 1671830 | * Institutional affiliation for identification purposes only. |

                                    *Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I certify that on April 25, 2025 a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy to all counsel of record.

April 25, 2025

Respectfully submitted,

*/s/ Hayden Johnson*
Hayden Johnson
Counsel for *Amici Curiae*

4