IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:25-cv-01107-LLA<br><br>Hon. Loren L. AliKhan |

**[PROPOSED] ORDER**

This matter having come before the Court by motion of proposed *Amici Curiae* Bar Associations and Lawyer Membership Associations, seeking leave to file a brief *amici curiae* in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amici* participation. It is hereby

**ORDERED** that the Motion of Bar Associations and Lawyer Membership Associations for Leave to File *Amici Curiae* Brief in Support of Plaintiff's Motion for Summary Judgment and for Declaratory and Permanent Injunctive Relief is **GRANTED**. It is further

**ORDERED** that the *Amici Curiae* brief attached as Exhibit 1 to the motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Loren L. AliKhan