**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Case No. 1:25-cv-01107-LLA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LEGAL ETHICS PROFESSORS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**

Upon consideration of the Unopposed Motion for Leave to File Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff, the Court finds that the motion should be granted. Thus, it is hereby:

**ORDERED** that the Unopposed Motion for Leave to File Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff be **GRANTED**, and the Clerk accept the Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff for filing.

Dated: _____         _____
                                             Honorable Loren L. AliKhan
                                             United States District Judge