AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columnbia

| | | |
|---|---|---|
| Susman Godfrey LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1107 |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Legal Ethics Professors                                                                                                                        .

Date:   04/25/2025                                                              /s/ Kelsi Corkran
                                                                                              *Attorney's signature*

                                                                                              Kelsi Corkran, Bar #501157
                                                                                              *Printed name and bar number*

                                                                                              Institute for Constitutional Advocacy & Protection,
                                                                                              Georgetown Law
                                                                                              600 New Jersey Ave, NW
                                                                                              Washington DC 20001
                                                                                              *Address*

                                                                                              kbc74@georgetown.edu
                                                                                              *E-mail address*

                                                                                              (202) 661-6728
                                                                                              *Telephone number*

                                                                                              
                                                                                              *FAX number*