# Appendix A

**List of Amici Curiae**

300degrees PLLC
Aaron C. de la Garza, PLLC
Abdnour Weiker, LLP
Acevedo & Longfellow LLP
Advocate Law Group P.C.
AEON Law, PLLC
Aisha N. Smith Regulatory Law, PLLC
Ajamie LLP
Aldous Law
Ali & Lockwood LLP
ALR Civil Rights LLC
Altair Law LLP
Alto Litigation PC
Altshuler Berzon, LLP
Amis, Patel and Brewer, LLP
Anapol Weiss
Anderson & Kreiger LLP
Andrues/Podberesky
Andrus Anderson LLP
Andrus Wagstaff, PC
Arete Law Group PLLC
Arguedas, Cassman, Headley & Goldman LLP
Arias Sanguinetti Wang & Team, LLP
Armond Wilson LLP
Arnold & Porter
Arrowood LLP
Arshack, Hajek & Lehrman, PLLC
Arthur J. Lachman, Attorney at Law
Ascheman Law
ASNER LLC
Atheria Law PC
Auto Fraud Legal Center LLP
AVA Law Group
Avera & Smith, LLP
Aviso Legal Group LLP
Aviva Kamm Law PLLC
Aylstock, Witkin, Kreis and Overholtz, PLLC
Bailey & Glasser, LLP
Banashek Irving & McNutt, LLP
Bangos Law Firm, P.A.
Bantle & Levy LLP
Barnard Iglitzin & Lavitt LLP
Barrientos PC
Bassford Remele
Baughman Kroup Bosse PLLC

Beale, Micheaels, Slack & Shughart, P.C.
Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
Beeman & Muchmore, LLP
Beldock Levine & Hoffman, LLP
Benach Pitney Reilly LLP
Benedict Law Group PLLC
Bennett & Samios LLP
Berger Montague PC
Berman Tabacco
Berner Chawla, PLLC
Bernstein & Gordon LLP
Beveridge & Diamond, P.C.
Bharti Law Group, PLLC
Bienvenu Law Office
Binder & Schwartz LLP
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
Birnbaum & Godkin, LLP
Birrell Law Firm, PLLC
BLL LLP
Block & Leviton LLP
Blood Hurst & O'Reardon, LLP
Bloom Law PLLC
Bloom Peters, LLC
Blumberg Law Corporation
Bogage Law APC
Bollier Ciccone Stinson, LLP
Bondurant, Mixson & Elmore, LLP
Boro Law Firm
Botkin Chiarello Calaf PLLC
Bradley Bernstein Sands LLP
Brady Reilly & Cardoso, LLC
Bragança Law LLC
Brandt Law, PLLC
BraunHagey & Borden LLP
Brautigam & Brautigam, LLP
Bremer & Trollop Law Offices, S.C.
Breskin Johnson & Townsend PLLC
Brian L. Tannebaum, P.A.
Broadband Legal Strategies, LLC
BrotmanLaw PLLC
Brown Counsel, LLC
Brown, Goldstein & Levy, LLP
Bryan Schwartz Law, P.C.
Burgess Law PC
Burke, Williams & Sorensen, LLP
Burns Bair LLP

Byrd Davis Alden & Henrichson, LLP
Caballero Law LLLC
Cade Law Group LLC
Caffrey Hill, PLLC
Cairncross & Hempelmann, P.S.
Caldwell LLP
Cannon & Dunphy
Canter Hagan LLP
Caplan Cobb LLC
Carney Bates & Pulliam, PLLC
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
Casey Gerry Francavilla Blatt LLP
Cavanagh Sorich Law Group
Chaber Law
Charhon Callahan Robson & Garza, PLLC
Charles J. Kettlewell LLC
Charles S. Tusa PLLC
Chatillon Weiss PLLC
Choate, Hall & Stewart LLP
Choulos Choulos & Wyle
Ciccone Law, LLC
Ciresi Conlin LLP
Civil Rights Litigation Group
Clallam Public Defenders
Clapp, Moroney, Vucinich, Beeman + Scheley
Clarick Gueron Reisbaum LLP
Clark Smith Villazor LLP
Clarke Johnston Thorp & Rice, PPC
Clayman Rosenberg Kirshner & Linder LLP
Clean Energy Counsel, LLP
Clinton & Peed
Coast Law Group, LLP
Coblentz Patch Duffy & Bass LLP
Cochran Law Group LLC
Cohen Hirsch, LP
Cohen Milstein Sellers & Toll PLLC
Cohen Williams LLP
Cohen&Green P.L.L.C.
Cohen, Placitella & Roth, P.C.
Cohen, Weiss and Simon LLP
Colantuono, Highsmith & Whatley, PC
Collado Law, LLC
Commins, Knudsen & Chou, P.C.
Complex Appellate Litigation Group LLP
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Connolly Law Offices, LLC

Conrad | Metlitzky | Kane LLP
Coogan Gallagher
Coopers LLP
Coppersmith Brockelman PLC
Corey B. Bearak, Esq.
Cornish & Dell'Olio, P.C.
Corr Cronin LLP
Correia & Puth, PLLC
Cotchett, Pitre & McCarthy, LLP
Covington & Burling LLP
Cowan, DeBaets, Abrahams & Sheppard LLP
Cowan, Liebowitz & Latman, P.C.
Cowdery, Murphy & Healy, LLC
Crain Brogdon, LLP
Creative Criminal Defense Consultants
Crowell & Moring LLP
Crowley Norman LLP
Cultural Heritage Partners, PLLC
Cummins & Cummins, LLP
Curcio Law, PLLC
Daar & Newman, a Professional Law Corporation
D'Amico & Pettinicchi, LLC
Dardarian Ho Kan & Lee
Davey & Goldman Law Firm
David Corbett PLLC
Davis Graham & Stubbs LLP
Davis Wright Tremaine LLP
Davis+Gilbert LLP
Davison Law, LLC
DEH Law, PLLC
Delegal, Poindexter & Underkofler, P.A.
DePaul Law, Inc.
Deutsch Hunt PLLC
Dickenson, Peatman & Fogarty, P.C.
DMC Law, LLC
Donahue, Goldberg & Herzog
Donald F. Carnes, P.C.
Dorsay & Easton LLP
Dreher Law Firm
Dreyer Babich Buccola Wood Campora, LLP
Durkin & Roberts
Dyller & Solomon, LLC
Eagle Team LLP
Edelson PC
EDGE, A Professional Law Corporation
Edward J. McIntyre, Esq.

Edward R. Shaw P.A.
Edwards Law
Ehrlich & Craig LLP
Eimer Stahl LLP
Elevare Law
Elrod Friedman LLP
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
Equity Litigation Group LLP
Eric Maxfield Law, LLC
Erica McKinley, PLLC
Esler Stephens & Buckley LLP
Estes Law Group
Evans Law Firm, Inc.
Ezkovich & Co., LLC
Faraci Lange, LLP
Farella Braun + Martel LLP
Faughnan Law, PLLC
Fegan Scott LLC
Feinberg, Jackson, Worthman & Wasow LLP
Fenwick & West LLP
Ferrara & Gable, LLC
Fick & Marx LLP
Finkel Law Group P.C.
Finkelstein & Partners, LLP
Fisher Taubenfeld LLP
Fishman Haygood LLP
Foley & Mansfield, PLLP
Foley Hoag LLP
Folger Levin LLP
Forsgren Fisher McCalmont DeMarea Tysver LLP
Fox & Robertson, PC
Fox Swibel Levin & Carroll LLP
Frank Freed Subit & Thomas LLP
Frankel PLLC
Frankfurt Kurnit Klein & Selz PC
Freedman Boyd Hollander & Goldberg P.A.
FreelandLaw LLP
Freshfields US LLP
Friedemann Goldberg Wargo Hess LLP
Friedlander Misler, PLLC
Friedman | Rubin, PLLP
Friedman, Gilbert + Gerhardstein
Fritz Byrne, PLLC
FTW Law Group, APC
Gainey Law, PLLC
Gale Law Firm

Galiher DeRobertis & Waxman LLP
Gallagher Evelius & Jones LLP
Garland, Samuel & Loeb, P.C.
Garmey Law
gartner + bloom P.C.
Gass Arbitration
Gelber & Santillo PLLC
George Brothers Kincaid & Horton, LLP
Gershon, Willoughby & Getz, LLC
GESPASS & JOHNSON
Getman, Sweeney & Dunn, PLLC
Gibbs & Bruns LLP
Gibbs Mura LLP
Gideon Asen LLC
Gilbert LLP
Gingras, Thomsen & Wachs, LLP
GinsburgLaw PLLC
Girard Sharp LLP
Gish PLLC
Giskan Solotaroff & Anderson LLP
Gladstein, Reif & Meginniss, LLP
Glaser Weil Fink Howard Jordan & Shapiro LLP
Gleason, Dunn, Walsh & O'Shea
Glenn Agre Bergman & Fuentes LLP
Goldman Ismail Tomaselli Brennan & Baum LLP
Goodley McCarthy LLC
Goodman Hurwitz & James, P.C.
Gordon & Saunders, PLLC
Gordon Thomas Honeywell LLP-Law
Gordon Tilden Thomas & Cordell LLP
GrahamHollis APC
Grant & Eisenhofer, P.A.
Grant Austin, LLC
Gratz Law and Mediation PLLC
Graves, Dougherty, Hearon & Moody, P.C.
Gray & Associates, P.C.
Green & Willstatter
Greenblatt Law LLC
Greene Broillet & Wheeler, LLP
Greene Espel PLLP
Greenspun Shapiro Ginsberg & Yang PC
Griffin Frey, PLLC
Groombridge, Wu, Baughman and Stone LLP
Gross & Belsky P.C.
Grossman LLP
Grossman Roth Yaffa Cohen

Gupta Wessler LLP
Gustafson Gluek, PLLC
GVR Partners LLP
H.P. Williams Jr., PLLC
Haber | Blank
Haddon, Morgan and Foreman, P.C.
Hagens Berman Sobol Shapiro LLP
Hamilton Law and Mediation, PLLC
Hangley Aronchick Segal Pudlin & Schiller LLP
Hanson Bridgett LLP
Hanson Crawford Crum Family Law Group LLP
Hanusz Law, PC
Harris St. Laurent & Wechsler LLP
Hart McLaughlin & Eldridge LLP
Hausfeld LLP
Hayward PLLC
Hecker Fink LLP
Heller Huron Chertkof & Salzman, PLLC
Hendler Flores Law PLLC
Hepworth Holzer, LLP
Hilliard Law
Hilliard Shadowen LLP
Hillis Clark Martin & Peterson P.S.
Hinman Legal PC
Hirschfeld Kraemer LLP
HKM Employment Attorneys LLP
Holland, Holland Edwards & Grossman, LLC
Holm Law Group, PC
Holmes Costin & Marcus PLLC
Holwell Shuster & Goldberg LLP
Hone Law LLC
Hoq Law APC
Houlding Law PC
Howarth & Smith
Hubbard Snitchler & Parzianello PLC
Hughes Socol Piers Resnick & Dym, Ltd.
Hutchinson, Black and Cook, LLC
Hykel Law, LLC
Icenogle & Boggins PLLC
Iliff, Meredith, Wildberger & Brennan, P.C.
Interlaken Law Group, PLLC
Internet Law Center Ltd.
Irigonegaray & Revenaugh
IzenbergLaw PLLC
J. Cantor Law
Jack Vetter, Esq.

Jackson Sjoberg LLP
Jacobs & Dow, LLC
Jacobs & Schlesinger LLP
Jacobs Injury Law, SC
Jacobsen Law, PLC
Jaffe Counsel PLC
James & Hoffman, P.C.
James D. Leach, Attorney
James D. Taylor, P.C.
James Ellis Arden, Attorney at Law
Jason Wiener|p.c., a public benefit corporation
Jassy Vick Carolan LLP
Jaurigue Law Group
Jay Hailey Attorney, PLLC
Jayne Law Group, P.C.
Jeff Rein Law
Jenner & Block LLP
Jennifer F. Apitz, Attorney at Law
Jennifer M. French, APC
Joanne E. Kleiner, Esquire
Joel L. Sogol, Attorney at Law
John A. Yannis, Attorney at Law
John Vail Law, PLLC
Johnson & Klein Law, PLLC
Johnson & Webbert, LLP
Jon Michael Smith, Attorney
Joseph Fox, Esq.
Joseph Saveri Law Firm, LLP
Justice Law Collaborative, LLC
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
Kaiser PLLC
Kaplan & Grady LLC
Kaplan Gore LLP
Kaplan Kirsch LLP
Kaplan Law Firm, PLLC
Kaplan Martin LLP
Kassel McVey
Katherine Donahue Law, A.P.C
Kathryn Ross Law
Katon.Law
Katsky Korins LLP
Katz Banks Kumin LLP
Kaufman Lieb Lebowitz & Frick LLP
KBM Law
Keenan & Bhatia, LLC
Keker, Van Nest & Peters LLP

Keller Benvenutti Kim LLP
Keller Grover LLP
Keller Rohrback L.L.P.
Kendall Brill & Kelly LLP
Kennedy, Johnson, Schwab & Roberge, P.C.
Kenneth M. Sigelman & Associates
Kenneth P. Tableman, P.C.
Kibler Fowler & Cave LLP
Kidd Law Firm, PLLC
Kieve Law Offices
Killmer Lane, LLP
Kingfisher Law APC
KKL LLP
Kline & Specter, PC
KO Law PC
Kohls Law Firm PLLC
Kohn, Kohn & Colapinto LLP
Koskoff Koskoff & Bieder PC
Kosloski Law, PLLC
Koslyn Law
Koss Firm APC
Kostelanetz LLP
Kramer Trial Lawyers A.P.C.
Kramon & Graham, P.A.
Krantz & Berman LLP
Kreindler & Associates
Krevolin & Horst, LLC
Krokidas & Bluestein LLP
Kropf Moseley Schmitt PLLC
Kuras Legal, PLC
Kwall Barack Nadeau PLLC
Kwun Bhansali Lazarus LLP
Lack Law Firm, APC
Lamitie Law LLC
Langer, Grogan & Diver, P.C.
Langrock Sperry & Wool, LLP
Lansner & Kubitschek
Lapin & Landa, LLP
Larkins Vacura Kayser LLP
Larsen Walters PLLC
Lasher Holzapfel Sperry & Ebberson PLLC
Lauren H. Berkowitz, Attorney at Law, PLLC
Law Forward, Inc.
Law Office of Alexis Haller, P.C.
Law Office of Anne Garrett PC
Law Office of Annette Newman PLLC

Law Office of Anya Goldstein
Law Office of Barry M. Wolf
Law Office of Bhavleen Sabharwal, P.C.
Law Office of Chun T. Wright, PLLC
Law Office of Dan Roth
Law Office of Darlene Bagley Comstedt
Law Office of Diane K. Vaillancourt
Law Office of Dicky Grigg, PC
Law Office of Edward J. Babbitt APC
Law Office of Elisabeth Ames
Law Office of Elliott N Kanter, APC
Law Office of Gail Shifman
Law Office of Gerry Weber, LLC
Law Office of Ihsan Dogramaci PLLC
Law Office of Janet L. Brewer
Law Office of Jeffrey R. Boxer
Law Office of Jim Norman, PLLC
Law Office of John D. Cline
Law Office of Joshua Katz
Law Office of Lewis Chimes
Law Office of Lisa C. Lambert
Law Office of M. Suzanne Molley
Law Office of Mark S. Mishler, P.C.
Law Office of Matthew Stiegler
Law Office of Michael Lumer
Law Office of Nanci Clarence
Law Office of Peter J. Heflin
Law Office of Rebecca E. Ary
Law Office of Richard E. Johnson
Law Office of Richard J. Davis
Law Office of Sara Azari
Law Office of Stephen Chahn Lee, LLC
Law Office of Susan F. Zinder, PLLC
Law Office of Thomas M. Ryan
Law Office of Timothy Black
Law Offices of Aaron M. Lukoff & Associates, PLLC
Law Offices of Andrew Marks PLLC
Law Offices of Arlan A. Cohen
Law Offices of Arthur Thomas Donato
Law Offices of Brian M. Pomerantz
Law Offices of Christian Contreras, PLC
Law Offices of Clemente Franco, APC
Law Offices of David M. Zeff
Law Offices of David P. Sheldon, PLLC
Law Offices of Deborah LaBelle
Law Offices of Dena Alo-Colbeck

Law Offices of Donald V. Smiley, APC
Law Offices of Evan A. Jenness
Law Offices of Greg Rosenfeld, P.A.
Law Offices of Gregory S. Smith
Law Offices of Johanna J. Raimond Ltd.
Law Offices of Jonathan G. Stein
Law Offices of Joseph M. McMullen
Law Offices of Karen A. Klein
Law Offices of Laurel Stuart-Fink, PLLC
Law Offices of Mark P. Zimmett
Law Offices of Melissa A. Weinberger
Law Offices of Michael R. Marrinan
Law Offices of Paul Weich
Law Offices of Richard E. Grayson
Law Offices of Richard M. Steingard
Law Offices of Robert D. Richman LLC
Law Offices of Robert Wallenstein
Law Offices of Steven B. Piser
Law Offices of Ted B. Wacker
Law Offices of Thomas C. Willcox
Law Offices of Thomas S. Salinger, A.P.C.
Law Offices of Thomas Schneck
Law Offices of Timothy J. Swift, APC
Law Offices of William J. Sweeney, Jr. LLC
LeGrand Law PLLC
Leichtman Law PLLC
Lenzo & Reis, LLC
Leonard Carder, LLP
Lerch, Early & Brewer
Leung Law PLLC
LeVan Law LLC
Levi Merrithew Horst PC
Levin & Perconti
Levin Sedran & Berman LLP
Levine Lee LLP
Levy Ratner, P.C.
Lewis & Lin, LLC
Lewis Baach Kaufmann Middlemiss PLLC
Lex Lumina LLP
Libby Hoopes Brooks & Mulvey, P.C.
Liebenson Law
Liedel Law Group
Lieff Cabraser Heimann & Bernstein, LLP
Lisa Cahill PLLC
Liston Abramson LLP
Littlepage Booth

Liuzzi, Murphy, Solomon, Churton, Hale & Winnett, LLP
Livelihood Law, LLC
Lockridge Grindal Nauen PLLP
Loevy & Loevy
Loftus & Eisenberg, Ltd.
Lohr Law Office LLC
Long & Levit LLP
Lorens and Associates, APLC
Louis P. Pfeffer, P.A.
LoVerde Law, LLC
Lowrey Parady Lebsack & DeFazio, LLC
Luby Law & Mediation Services, PLLC
Lynn Pinker Hurst & Schwegmann
MacDonald Hoague & Bayless
Manatt, Phelps & Phillips, LLP
Mancini Shenk LLP
Marino & Weiss, P.C.
Marino, Tortorella & Boyle, P.C.
Mark E. Strickland, Attorney at Law
Markowitz Herbold PC
Marshall & Saunders, P.S.
Marziani, Stevens & Gonzalez PLLC
Maslon LLP
Massey & Gail LLP
Mattieson Law, PLC
McCandlish Holton, PC
McCracken, Stemerman & Holsberry LLP
McCurdy & Eichstadt, P.C.
McDowell Rackner Gibson PC
McGill & Co., P.C.
McGillivary Steele Elkin LLP
McGreevy Law, LLC
McGuinn, Hillsman & Palefsky
McHugh Law, PLLC
McKenzie Scott PC
McLane Middleton
McLane, Bednarski & Litt, LLP
McNaul Ebel Nawrot & Helgren PLLC
Mehri & Skalet, PLLC
Melnik Legal PLLC
Meltzer Hellrung LLC
Meyers Nave
MGL LLP
Michael A Jacobson PS, Inc.
Michael Bobseine, Esq., Attorney at Law
Michael Broad, Attorney at Law

Michelle N. DeLong, PLLC
Miller Korzenik Sommers Rayman LLP
Miller Law LLC
Miller Nash LLP
Miller Shakman Levine & Feldman LLP
Miller, Miller & Canby
Miner, Barnhill & Galland, P.C.
Monahan Law Group, LLC
Monchamp Meldrum LLP
Morvillo Abramowitz Grand Iason & Anello P.C.
Moses & Moses, P.C.
Moskowitz Colson Ginsberg & Schulman LLP
Motley Rice LLC
Moya Law Firm
MSB Employment Justice
Much Shelist, P.C.
Mullen Law Firm
Munley Law PC
Muth Atwood PLLC
Nace Law Group
Nachawati Law Group PLLC
Nachlis | Cohade | Lopez-Whitaker, LLP
Nathan A. Fluter, PLLC
Nathan A. Holcomb Esq., PC
Neal, Gerber & Eisenberg LLP
Neill Schwerin Boxerman, P.C.
Nelson & Fraenkel LLP
Nelson Defense Group
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
Newman McNulty
Nichols Kaster, PLLP
Nolan Heimann LLP
Northern Justice Project, LLC
Odin Law and Media
Ogborn Mihm, LLP
O'Keefe & O'Keefe LLP
Olivier & Schreiber PC
Olson Grimsley Kawanabe Hinchcliff & Murray LLC
Olson Remcho LLP
O'Malley & Madden, P.C.
Orange Law Offices, P.C.
Orchard Ridge Advisory, LLC
Orsus Gate LLP
Outten & Golden LLP
Pacific Northwest Law LLP
Pacifica Law Group

PacLaw Group
Pahlke Law, PLLC
Palmer Mediation LLC
Paradigm Counsel LLP
Paradise Law Group, PC
Parker Lipman LLP
Parker Pohl LLP
Pashman Stein Walder Hayden, P.C.
Patrick Doerr LLP
Patterson Belknap Webb & Tyler LLP
Patterson Harkavy LLP
Paul H. Stevenson Law Offices
Perdue & Kidd LLP
Perkins Coie LLP
Persyn Law & Policy
Peter L. Conway, P.C.
Peter Romer-Friedman Law PLLC
Petrillo Klein + Boxer LLP
Pfeiffer Rudolf PA
Phillips & Paolicelli, LLP
Pierson Ferdinand LLP
Pines Bach LLP
Pitt McGehee Palmer Bonanni & Rivers P.C.
Plata Law Group LLC
Podhurst Orseck, P.A.
Pope McGlamry, P.C.
Potts Law, ALC
Price Law, LLC
Prochaska, Howell & Prochaska LLC
Pullman & Comley LLC
Purchase, George & Murphey, P.C.
Puryear and Lingle, P.L.L.C.
Queen Saenz + Schutz PLLC
Qureshi Law PC
Rafferty Domnick Cunningham Yaffa
Rathod Mohamedbhai LLC
Reeves & Brightwell LLP
REH Legal
Reitler Kailas & Rosenblatt LLP
Rekhi & Wolk, P.S.
Relman Colfax PLLC
Richard LaFond P.C.
Richards Carrington, LLC
Richardson Thomas, LLC
Rights & Liberties Law Firm
Riley Safer Holmes & Cancila LLP

Ringstrom DeKrey PLLP
RisCassi & Davis, P.C.
Ritz Clark & Ben-Asher LLP
Riverside Northwest Law Group, PLLC
Riviera Law and Mediation
Robb & Robb LLC
Robbins LLP
Roberson & Roberson P.A.
Robert A. Cole, Attorney at Law
Roberts Disability Law, P.C.
Robin Potter & Associates, P.C.
Rogers Joseph O'Donnell P.C.
Romanucci & Blandin, LLC
Rosen Bien Galvan & Grunfeld LLP
Rosenberg Martin Greenberg, LLP
Rosenstock Law Firm LLC
Rosenwein Law Group
Rosing Pott & Strohbehn, in partnership with Zelms Erlich Lenkov
Rothner, Segall & Greenstone
Rothstein Donatelli LLP
Rower LLC
Roxanne Conlin & Associates, P.C.
Rudy, Exelrod, Zieff & Lowe LLP
Ruiz & Smart LLP
Russ Perisho, PLLC
Russell & Woofter LLC
Sack Rosendin Inc.
Salahi PC
Sall Spencer Callas & Krueger, ALC
Salvatore Prescott Porter & Porter, PLLC
Salvi, Schostok & Pritchard P.C.
Sanderford & Carroll, PC
Sandler Reiff Lamb Rosenstein & Birkenstock, PC
Sanger, Hanley, Sanger & Avila, LLP
Sarafa Zellan PLLC
Sarah Lewerenz, Attorney at Law
Sari Laitinen, US Legal Counsel
Scale LLP
Schindler Cohen & Hochman LLP
Schonbrun Seplow Harris Hoffman & Zeldes, LLP
Schroeter, Goldmark & Bender, P.S.
Schwabe, Williamson & Wyatt, P.C.
Scott A. Korenbaum, Esq.
Scott J. Tepper APC
Seals Phillips LLP
Searcy Denney Scarola Barnhart & Shipley, P.A.

Seeskin Law LLC
Segal & Amos, PLLC
Segal & Laska, LLC
Selendy Gay PLLC
Selzer Gurvitch Rabin Wertheimer & Polott, P.C.
Sentner Safran LLP
Sercarz & Riopelle, LLP
Serpe LLC
Shades of Gray Law Group, P.C.
Shaheen & Gordon, P.A.
Shartsis Friese LLP
Sher Edling LLP
Sher Tremonte LLP
Sherin and Lodgen LLP
Shinder Cantor Lerner LLP
Shipman & Goodwin LLP
Shishido Taren Goldsworthy PLLC
Shreefer Law Firm, LLC
Shute, Mihaly & Weinberger LLP
Sideman & Bancroft LLP
Silver Golub & Teitell LLP
Singleton Schreiber LLP
Siro Smith Dickson PC
Sitara Human Rights Law
Sive, Paget & Riesel, P.C.
Skikos, Crawford, Skikos & Joseph LLP
SL Phillips Law PLLC
Slager Madry LLC
Slarskey LLC
Slater Legal PLLC
Slaton Roebuck, PLLC
Smith & Marjanovic Law, LLC
Smith Mullin, P.C.
Smith Partners PLLP
SMN Law Group APC
Smoger & Associates, P.C.
Smoot Law Firm PC
Sniderman Law
Solomon Appeals, Mediation & Arbitration
Solow, PLLC
Sommerman, McCaffity, Quesada & Geisler, LLP
Spark Justice Law LLC
Spaulding McCullough & Tansil LLP
Spear Wilderman, P.C.
Spera Law Group, LLC
Sperling Kenny Nachwalter, LLC

Spertus, Landes & Josephs, LLP
Spiegel & McDiarmid LLP
SpyHop Law PLLC
Stapleton Segal Cochran LLC
Stark & Stark PC
Stearns Weaver Miller
Stenberg Law, PLLC
Sterne, Kessler, Goldstein & Fox PLLC
Steven Toff Law & Consulting, PLLC
Steven Williams Law, P.C.
Stoel Rives LLP
Stoll Stoll Berne Lokting & Shlachter P.C.
Strange LLP
Strehorn, Ryan & Hoose
Stueve Siegel Hanson LLP
Stulberg & Walsh, LLP
Summit Law Group, PLLC
Sunstein LLP
Swan Employment Law
Tabet DiVito & Rothstein LLC
Tabitha Myers Law PLLC (Midtown Law)
Tai Park PLLC
Tatro & Thorpe, LLP
Taus, Cebulash & Landau, LLP
TCamp PLLC
Terance P. Perry & Associates
Terrell Marshall Law Group PLLC
Terris, Pravlik & Millian, LLP
Teske Law PLLC
The Advani Law Firm
The Avanzado Law Firm, APLC
The Basile Law Firm
The Bronson Firm APC
The Burchett Law Firm, PC
The Coopersmith Law Firm, LLP
The Coppola Firm
The deRubertis Law Firm, APC
The Employment Law Group, PC
The Fernandez Firm, PL
The Fierberg National Law Group, PLLC
The Flood Law Firm LLC
The Haggard Law Firm
The Josh Greenberg Law Firm PLLC
The Kelley Firm, PLLC
The Krudys Law Firm, PLC
The Law Office of Alex Coolman

The Law Office of Becky Beaver
The Law Office of Christopher M. Goodman PLLC
The Law Office of Christy O'Connor
The Law Office of Deborah M. Golden (Golden Law)
The Law Office of EJ Hurst II
The Law Office of Elizabeth Kelley
The Law Office of Eric A. Marshall
The Law Office of John A. Strait
The Law Office of Marlo P. Cadeddu, P.C.
The Law Office of Stephen Wade Nebgen, PLLC
The Law Office of William Hornsby
The Law Offices of Eric J. Moutz, LLC
The Law Offices of John Burton
The Law Offices of Julia S. Gold, PC
The Law Offices of Paul Glusman
The Law Offices of Peter Swarth
The Law Offices of Seth P. Chazin
The Maddox Firm LLC
The Monts Firm
The Noble Law Firm
The Norton Law Firm PC
The Paer Law Group, APC
The Porter Law Firm, PLLC
The Prinz Law Firm, P.C.
The Ringler Law Firm
The Rossman Firm LLC
The Ryder Law Firm, LLC
The Schaps Law Office, A.P.C.
The Seltzer Law Firm
The Soto Law Office, LLC
The Spiggle Law Firm
The Villegas Law Firm, APC
Thede Culpepper Moore Munro & Silliman LLP
Thomas D. Walker, Attorney at Law
Thomas Esparza, Jr. P.C.
Thomas Law LLC
Tim Lyons Law, PLLC
Tin Fulton Walker & Owen, PLLC
Tjong & Hsia LLP
TLO LAW, P.C.
Tonkon Torp LLP
Torgan Cooper & Aaron
Trine Law Firm LLC
Trister, Ross, Schadler & Gold, PLLC
Tymann, Davis & Duffy LLP
Untiedt Dabdoub, PLLC

Valentine Austriaco & Bueschel, P.C.
Van Kampen Law, PC
Vanaman German LLP
Varlack Legal Services
Verso Law Group LLP
Victor M. Glasberg & Associates
VII & IX, A Professional Law Corporation
Vinick Hyams LLP
Visible Law LLC
Vladeck, Raskin & Clark, PC
Vodde IP, PLLC
Volin Employment Law, PLLC
Walden Macht Haran & Williams LLP
Walker Law, PC
Walkup Melodia Kelly & Schoenberger
Wallen Law PC
Walsh Woodard LLC
Wang Hecker LLP
Warren J. Perlove, Attorney at Law
Washington Employment Benefits Advocates, PLLC
Waters Kraus Paul & Siegel
Waymaker LLP
Weddle Law PLLC
Weissman & Mintz LLC
Weitz & Luxenberg, P.C.
Welsh & Recker, P.C.
Whistleblower Partners LLP
White & Stradley, PLLC
Whitney & Schowalter LLC
Wickman & Wickman, Attorneys at Law
Wilkinson Stekloff LLP
Willenson Law, LLC
William D. Shapiro Law, Inc.
Williams & Connolly LLP
Williams Oinonen LLC
Wilmer Cutler Pickering Hale and Dorr LLP
Wilson Turner Kosmo LLP
Win on the Papers LLC
Windy City Trial Group
Winebrake & Santillo, LLC
Wisniewski & Associates, LLC
Withers Bergman LLP
Wocl Leydon LLC
Wolf & Oxley PLLC
Woodside Counsel, P.C.
Work/Environment Law Group

Wylie Stecklow PLLC
Yetter Coleman LLP
Yow PC
Zalkind Duncan & Bernstein LLP
Zimmer, Citron & Clarke LLP
Zimmerman Reed LLP
Zitrin Law Office
Zucker Law Group LLP
Zukerman Gore Brandeis & Crossman, LLP
ZVMLaw PLLC
ZwillGen PLLC