UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP,

        Plaintiff,

  v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et. al.*,

        Defendants.

Case No. 1:25-cv-1107-LLA

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion of 884 Law Firms for Leave to File a Brief *Amicus Curiae* in Support of Plaintiff's Motion for Summary Judgment, and such matters as are just and proper, IT IS HEREBY:

ORDERED that the aforementioned Motion is **GRANTED**; and it is further

ORDERED that the *Amici Curiae* brief attached as Exhibit 1 to the Motion and the accompanying Appendix A are deemed filed with this Court upon entry of this Order.

**SO ORDERED.**

Entered this _____ day of _____, 2025

                                                                                      _____
                                                                                      Honorable Loren L. AliKhan
                                                                                      United States District Judge