## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff,* v. EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, *Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF FORMER SENIOR GOVERNMENT OFFICIALS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Having reviewed the Unopposed Motion for Leave to File Brief of Former Senior Government Officials as *Amici Curiae* in Support of Plaintiff's Motion for Summary Judgment ("Motion"), the Court hereby GRANTS the Motion. It is further ORDERED that the Amici Curiae brief attached as Exhibit 1 to the Motion is deemed filed with this Court upon entry of this Order.

**IT IS SO ORDERED**.

Entered this _____ day of _____, 2025

_____
U.S. District Court Judge Loren L. AliKhan