AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SUSMAN GODFREY LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Senior Government Officials listed in Appendix A to Brief                        .

Date:   04/25/2025                                      /s/ Michael Ferrara
                                                                    *Attorney's signature*

                                                        Michael Ferrara, Bar No. NY0621
                                                        *Printed name and bar number*

                                                        Hecker Fink LLP
                                                        350 Fifth Avenue, 63rd Floor
                                                        New York, NY 10118
                                                                    *Address*

                                                        mferrara@heckerfink.com
                                                                    *E-mail address*

                                                        (212) 763-0883
                                                                    *Telephone number*

                                                        (212) 564-0883
                                                                    *FAX number*