UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>                *Plaintiff*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                *Defendants*. | Case No. 1:25-cv-01107-LLA |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE LITIGATION FIRMS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

Pursuant to Local Rule 7(o)(2), the following litigation law firms move for leave to file the attached amici curiae brief in support of Plaintiff Susman Godfrey LLP's ("Susman Godfrey") Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief (the "Motion," ECF No. 51): Wheeler Trigg O'Donnell LLP; Bird, Marella, Rhow, Lincenberg, Drooks, Nessim, LLP; Botkin Chiarello Calaf PLLC; Buckner + Miles, P.A.; Cohen Williams LLP; Corr Cronin LLP; Edwards & Culver; Garnett Powell Maximon Barlow & Farbes, LLC; Gelber Schachter & Greenberg, P.A.; Hagens Berman Sobol Shapiro LLP; Halpern May Ybarra Gelberg LLP; Horvitz & Levy LLP; Kaplan Johnson Abate & Bird LLP; Long & Levit LLP; Lynn Pinker Hurst & Schwegmann LLP; Markowitz Herbold PC; Milberg Coleman Bryson Phillips Grossman, PLLC; Porzio, Bromberg, & Newman, P.C.; Rosing Pott & Strohbehn (in partnership with Zelms Erlich Lenkov); Walden Macht Haran & Williams LLP; and Yetter Coleman LLP (together, the "Litigation Firms"). As required by Local Rule 7(m), the undersigned counsel conferred with the parties' counsel about the relief requested by this motion. The parties do not oppose this motion.

1

**INTEREST OF AMICI CURIAE**

The Litigation Firms are law firms that represent clients in state and federal courts nationwide. Among us, we represent a broad assortment of clients, including veterans, the accused or incarcerated, immigrants, foster care children, individuals of modest means, small business owners, investors, prominent law firms, health care providers, and many of the world's largest companies. Many times in the past, regardless of which major party controlled the executive branch of our government, the legislative branch, or both, we have represented clients fighting against government overreach or pursuing causes the government in power disfavored or actively opposed. Today, likewise, clients of Susman Godfrey and other law firms, including ours, are or may be fighting against government overreach and pursuing causes the current government or a future government disfavors. Those clients likewise need and deserve, and will need and deserve, representation by competent, zealous counsel. We submit this brief to ensure that we can continue providing that representation to *every* client—regardless of their identity, and without fear of government retribution. And we submit this brief to guarantee that we can continue to defend the rule of law and hold the government accountable when it breaks the law or violates our clients' rights.

**REASONS WHY THE MOTION SHOULD BE GRANTED**

The Court has "broad discretion" in determining whether to permit participation as *amici curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). An amicus brief "should normally be allowed . . . when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)), or when the brief "will assist the judge 'by presenting ideas, arguments, theories, insights, facts or

data that are not to be found in the parties' briefs,'" *Commonwealth of the N. Mariana Islands v. United States*, No. 08-1572(PLF), 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)).

Here, the amici Litigation Firms have and will present unique information and arguments to help the Court resolve Susman Godfrey's Motion. The Motion focuses narrowly on whether Susman Godfrey is entitled to summary judgment and permanent injunctive relief on its claims for various constitutional violations. Presumably, Defendants' response(s) will do the same. The Litigation Firms' brief, by contrast, has a broader and different focus. It discusses foundational American legal principles relating to lawyers' independence, including that every client and cause deserves zealous, competent representation; that lawyers will be less likely or unable to fulfill their ethical duties to zealously represent their clients with undivided loyalty if they fear government reprisal; and that lawyers will be less likely to protect the rule of law if they fear government retribution. These broader principles highlight what is at stake when the government punishes lawyers—whether they work at Susman Godfrey or elsewhere—for the clients and causes they represent and should inform the Court's resolution of the Motion.

Under Local Rule 7(o)(5), undersigned counsel certifies that (i) no party's counsel authored this brief in whole or in part; (ii) no party or their counsel contributed money that was intended to fund preparing or submitting the brief; and (iii) no person contributed money that was intended to fund preparing or submitting the brief.

## CONCLUSION

For the reasons stated, the Litigation Firms respectfully request that the Court grant them leave to file the amici curiae brief attached to this motion.

3

Dated: April 25, 2025

Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (D.C. Bar. #482584)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: reilly@wtotrial.com

*Counsel for Amici Curiae*

*The below-listed law firms authorize counsel for amici curiae to state that they join in this motion.*

Mark Drooks
Bird, Marella, Rhow, Lincenberg, Drooks, Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
310.201.2100
mdrooks@birdmarella.com

David Buckner
Buckner + Miles, P.A.
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
305.964.8003
david@bucknermiles.com

Steven W. Fogg
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
206.625.8600
sfogg@corrcronin.com

Stan Garnett
Garnett Powell Maximon Barlow & Farbes, LLC
1125 17th Street, Suite 2200
Denver, CO 80202
303.991.3344
stan.garnett@garnettlegalgroup.com

Katherine Chiarello
Botkin Chiarello Calaf PLLC
1209 Nueces Street
Austin, TX 78701
512.615.2341
katherine@bccaustin.com

Reuven Cohen
Cohen Williams LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
213.232.5160
rcohen@cohen-williams.com

A. Clifford Edwards
Edwards & Culver
1648 Poly Drive, Suite 206
Billings, MT 59102
406.256.8155
jenny@edwardslawfirm.org

Adam Schachter
Gelber Schachter & Greenberg, P.A.
One Southeast Third Ave., Suite 2600
Miami, FL 33131-1715
305.728.0950
aschachter@gsgpa.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206.623.7292
steve@hbsslaw.com

Eric S. Boorstin
Horvitz & Levy LLP
3601 West Olive Avenue, 8th Floor
Burbank, CA 91505
818.995.0800
eboorstin@horvitzlevy.com

Kathleen Ewins
Long & Levit LLP
465 California Street, Suite 500
San Francisco, CA 94104
415.397.2222
kewins@longlevit.com

Stanton R. Gallegos
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
503.295.3085
stantongallegos@markowitzherbold.com

Vito A. Gagliardi, Jr.
Porzio, Bromberg, & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
973.538.4006
vagagliardi@pbnlaw.com

Sean Haran
Walden Macht Haran & Williams LLP
250 Vesey Street, 27th Floor
New York, NY 10281
212.335.2030
seanh@wmhwlaw.com

Joseph Ybarra
Halpern May Ybarra Gelberg LLP
550 S. Hope St., Suite 2330
Los Angeles, CA 90071
213.402.1930
joseph.ybarra@halpernmay.com

Clark Johnson
Kaplan Johnson Abate & Bird LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
502.416.1630
cjohnson@kaplanjohnsonlaw.com

Chris Schwegmann
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214.981.3835
cschwegmann@lynnllp.com

Greg Coleman
Milberg Coleman Bryson Phillips
Grossman, PLLC
800 S. Gay St., Suite 1100
Knoxville, TN 37929
865.232.1315
gcoleman@milberg.com

Heather L. Rosing
Rosing Pott & Strohbehn
In partnership with Zelms Erlich Lenkov
770 First Avenue, Suite 200
San Diego, CA 92101
619.235.6000
hrosing@rosinglaw.com

R. Paul Yetter
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, TX 77002
713.632.8000
pyetter@yettercoleman.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

DATED this 25th day of April, 2025.

*Kathryn A. Reilly*