**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff*, v. EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, *Defendants*. | Case No. 1:25-cv-01107-LLA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE LITIGATION FIRMS IN SUPPORT OF PLAINTIFF SUSMAN GODFREY LLP'S MOTION FOR SUMMARY JUDGMENT AND DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

It is hereby **ORDERED** that the Litigation Firms' motion for leave to file an amici curiae brief in support of Plaintiff Susman Godfrey LLP's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief is **GRANTED**. The Clerk of Court is respectfully directed to accept the amici brief attached to the motion as filed April 25, 2025.

This _____ day of April, 2025.

_____
Loren L. AliKhan, District Judge
U.S. District Court for the
District of Columbia