AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SUSMAN GODFREY LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Litigation Firms.

Date: 04/25/2025

s/ Kathryn A. Reilly
*Attorney's signature*

Kathryn A. Reilly (D.C. Bar #482584)
*Printed name and bar number*

Wheeler Trigg O'Donnell LLP
370 Seventeenth St., Suite 4500
Denver, CO 80202
*Address*

reilly@wtotrial.com
*E-mail address*

(303) 244-1800
*Telephone number*

(303) 244-1879
*FAX number*