IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

## DECLARATION OF SEAN HECKER

I, Sean Hecker, hereby declare under penalty of perjury as follows:

1. My full name is Sean Hecker.

2. My office address is Hecker Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, New York 10118. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of New York, the District of Columbia, the United States Bankruptcy Court for the Southern District of New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Northern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

By: _____
Sean Hecker
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: 212.763.0883

*Attorney for Amici Curiae Senior Government Officials*

DATED: April 28, 2025
       Washington, DC