**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SUSMAN GODFREY LLP, | |
| *Plaintiff,* | Civil Action No. 1:25-cv-01107-LLA |
| v. | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.,* | |
| *Defendants*. | |

## MOTION FOR ADMISSION PRO HAC VICE OF JULIE E. FINK

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* of Julie E. Fink as counsel for Amici Curiae Senior Government Officials.

The declaration of Ms. Fink in support of this motion is attached hereto.

By: */s/ Carmen Iguina González*
    Carmen Iguina González, Bar No. 1644730
    HECKER FINK LLP
    1050 K Street NW
    Suite 1040
    Washington, DC 20001
    Telephone: (212) 763-0883

    *Attorney for Amici Curiae Senior*
    *Government Officials*

DATED: April 28, 2025
       Washington, DC

**CERTIFICATE OF SERVICE**

I certify that on April 28, 2025 a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Julie E. Fink was properly served on counsel of record via electronic filing in accordance with the USDC, District of Columbia Procedures for Electronic Filing.

*/s/ Carmen Iguina González*
Carmen Iguina González