IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

### DECLARATION OF DAVID PATTON

I, DAVID PATTON, hereby declare under penalty of perjury as follows:

1. My full name is David Earl Patton.

2. My office address is Hecker Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, New York 10118. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have been admitted *pro hac vice* to the bar of this Court on one occasion in the last two years.

By: _____
David Patton
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: 212.763.0883

*Attorney for Amici Curiae Senior Government Officials*

DATED: April 28, 2025
       Washington, DC