IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

**DECLARATION OF TRISHA ANDERSON**

I, Trisha Anderson, hereby declare under penalty of perjury as follows:

1. My full name is Trisha Beth Anderson.

2. My office address is Hecker Fink LLP, 1050 K Street NW, Suite 1040, Washington, DC 20001. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of California, the District of Columbia, the Supreme Court of the United States, and the United States Court of Appeals for the Sixth Circuit.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the District of Columbia and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

By: /s/ Trisha Anderson

Trisha Anderson
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: 212.763.0883

*Attorney for Amici Curiae Senior Government Officials*

DATED: April 28, 2025
Washington, DC