IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

## DECLARATION OF MATTHEW J. CRAIG

I, MATTHEW J. CRAIG, hereby declare under penalty of perjury as follows:

1. My full name is Matthew James Craig.

2. My office address is Hecker Fink LLP, 1150 S Olive St., Suite 10-140, Los Angeles, CA 90015. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of California, State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have been admitted *pro hac vice* to the bar of this Court on one occasion in the last two years.

By: _____
Matthew J. Craig
HECKER FINK LLP
1150 S Olive St., Suite 10-140
Los Angeles, CA 90015
Telephone: 212.763.0883

*Attorney for Amici Curiae Senior Government Officials*

DATED: April 28, 2025
       Washington, DC

2