IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

### [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

Having considered the motion to admit Matthew J. Craig of the law firm Hecker Fink LLP to appear in this action pro hac vice on behalf of Amici Curiae Senior Government Officials, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
Hon. Loren L. AliKhan, U.S.D.J.