IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

## MOTION FOR ADMISSION PRO HAC VICE OF MACK JENKINS

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* of Mack Jenkins as counsel for Amici Curiae Senior Government Officials.

The declaration of Mr. Jenkins in support of this motion is attached hereto.

By: */s/ Carmen Iguina González*
Carmen Iguina González, Bar No. 1644730
HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorney for Amici Curiae Senior Government Officials*

DATED: April 28, 2025
Washington, DC

## CERTIFICATE OF SERVICE

I certify that on April 28, 2025 a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Mack Jenkins was properly served on counsel of record via electronic filing in accordance with the USDC, District of Columbia Procedures for Electronic Filing.

       /s/ Carmen Iguina González
       Carmen Iguina González