# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/25/2025

**LICENSEE NAME:** Mack Eric Jenkins

**LICENSEE BAR NUMBER:** 242101

**LICENSEE STATUS:** Active

**ADMIT DATE:** 5/9/2006

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Mack Eric Jenkins's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record