UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP,

          *Plaintiff*,

v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,

          *Defendants*.

Case no. 1:25-cv-01107-LLA

### UNOPPOSED MOTION OF UIA-IROL FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY JUDGMENT AND PERMANENT INJUNCTIVE RELIEF

Proposed *amicus* Institute for the Rule of Law of the Union Internationale des Avocats (UIA-IROL) respectfully requests leave to file the attached *amicus curiae* brief in support of the motion for summary judgment by Plaintiff Susman Godfrey LLP regarding injunctive and declaratory relief with respect to its challenge to the Executive Order issued by President Trump on April 9, 2025 (the "Executive Order").

Pursuant to Local Civil Rule 7(m) & (o), UIA-IROL contacted and received consent from both Plaintiff and Defendants to file an *amicus* brief.

This Court has "broad discretion to permit . . . participation [of] *amicus curiae*." *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Permission to file an *amicus* brief is "normally . . . allowed when a party is not represented competently or is not represented at all, when the *amicus* has an interest in some other case that may be affected by the decision in the present case . . . , or when the *amicus* has unique information

1

or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008).  In instances where "organizations with relevant expertise and a stated concern for the issues at stake in th[e] case" request leave to participate as an *amicus curiae* to offer a distinctive perspective, this Court has granted such requests.  *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

UIA-IROL is the Rule of Law arm of UIA, an international association of almost 2000 lawyers and bar associations around the world.  It has a strong interest in and relevant expertise with respect to upholding the Rule of Law across the globe, particularly regarding protection of lawyers and the legal profession against government harassment and intrusion.  UIA-IROL supports, protects, and advocates for lawyers who may be persecuted, prosecuted, harassed, threatened, or otherwise retaliated against because of their professional work as lawyers, the clients they represent, or the legal positions they advocate.  UIA-IROL has particular expertise regarding the ways in which the Executive Order violates not only United States law but comparable and internationally-recognized principles, norms and standards designed to safeguard the Rule of Law and the independence of the legal profession and to protect lawyers against retaliatory conduct at the global level.  UIA-IROL's unique perspective can help inform this Court about how rights and values embodied in U.S. law regarding the protection of lawyers parallel those under international law and how their violation would reverberate globally and affect the practice of law both nationally and abroad.

For these reasons, UIA-IROL respectfully requests that the Court grant it leave to file the attached *amicus curiae* brief in the above captioned matter.

Dated: April 28, 2025

Respectfully submitted:

**INSTITUTE FOR THE RULE OF LAW OF THE UNION INTERNATIONALE DES AVOCATS (UIA-IROL)**

*/s/ Jacqueline R. Scott*
Jacqueline R. Scott (*pro hac vice*)
Fortney and Scott, LLC
1909 K Street, NW
Suite 330
Washington, D.C. 20006
(202) 689-1200
jscott@fortneyscott.com

*s/ Jerome C. Roth*
Jerome C. Roth *(pro hac vice)*
Roth Global Law/Arb
990 Green Street, #4
San Francisco, CA 94133
(415) 860-0909
jerry@roth-global.com

*Counsel for Amicus Curiae* UIA-IROL

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2025, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon all counsel of record.

Dated:  April 28, 2025　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　*/s/ Jacqueline R. Scott*
　　　　　　　　　　　　　　　　　　　　　Counsel for Amici Curiae