# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff*, v. EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, *Defendants*. | Case no. 1:25-cv-01107-LLA |

## [PROPOSED] ORDER

Upon consideration of the Motion of UIA-IROL for Leave to File an *Amicus Curiae* Brief, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the Motion of UIA-IROL for Leave to File A*micus Curiae* Brief in Support of Plaintiff's Motion for Summary Judgment and for Declaratory Judgment and Permanent Injunctive Relief is **GRANTED.**

It is further **ORDERED** that the *Amici Curiae* brief attached as Exhibit 1 to the Motion is deemed filed with the Court upon the entry of this Order.

**SO ORDERED.**

Date: _____

_____
LOREN L. ALIKHAN
United States District Judge