AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Susman Godfrey, LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01107-LLA |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae: Institute for the Rule of Law of the Union Internationale des Avocats.

Date:  04/25/2025

/s/ Jacqueline R. Scott
*Attorney's signature*

Jacqueline R. Scott (DC Bar No. 495479)
*Printed name and bar number*

Fortney and Scott, LLC
1909 K Street, Ste 330
Washington, DC 20006
*Address*

jscott@fortneyscott.com
*E-mail address*

(202) 689-1200
*Telephone number*

*FAX number*