IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff* v. EXECUTIVE OFFICE OF THE PRESIDENT, et al. *Defendants* | Case No. 1:25-cv-01107 Judge Loren L. AliKhan |

**UNOPPOSED MOTION OF 1129 LAW STUDENTS AND 51 LAW STUDENT ORGANIZATIONS FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to LCvR 7(o), 1129 law students and 51 law student organizations at American law schools (together, "*amici*")[1] respectfully move for leave to file an *amicus curiae* brief in support of Plaintiff Susman Godfrey LLP. The proposed brief and a proposed order are attached as secondary filings. A*mici* further state in support of this motion:

1.   This Court has broad discretion in determining whether a third-party may participate in a case as an *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Courts in this District ordinarily have allowed an *amicus* leave to file a brief "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Youming Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

2.   A*mici* are law students and law student organizations representing different geographic, economic, social, and political backgrounds. They have different motivations for

---

[1] The proposed *amici* are identified in Appendix A to the proposed *amicus* brief.

1

attending law school. After graduation, they will pursue different careers and represent different clients. Despite these differences, *amici* share their understanding that April 9, 2025 executive order at issue in this litigation (and similar executive orders) directly threaten this country's legal profession, the ability of clients to obtain representation, and the rule of law itself. *Amici* understand that the executive orders threaten not only American constitutional values but also their professional and economic futures. The attached amicus brief provides unique perspective about the implications of these executive orders for law students who represent the future of the American legal profession.

4.  Plaintiff Susman Godfrey LLP is primarily concerned with the April 9, 2025 executive order at issue in this case. The attached brief seeks to provide the Court with broader perspective addressing the threat the executive order represents to the young people who represent the future of the legal profession.

5.  Plaintiff consents to the filing of this brief. Defendants do not object to the filing of this brief.

WHEREFORE, *amici* respectfully request that the Court grant their motion for leave to file the attached *amicus curiae* brief.

Respectfully submitted,

/s/ Jordan Merson
Shanin Specter (*pro hac vice forthcoming*)
Charles L. Becker (*pro hac vice forthcoming*)
Jordan K. Merson
DC Bar No. 501015
Corrie A. Woods (*pro hac vice forthcoming*)
**Kline & Specter, PC**
1525 Locust Street
Philadelphia, PA , 19102
(215) 772-1000 (phone)
(215) 772-1359 (fax)

shanin.specter@klinespecter.com
chip.becker@klinespecter.com
jordan.merson@klinespecter.com
corrie.woods@klinespecter.com

Spencer Pahlke (*pro hac vice forthcoming*)
CA Bar No. 2540917
**Walkup, Melodia, Kelly & Shoenberger**
650 California Street, 26th Floor
San Francisco, CA 94108
(415) 981-7210 (phone)
(415) 391-6965 (fax)
spahlke@walkuplawoffice.com

Counsel for Amici Curiae

Dated: April 29, 2025

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

      /s/ Jordan Merson
Jordan K. Merson
DC Bar No. 501015
**Kline & Specter, PC**
1525 Locust Street
Philadelphia, PA , 19102
(215) 772-1000 (phone)
(215) 772-1359 (fax)
jordan.merson@klinespecter.com

Spencer Pahlke (*pro hac vice forthcoming*)
CA Bar No. 2540917
**Walkup, Melodia, Kelly & Shoenberger**
650 California Street, 26th Floor
San Francisco, CA 94108
(415) 981-7210 (phone)
(415) 391-6965 (fax)
spahlke@walkuplawoffice.com

Counsel for Amici Curiae

Dated: April 29, 2025

Case 1:25-cv-01107-LLA    Document 130    Filed 04/29/25    Page 5 of 5