IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.<br><br>*Defendants* | Case No. 1:25-cv-01107 |

**[PROPOSED] ORDER**

Upon consideration of the motion of 1129 Law Students and 51 Law Student Organizations for leave to file an *Amicus Curiae* brief and such matters that are just and proper, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the *Amicus Curiae* Brief attached as Exhibit 1 to the Motion and the accompanying Appendix A are deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025

_____
Honorable Judge Loren L. AliKhan
United States District Judge