# The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK

### JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

**Telephone:**
(617) 557-1100

**General Email:**
sjccountyclerk@sjc.state.ma.us

**Bar Admission Email:**
sjc.mass.bar.admission@jud.state.ma.us

April 4, 2025

Attorney Jeannie Suk Gersen
Jeannie Suk Gersen
10 Fayerweather Street
Cambridge , MA  02138
jeannie.gersen@gersen.com

**IN RE:**    **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Jeannie Suk Gersen .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  04/04/2025 04.03.2025
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on    **September 17, 2012**,

said Court being the highest Court of Record in said Commonwealth:

## Jeannie Suk Gersen

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this    **fourth**    day of    **April**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County