IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-1107 (LLA) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEANNIE SUK GERSEN *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Jeannie Suk Gersen *pro hac vice*. Upon consideration of the motion, the Court grants attorney Jeannie Suk Gersen *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: _____, 2025          _____
                                              HON. LOREN L. ALIKHAN
                                              United States District Judge