AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SUSMAN GODFREY LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01107 |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Legal Ethics Professors.

Date: 04/29/2025

/s/Joseph W. Mead
*Attorney's signature*

Joseph W. Mead, Bar #1740771
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
Georgetown Law
600 New Jersey Ave. NW
Washington, DC 20001
*Address*

jm3468@georgetown.edu
*E-mail address*

(202) 662-9042
*Telephone number*

(202) 661-6730
*FAX number*