# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff* v. EXECUTIVE OFFICE OF THE PRESIDENT, et al. *Defendants* | Case No. 1:25-cv-01107<br><br>Judge Loren L. AliKhan |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES L. BECKER

Pursuant to Rule 83.2(d) of the Local Rule of this Court, Jordan Koel Merson, undersigned sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Charles L. Becker of Kline & Specter, PC, to represent Proposed *Amici Curiae* Law Students and Law Student Organizations in the above-captioned case.

This motion is accompanied by a declaration from Charles L. Becker, attached hereto as Exhibit A, providing the information required by Rule 83.2(d). A certificate evidencing that Attorney Becker is a member in good standing of the bar of the Supreme Court of Pennsylvania is attached hereto as Exhibit B. A proposed order is attached as a secondary filing.

Date: April 29, 2025

Respectfully submitted,

/s/ Jordan Merson

Jordan K. Merson
DC Bar No. 501015
**Kline & Specter, PC**
1525 Locust Street
Philadelphia, PA , 19102
(215) 772-1000 (phone)
(215) 772-1359 (fax)
jordan.merson@klinespecter.com

Counsel for *Amici Curiae*

**EXHIBIT A – DECLARATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP  )
_____  )
Plaintiff(s)         )
                     )
vs.                  )   Case Number:   1:25-CV-01107
                     )
EXECUTIVE OFFICE OF THE PRES!!   )
_____  )
Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Charles L. Becker

2. State bar membership number: PA 81910

3. Business address, telephone and fax numbers:

   1525 Locust St., Phila. PA 19102  215-772-1000 (p) (215)-792-5504 (f)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   E.D.Pa., M.D.Pa. W.D.Pa. D.N.J., 3d Cir., Pennsylvania, New Jersey

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. Zero

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 29, 2025                                          *Charles L. Becker*
_____                      _____
DATE                                                       SIGNATURE OF ATTORNEY

2

**EXHIBIT B – CERTIFICATE**



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Charles Lyman Becker, Esq.**

DATE OF ADMISSION

*October 15, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 24, 2025

Darian Holland
Chief Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Charles L. Becker with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

                                                              /s/ Jordan Merson
                                                              Jordan Koel Merson