# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.<br><br>*Defendants* | Case No. 1:25-cv-01107<br><br>Judge Loren L. AliKhan |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CORRIE WOODS

Pursuant t Rule 83.2(d) of the Local Rule of this Court, Jordan Koel Merson, undersigned sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Corrie Woods of Kline & Specter, PC, to represent Proposed *Amici Curiae* Law Students and Law Student Organizations in the above-captioned case.

This motion is accompanied by a declaration from Corrie Woods, attached hereto as Exhibit A, providing the information required by Rule 83.2(d). A certificate evidencing that Attorney Woods is a member in good standing of the bar of the Supreme Court of Pennsylvania is attached hereto as Exhibit B. A proposed order is attached as a secondary filing.

Date: April 29, 2025

Respectfully submitted,

/s/ Jordan Merson

Jordan K. Merson
DC Bar No. 501015
**Kline & Specter, PC**
1525 Locust Street
Philadelphia, PA , 19102
(215) 772-1000 (phone)
(215) 772-1359 (fax)
jordan.merson@klinespecter.com

Counsel for *Amici Curiae*

**EXHIBIT A – DECLARATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP  
        Plaintiff(s)  

vs.  

EXECUTIVE OFFICE OF THE PRESIDENT  
        Defendant(s)

Case Number: 1:25-CV-01107

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: **Corrie Allen Woods**

2. State bar membership number: **PA - 314580; WV - 11859**

3. Business address, telephone and fax numbers:

   Kline & Specter, PC; 1525 Locust Street, Philadelpha, PA 19102; (267) 497-2272; (215)-792-5504

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   W.Va.; Pa.; W.D. Pa.; 3d Cir.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐  No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  Yes ☐  No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **0**

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? **No**

9. Do you have a pending application for admission into USDC for the District of Columbia? **No**

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 4/29/2025 | _(signature)_ |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |

2

**EXHIBIT B – CERTIFICATE**



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Corrie Allen Woods, Esq.*

### DATE OF ADMISSION

*December 19, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 24, 2025

Darian Holland
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Corrie Woods with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

/s/ Jordan Merson
Jordan Koel Merson
