IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff* v. EXECUTIVE OFFICE OF THE PRESIDENT, et al. *Defendants* | Case No. 1:25-cv-01107 Judge Loren L. AliKhan |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF CORRIE WOODS**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Corrie Woods, it is hereby ORDERED that such motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____      _____
                                          Hon. Loren L. AliKhan
                                          United States District Court Judge