IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff* v. EXECUTIVE OFFICE OF THE PRESIDENT, et al. *Defendants* | Case No. 1:25-cv-01107 Judge Loren L. AliKhan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SPENCER J. PAHLKE**

Pursuant t Rule 83.2(d) of the Local Rule of this Court, Jordan Koel Merson, undersigned sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Spencer J. Pahlke of Walkup, Melodia, Kelly, & Schoenberger, to represent Proposed *Amici Curiae* Law Students and Law Student Organizations in the above-captioned case.

This motion is accompanied by a declaration from Spencer J. Pahlke, attached hereto as Exhibit A, providing the information required by Rule 83.2(d).  A certificate evidencing that Attorney Pahlke is a member in good standing of the bar of the Supreme Court of California is attached hereto as Exhibit B.  A proposed order is attached as a secondary filing.

Date: April 29, 2025

Respectfully submitted,

/s/ Jordan Merson

Jordan K. Merson
DC Bar No. 501015
**Kline & Specter, PC**
1525 Locust Street
Philadelphia, PA , 19102
(215) 772-1000 (phone)
(215) 772-1359 (fax)
jordan.merson@klinespecter.com

Counsel for *Amici Curiae*

**EXHIBIT A – DECLARATION**

# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP
_____
Plaintiff(s)

vs.

EXECUTIVE OFFICE OF THE PRES[IDENT]
_____
Defendant(s)

Case Number: 1:25-CV-01107

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Spencer Pahlke

2. State bar membership number: 250914

3. Business address, telephone and fax numbers:
   650 California St, 26th Fl., San Francisco, CA 94108, T: 415-981-7210 F: 415-391-6965

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   California State Bar; USDC (Northern, Central and Eastern Districts for State of CA)

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐  No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐  No ☑
   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. Zero
   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 29, 2025
DATE                                                                    SIGNATURE OF ATTORNEY

**EXHIBIT B - CERTIFICATE**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

ISSUE DATE: 4/17/2025

LICENSEE NAME: Spencer James Pahlke

LICENSEE BAR NUMBER: 250914

LICENSEE STATUS: Active

ADMIT DATE: 11/20/2007

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Spencer James Pahlke's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Record

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Spencer J. Pahlke with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

/s/ Jordan Merson
Jordan Koel Merson