# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01107-LLA |

## MOTION TO ADMIT RUTH GREENWOOD *PRO HAC VICE*

Pursuant to Local Rule 83.2, Joseph Mead, a member of the Bar of this Court, respectfully moves for the admission pro hac vice of attorney Ruth Greenwood on behalf of *Amici Curiae*, Legal Ethics Professors, in the above captioned matter. Attached as Exhibit I hereto is a declaration by Ms. Greenwood and a certificate of the court or bar for the state in which Ms. Greenwood regularly practices in accordance with Local Rule 83.2.

Dated: April 29, 2025

Respectfully submitted,

*/s/Joseph W. Mead*
Joseph W. Mead (Bar No. 1740771)
INSTITUTE FOR CONSTITUTIONAL
  ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave. NW
Washington, DC 20001
Jm3468@georgetown.edu
(202) 662-9042