# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01107-LLA |

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon Joseph Mead's motion to admit *pro hac vice* Ruth Greenwood to the Bar of this Court; and the Court having reviewed said motion and being duly advised in the premises, now finds that the motion should be **GRANTED**; and it is accordingly **ORDERED, ADJUDGED, AND DECREED** that Ruth Greenwood is admitted *pro hac vice*, on behalf of *Amici Curiae,* Legal Ethics Professors, in the above-captioned matter.

Dated: _____                    _____

**LOREN L. ALIKHAN**
United States District Judge