## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff* v. EXECUTIVE OFFICE OF THE PRESIDENT, et al. *Defendants* | Case No. 1:25-cv-01107 Judge Loren L. AliKhan |

### MOTION FOR ADMISSION *PRO HAC VICE* OF SHANIN SPECTER

Pursuant t Rule 83.2(d) of the Local Rule of this Court, Jordan Koel Merson, undersigned sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Shanin Specter of Kline & Specter, PC, to represent Proposed *Amici Curiae* Law Students and Law Student Organizations in the above-captioned case.

This motion is accompanied by a declaration from Shanin Specter, attached hereto as Exhibit A, providing the information required by Rule 83.2(d). A certificate evidencing that Attorney Specter is a member in good standing of the bar of the Supreme Court of Pennsylvania is attached hereto as Exhibit B. A proposed order is attached as a secondary filing.

Date: April 29, 2025                        Respectfully submitted,

                                     /s/ Jordan Merson

                                    Jordan K. Merson
                                    DC Bar No. 501015
                                    **Kline & Specter, PC**
                                    1525 Locust Street
                                    Philadelphia, PA , 19102
                                    (215) 772-1000 (phone)
                                    (215) 772-1359 (fax)
                                    jordan.merson@klinespecter.com

                                    Counsel for *Amici Curiae*

**EXHIBIT A – DECLARATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP )
_____ )
Plaintiff(s) )
)
vs. )   Case Number:  1:25-CV-01107
)
EXECUTIVE OFFICE OF THE PRES. )
_____ )
Defendant(s) )

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Shanin Specter

2. State bar membership number:  PA 40928

3. Business address, telephone and fax numbers:
   1525 Locust St., Phila. PA 19102  215-772-1000 (p) (215)-792-5504 (f)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   U.S.; 3d Cir. 4th Cir.; 9th Cir.; E.D. Pa.; M.D. Pa.; W.D. Pa.; Pa.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?  No

9. Do you have a pending application for admission into USDC for the District of Columbia?  No

  **In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 04-29-2025 | _/s/_ |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |

**EXHIBIT B – CERTIFICATE**



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Shanin Specter, Esq.

DATE OF ADMISSION

**October 15, 1984**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 24, 2025

*Darian Holland*

Darian Holland
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Shanin Specter with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

/s/ Jordan Merson
Jordan Koel Merson