# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, *Plaintiff* v. EXECUTIVE OFFICE OF THE PRESIDENT, et al. *Defendants* | Case No. 1:25-cv-01107 Judge Loren L. AliKhan |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SHANIN SPECTER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Shanin Specter, it is hereby ORDERED that such motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____         _____
                                     Hon. Loren L. AliKhan
                                     United States District Court Judge