**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSMAN GODFREY LLP, | |
| *Plaintiff* | |
| v. | Case No. 1:25-cv-01107 |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al. | |
| *Defendants* | Judge Loren L. AliKhan |

**BRIEF OF *AMICI CURIAE* 1129 LAW STUDENTS AND 51 LAW STUDENT
ORGANIZATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT**

Shanin Specter
Charles L. Becker
Jordan K. Merson
Corrie A. Woods
Kline & Specter, PC
1525 Locust Street Philadelphia,
PA 19102
(215) 772-1000
shanin.specter@klinespecter.com
chip.becker@klinespecter.com
jordan.merson@klinespecter.com
corrie.woods@klinespecter.com

Spencer J. Pahlke
Walkup, Melodia, Kelly, &
Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
(415) 981-7210
spahlke@walkuplawoffice.com

Counsel for *Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

*Amici curiae* are law students and law student organizations. They have no parent corporations and do not issue stock.

## TABLE OF CONTENTS

TABLE OF AUTHORITIES.................................................................................................... iii

INTEREST OF AMICI CURIAE ............................................................................................1

ARGUMENT ..............................................................................................................................1

CONCLUSION..........................................................................................................................3

## **TABLE OF AUTHORITIES**

**Rules:**

Fed.R.App.P. 29(a)(4)(E) ............................................................................................................1

## INTEREST OF AMICI CURIAE

*Amici* are 1129 law students and 51 law student organizations from law schools across the United States.[1] They are diverse geographically, economically, socially, and politically. They study law for different reasons. They will go on to represent a wide range of clients and causes. Yet *amici* are united in one fundamental respect. They have dedicated themselves to the idea that we are a society governed by laws, not by raw power. They recognize that the executive order attacks their chosen profession. It attacks the values that cause law practice to be meaningful in American life. *Amici* ask this Court to protect the legal profession they are preparing to join and the core values that the profession serves.[2]

## ARGUMENT

The executive order at issue in this litigation (and similar executive orders) represent government reprisal against law firms for taking up representations disfavored by those in control of the executive branch of the government. As described by Plaintiff and other *amici*, these orders represent unacceptable intrusions on professional independence and the rule of law. They will undermine the profession's bedrock principles and ethics. They will reduce the opportunities that law practice provides. Unless enjoined by the Court, the orders will cause enduring damage to the legal profession and *amici* as America's future lawyers.

Our society has functioned for centuries on the understanding that lawyers are free and even encouraged to take up disfavored representations, that every person deserves due process and

---

[1] Individual *amici* are identified in Appendix A.

[2] *Amici* certify that this brief was authored entirely by counsel for *amici curiae* and not by counsel for any party, in whole or in part; that no party or counsel for any party contributed money to fund preparing or submitting this brief; and that, apart from counsel for *amici curiae*, no other person contributed money to fund preparing or submitting this brief. *See* Fed.R.App.P. 29(a)(4)(E).

their day in court. For just as long, young people have been called to the law to renew that promise and to participate in America's legal institutions. Like so many before them, *amici* have expended considerable money, time, and effort to join the legal profession. They have deprived themselves of income from other possible employment. They have attended law school, studied difficult fields of law, and learned principles of legal ethics. They have clerked for law firms and judges during the summer and school year. They have planned for their future on the understanding that the legal profession represents a valuable and honorable profession.

The executive order compromises the premise on which *amici* have labored to become lawyers. In the world envisioned by the executive order, any lawyer who undertakes a representation disfavored by the executive branch of the government can be ruined through a government-run blacklist. Lawyers who are associated with that lawyer because they work in the same firm also can be ruined. This has serious implications for *amici* as America's future lawyers. Under the fear-based system created by the executive order, law firms will be encouraged to withdraw from or decline to undertake representations that are disfavored by the executive branch. They will be encouraged to not articulate claims or defenses that are similarly disfavored. They may be encouraged to entirely avoid representations adverse to the government. America's legal system has been one the country's greatest assets; yet companies also may do less business in the United States if weakened legal institutions expose them to greater risk. For these reasons and more, in the world created by this executive order, there may be fewer opportunities for young lawyers to work, learn, and grow. The practice of law also may become less professionally satisfying and constrained by fewer economic opportunities.

Beyond that, *amici* now must wonder whether their professional prospects will be harmed by having accepted a clerkship with a particular judge or accepting a position with a particular law

firm. Some *amici* soon may learn that a future employer now avoids the meaningful work that brought *amici* to that firm in the first place. Others will be told they must undertake representations solely to earn the executive branch's approval. As emerging lawyers, *Amici* are invited to walk into an ethical minefield where they must be ready to reject representations or abandon clients to avoid retribution. This is the opposite of what being a lawyer should represent. *Amici* haven't spent years studying so they could genuflect to whomever happens to occupy the executive branch. They signed up to be lawyers. They signed up to choose their clients, and vigorously represent their clients, whomever the clients and their causes and claims may be.

Left alone, the executive order signals a transformation of our legal system. The rules don't matter anymore. Neither does due process. What matters is being in the good graces of those in power. One might wonder whether law even will matter when *amici* graduate. Which begs a question: If law doesn't matter, why should anyone become a lawyer in the first place?

### CONCLUSION

The executive order is an affront to the legal profession and the rule of law. It threatens the present and the future of the American legal profession. The Court should grant the relief sought by Plaintiff.

Respectfully submitted,

_____/s/ Jordan K. Merson_____
Shanin Specter (*pro hac vice forthcoming*)
Charles L. Becker (*pro hac vice forthcoming*)
Jordan K. Merson
DC Bar No. 501015
Corrie A. Woods (*pro hac* vice forthcoming)
**Kline Specter, PC**
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
(215) 772-1359
shanin.specter@klinespecter.com

3

chip.becker@klinespecter.com
jordan.merson@klinespecter.com
corrie.woods@klinespecter.com

Spencer Pahlke (*pro hac vice forthcoming*)
CA Bar No. 2540914
**Walkup, Melodia, Kelly & Shoenberger**
650 California Street, 26th Floor
San Francisco, CA 94108
(415) 981-7210 (phone)
(415) 391-6965 (fax)
spahlke@walkuplawoffice.com

*Counsel for Amici Curiae*

Dated: April 25, 2025

**APPENDIX A**

## List of *Amici Curiae*

### Law Students

| | |
|---|---|
| Julia D'Agostino | Albany Law School |
| Abigail Murphy | American University Washington College of Law |
| Connor Locke | American University Washington College of Law |
| Daniela Corona | American University Washington College of Law |
| Daphne Singer | American University Washington College of Law |
| Haley Kolus | American University Washington College of Law |
| Jackie Blank | American University Washington College of Law |
| Jazzalin Grindle | American University Washington College of Law |
| Jeremy Ortiz | American University Washington College of Law |
| Jordan Stevenson | American University Washington College of Law |
| Katelyn Donaldson | American University Washington College of Law |
| Nicole Arenth | American University Washington College of Law |
| Nicole Devereaux | American University Washington College of Law |
| Ruchika Sharma | American University Washington College of Law |
| Sam Wolf | American University Washington College of Law |
| Reena Cranmer | Appalachian School of Law |
| James Woodall | Atlanta's John Marshall Law School |
| Bonnie Worstell | Baylor Law School |
| Kenadie Wilde | Baylor Law School |
| David Lee Myers | Belmont University College of Law |
| Smith Hart | Belmont University College of Law |
| Anais Rosenblatt | Benjamin N. Cardozo School of Law |
| Anna Siebel | Benjamin N. Cardozo School of Law |
| Ariella Fetman | Benjamin N. Cardozo School of Law |
| Bridget Kayes | Benjamin N. Cardozo School of Law |
| Cameryn Lesko | Benjamin N. Cardozo School of Law |
| Eli Gordon | Benjamin N. Cardozo School of Law |
| Hayley Sandoval | Benjamin N. Cardozo School of Law |
| Leah Susman | Benjamin N. Cardozo School of Law |
| Marina Coriale | Benjamin N. Cardozo School of Law |
| Matthew Petrouskie | Benjamin N. Cardozo School of Law |
| Michael Q. Ecker | Benjamin N. Cardozo School of Law |
| Nancy Larcher | Benjamin N. Cardozo School of Law |
| Rachel Aristei | Benjamin N. Cardozo School of Law |
| Samantha Sanchez | Benjamin N. Cardozo School of Law |
| Sarah Weiner | Benjamin N. Cardozo School of Law |
| Sofia Kuusisto | Benjamin N. Cardozo School of Law |
| Tanuja J. Gupta | Benjamin N. Cardozo School of Law |

| | |
|---|---|
| Aaron Sege | Boston College Law School |
| Adelaide Havens | Boston College Law School |
| Alexandra Staller | Boston College Law School |
| Caleb Brady | Boston College Law School |
| Catelyn Devlin | Boston College Law School |
| Catherine Peerson | Boston College Law School |
| Chloe Heller | Boston College Law School |
| Deepti Sailappan | Boston College Law School |
| Hannah Phillips | Boston College Law School |
| Javier Irizarry | Boston College Law School |
| JP LaBarge | Boston College Law School |
| Kai Strawn | Boston College Law School |
| Katarina Bettencourt | Boston College Law School |
| Korinna Garfield | Boston College Law School |
| Kyle Albrecht | Boston College Law School |
| Leah Cohen | Boston College Law School |
| Max German | Boston College Law School |
| Mitchord Cope-Hobbes | Boston College Law School |
| Portia Caruso | Boston College Law School |
| Rebecca Lowell | Boston College Law School |
| Sam Hodgkins-Sumner | Boston College Law School |
| Samantha Raymond | Boston College Law School |
| Samiha Abd-Elazem | Boston College Law School |
| Virginia Ambeliotis | Boston College Law School |
| Katherine Hazen | Boston College Law School |
| Meera Dahiya | Boston College Law School |
| Aaron Wuchterl | Boston University School of Law |
| André Hanna | Boston University School of Law |
| Cameron J. Tong | Boston University School of Law |
| Carolyn Sacco | Boston University School of Law |
| Coles Cotter | Boston University School of Law |
| Eliza McNay | Boston University School of Law |
| Max Teitelman | Boston University School of Law |
| Megan Wuestewald | Boston University School of Law |
| Michael Lavine | Boston University School of Law |
| Nayleth Lopez-Lopez | Boston University School of Law |
| Sarah Birkhaeuser | Boston University School of Law |
| Shiri Huber | Boston University School of Law |
| Rachel Smith | Boston University School of Law |
| Alec Segalman | Brooklyn Law School |
| Aline Martins | Brooklyn Law School |

| | |
|---|---|
| Kiyon Cho | Brooklyn Law School |
| Akeel Najimudeen | California Western School of Law |
| Alfredo Jimenez | California Western School of Law |
| Jaxson Vahn | Campbell University School of Law |
| Amanda Hodgson | Capital University Law School |
| Justin Rehklau | Capital University Law School |
| Riddhi Patel | Case Western Reserve University School of Law |
| Shaurya Pandya | Case Western Reserve University School of Law |
| Jason Kellogg | Catholic University of America Columbus School of Law |
| Ramon Ramirez | Catholic University of America Columbus School of Law |
| Daniela Garcia-Romanos | Charleston School of Law |
| Kaili Kobylka | Charleston School of Law |
| Micah Villanueva | Chicago Kent College of Law |
| Abinaya Wiggins | Chicago-Kent College of Law |
| Ava Trevino | Chicago-Kent College of Law |
| Blake Larys | Chicago-Kent College of Law |
| Brianna Schueller | Chicago-Kent College of Law |
| Casey Ciulla | Chicago-Kent College of Law |
| Christine Macke | Chicago-Kent College of Law |
| Erin Aguilar | Chicago-Kent College of Law |
| Felix Timothy Celestino | Chicago-Kent College of Law |
| Ivana Bailey-Muñoz | Chicago-Kent College of Law |
| Joseph Gertner | Chicago-Kent College of Law |
| Lauren Justice | Chicago-Kent College of Law |
| M.K. Bassett | Chicago-Kent College of Law |
| Mary Hester | Chicago-Kent College of Law |
| Melissa McCollum | Chicago-Kent College of Law |
| Sloan Drechsel | Chicago-Kent College of Law |
| Terry L. Geraldsen Jr. | Chicago-Kent College of Law |
| Leticia Domenech | City University of New York School of Law |
| Zelia Gourdon | City University of New York School of Law |
| Arwa Elmashae | Cleveland State University College of Law |
| Emily E. Forsee | Cleveland State University College of Law |
| Maeve B. Walsh | Cleveland State University College of Law |
| Isuraoluwa Adedokun | Cleveland State University College of Law |
| Abigail Carbajal | Columbia Law School |
| Kaylie Chen | Columbia Law School |
| Kiersen Mather | Columbia Law School |
| Dalton Sousa | Cornell Law School |
| Leah Peretsky | Cornell Law School |
| Michael Spivey | Cornell Law School |

| | |
|---|---|
| Olivia Hussey | Cornell Law School |
| Justin Smith | DePaul University College of Law |
| Irelynn McMurphy | Drake University Law School |
| Michael Taylor | Drake University Law School |
| Mitchell Timm | Drake University Law School |
| Rachel Sams | Drake University Law School |
| Alexander Stegen | Drake University Law School |
| Anastasia Petrosky | Drexel University Thomas R. Kline School of Law |
| Andrea Subtirelu | Drexel University Thomas R. Kline School of Law |
| Ashton Sirgey | Drexel University Thomas R. Kline School of Law |
| Gail Lynne Hutchings | Drexel University Thomas R. Kline School of Law |
| Jahaan Amin | Drexel University Thomas R. Kline School of Law |
| Patrick McGovern | Drexel University Thomas R. Kline School of Law |
| Sydney Kesselman | Drexel University Thomas R. Kline School of Law |
| Thomas P Mulvey III | Drexel University Thomas R. Kline School of Law |
| Gabrielle Straton | Duke University School of Law |
| Molly Pines | Duke University School of Law |
| Mohammed Ali | Elisabeth Haub School of Law at Pace University |
| Jordan Holloway | Elon University School of Law |
| David Lane Nielsen | Emory University School of Law |
| Haley Taylor | Emory University School of Law |
| Hannah Kesner | Emory University School of Law |
| Jesse Rudnick | Emory University School of Law |
| Joann Kuriakose | Emory University School of Law |
| Malcolm House | Emory University School of Law |
| Reghan Daniels | Emory University School of Law |
| Victoria Cashman | Emory University School of Law |
| Laura Rodriguez | Florida International University College of Law |
| Alyssa Hawthorne | Florida State University College of Law |
| Nathaniel Lazor | Florida State University College of Law |
| Alleyah Ally | Fordham University School of Law |
| Charlotte Saltzman | Fordham University School of Law |
| Dylan Johnson | Fordham University School of Law |
| Langston Morrison | Fordham University School of Law |
| Michael Adkins | Fordham University School of Law |
| Ross Levin | Fordham University School of Law |
| Elizabeth Rainey | George Mason University Antonin Scalia Law School |
| Mary Diederich | George Mason University Antonin Scalia Law School |
| Shara Mondesir | George Mason University Antonin Scalia Law School |
| Alexis Coletti | George Washington University Law School |
| Asela Eatenson | George Washington University Law School |

| | |
|---|---|
| Conrad Wight | George Washington University Law School |
| Daniel Goldstein | George Washington University Law School |
| Elan Reisner | George Washington University Law School |
| Payton Liles | George Washington University Law School |
| Peter Finnican | George Washington University Law School |
| Aidan Bassett | Georgetown University Law Center |
| Ala Jalli | Georgetown University Law Center |
| Andrew Choi | Georgetown University Law Center |
| Andrew Post | Georgetown University Law Center |
| Anna Reid | Georgetown University Law Center |
| Ashlee Floyd | Georgetown University Law Center |
| Ava Comeau | Georgetown University Law Center |
| Brittany Lovely | Georgetown University Law Center |
| Bryn Kozuch | Georgetown University Law Center |
| Caleb Frye | Georgetown University Law Center |
| Cameron Witbeck | Georgetown University Law Center |
| Cara Bumcrot | Georgetown University Law Center |
| Claudia Butler | Georgetown University Law Center |
| Dena Behnam | Georgetown University Law Center |
| Divya Goel | Georgetown University Law Center |
| Drew Witte | Georgetown University Law Center |
| Emily Hirtle | Georgetown University Law Center |
| Emma Moses | Georgetown University Law Center |
| Emma Pinto | Georgetown University Law Center |
| Eva Kahan | Georgetown University Law Center |
| Evan Chiacchiaro | Georgetown University Law Center |
| Eyram Gbeddy | Georgetown University Law Center |
| Gabrielle Allmendinger | Georgetown University Law Center |
| Hanna Lykke | Georgetown University Law Center |
| Jackson Ross-Pilkington | Georgetown University Law Center |
| Jens Knutsen | Georgetown University Law Center |
| John Furness Stookey | Georgetown University Law Center |
| Jonathan Corn | Georgetown University Law Center |
| Josef Pevsner | Georgetown University Law Center |
| Joseph Tonzi | Georgetown University Law Center |
| Julia Tecotzky | Georgetown University Law Center |
| Katya Simon | Georgetown University Law Center |
| Keilan Lewis | Georgetown University Law Center |
| Kendra Sharrard | Georgetown University Law Center |
| Kylie Swinmurn | Georgetown University Law Center |
| Margaret Valentin | Georgetown University Law Center |

| | |
|---|---|
| Mari Latibashvili | Georgetown University Law Center |
| Michael Lamanna | Georgetown University Law Center |
| Nicholas White | Georgetown University Law Center |
| Oliver Bauer-Nathan | Georgetown University Law Center |
| Peter | Georgetown University Law Center |
| Rio Dennis | Georgetown University Law Center |
| Robert Elliott | Georgetown University Law Center |
| Ryan Haraden | Georgetown University Law Center |
| Sam Bromer | Georgetown University Law Center |
| Sam Porter | Georgetown University Law Center |
| Savannah Jelks | Georgetown University Law Center |
| Shelby Slotter | Georgetown University Law Center |
| Sophia Ceniza | Georgetown University Law Center |
| Sriram Sridharan | Georgetown University Law Center |
| Tessa Freeman | Georgetown University Law Center |
| Thomas Dell | Georgetown University Law Center |
| Tucker Matus | Georgetown University Law Center |
| Winn F. | Georgetown University Law Center |
| Zoe Ades | Georgetown University Law Center |
| Delaney Ivey | Georgetown University Law Center |
| Gabriel Hearn-Desautels | Georgetown University Law Center |
| Isaiah Fitch | Georgetown University Law Center |
| Kaitlyn Ferguson | Georgetown University Law Center |
| Olivia Schafer | Georgetown University Law Center |
| Sarah Minion | Georgetown University Law Center |
| Alex Fenne | Georgia State University College of Law |
| Alex Fennell | Georgia State University College of Law |
| Allison Brock | Georgia State University College of Law |
| Andrew Hughes | Georgia State University College of Law |
| Andy Paul | Georgia State University College of Law |
| Brooke White | Georgia State University College of Law |
| Isabelle Rogers | Georgia State University College of Law |
| Jackson Deakin | Georgia State University College of Law |
| Jacob Peavy | Georgia State University College of Law |
| Jacob Snyder | Georgia State University College of Law |
| Park Summerour | Georgia State University College of Law |
| Solomon Simpson | Georgia State University College of Law |
| Sophie Houenou | Georgia State University College of Law |
| Thomas Marshall | Georgia State University College of Law |
| Zubin Abraham-Ahmed | Georgia State University College of Law |
| Catie Roads | Golden Gate University School of Law |

Aaron Baum                    Harvard Law School
Alex Akre                     Harvard Law School
Alex Worley                   Harvard Law School
Aliye Korucu                  Harvard Law School
Allen Litvak                  Harvard Law School
Annabel Xu                    Harvard Law School
Athena Adrogué                Harvard Law School
Bailey Bogle                  Harvard Law School
Ben Kaufman                   Harvard Law School
Benjamin Kane                 Harvard Law School
Brendon J. Camp               Harvard Law School
Camilla Cox                   Harvard Law School
Celyn Jacobs                  Harvard Law School
Chandler Rankin               Harvard Law School
Christina B. Williams         Harvard Law School
Corinne Shanahan              Harvard Law School
Courtney Chrystal             Harvard Law School
Dan Cohen                     Harvard Law School
Eliza Davis                   Harvard Law School
Ellen Teuscher                Harvard Law School
Emily Sklar                   Harvard Law School
Eoin Lyons                    Harvard Law School
Eric Zhao                     Harvard Law School
Erica Buckingham              Harvard Law School
Eve Gentile                   Harvard Law School
Evelyn Shiang                 Harvard Law School
Hallie Fox                    Harvard Law School
Holt McKeithan                Harvard Law School
Ireen Ha                      Harvard Law School
Irene Ameena                  Harvard Law School
Jack Butler                   Harvard Law School
Jackson Faulkner              Harvard Law School
James Morrison                Harvard Law School
Jude Hoag                     Harvard Law School
Kaitlin Knocke                Harvard Law School
Lainey Newman                 Harvard Law School
Liz Feltner                   Harvard Law School
Lucy Sun                      Harvard Law School
Maelee Chen                   Harvard Law School
Maya Mahajan                  Harvard Law School
Mayra Espinoza-Martinez       Harvard Law School

| | |
|---|---|
| Meredith Gudesblatt | Harvard Law School |
| Oluwatobi Omotoso | Harvard Law School |
| Owen Keenan | Harvard Law School |
| Pablo Manon Mateos | Harvard Law School |
| Pantho Sayed | Harvard Law School |
| Piper Meloche | Harvard Law School |
| Pritika Seshadri | Harvard Law School |
| Rebecca Schwartz | Harvard Law School |
| Russell Guertin | Harvard Law School |
| Spencer Thieme | Harvard Law School |
| Supriya Mishra | Harvard Law School |
| Troy Brown | Harvard Law School |
| James Carney | Harvard Law School |
| Sydney Thomas | Harvard Law School |
| Athena Frye | Humphreys University Laurence Drivon School of Law |
| Charles J Anderson | Indiana University Maurer School of Law |
| Delaney Lynch | Indiana University Maurer School of Law |
| Jacob Talbert | Indiana University Maurer School of Law |
| Sofía García | Indiana University Maurer School of Law |
| Eliza Smith-Driggs | J. Reuben Clark Law School |
| Hunter Tarry | J. Reuben Clark Law School |
| Eric Horssius | Leiden Law School |
| Abigail Harper | Lewis & Clark Law School |
| Aurel BockNelson | Lewis & Clark Law School |
| Brian Liu | Lewis & Clark Law School |
| Eli Olson | Lewis & Clark Law School |
| Jack Flaningam | Lewis & Clark Law School |
| Jeremy Beckham | Lewis & Clark Law School |
| Joseph Gabaldon | Lewis & Clark Law School |
| Riley Sanders | Lewis & Clark Law School |
| Sabrina Butcher | Lewis & Clark Law School |
| Tara Taggart | Lewis & Clark Law School |
| Victoria Reiners | Lewis & Clark Law School |
| Fransheska Companioni-Daroch | Loyola Law School, Los Angeles |
| Madeline Prokop | Loyola Law School, Los Angeles |
| David Gross | Loyola University Chicago School of Law |
| Johannes Alvarez-Rivero | Loyola University Chicago School of Law |
| Madeleine Cummings | Loyola University Chicago School of Law |
| Madeline Goodman | Loyola University Chicago School of Law |
| Maris Medina | Loyola University Chicago School of Law |

| | |
|---|---|
| Olivia Moten | Loyola University Chicago School of Law |
| Sara Jordan | Loyola University Chicago School of Law |
| Thomas Westenberger | Loyola University Chicago School of Law |
| Kaitlyn Reeves | Marquette University Law School |
| Cary Y. Quiroz | Massachusetts School of Law |
| Angela Qu | Maurice A. Deane School of Law at Hofstra University |
| Bennett Sterrer | Maurice A. Deane School of Law at Hofstra University |
| Daniel Eidelstein | Maurice A. Deane School of Law at Hofstra University |
| David Sizer | Maurice A. Deane School of Law at Hofstra University |
| Gavin Feltman | Maurice A. Deane School of Law at Hofstra University |
| Hailey McGinley | Maurice A. Deane School of Law at Hofstra University |
| Haley Davis | Maurice A. Deane School of Law at Hofstra University |
| Isaiah J. Harris | Maurice A. Deane School of Law at Hofstra University |
| Jaden Martin | Maurice A. Deane School of Law at Hofstra University |
| Jake Enella | Maurice A. Deane School of Law at Hofstra University |
| Josef Zohar Kahn | Maurice A. Deane School of Law at Hofstra University |
| Julia Del Borrello | Maurice A. Deane School of Law at Hofstra University |
| Katelyn McKevitt | Maurice A. Deane School of Law at Hofstra University |
| Kayla Maggie Kaulesar | Maurice A. Deane School of Law at Hofstra University |
| Kira Giordano | Maurice A. Deane School of Law at Hofstra University |
| Laura Pendergast | Maurice A. Deane School of Law at Hofstra University |
| Linda Reimann | Maurice A. Deane School of Law at Hofstra University |
| Madison Chamblin | Maurice A. Deane School of Law at Hofstra University |
| Matthew Gluckman | Maurice A. Deane School of Law at Hofstra University |
| Michael Laino | Maurice A. Deane School of Law at Hofstra University |
| Neha Ghias | Maurice A. Deane School of Law at Hofstra University |
| Rachel Midey | Maurice A. Deane School of Law at Hofstra University |
| Sabrina Pirzada | Maurice A. Deane School of Law at Hofstra University |
| Semba Mwitanti | Maurice A. Deane School of Law at Hofstra University |
| Miles J. Goldberg | Maurice A. Deane School of Law at Hofstra University |
| Ayrissa Schmidt | Michael E. Moritz College of Law at Ohio State University |
| Cole DuBose | Michael E. Moritz College of Law at Ohio State University |
| Daria G. Lindquist | Michigan State University College of Law |
| James Holmes | Michigan State University College of Law |
| Billie Berry | Mitchell Hamline School of Law |
| Colleen Josephs | Mitchell Hamline School of Law |
| Mariah Marks Erickson | Mitchell Hamline School of Law |
| Nataki Simmons | Mitchell Hamline School of Law |
| Gabriella Rojtman | New England Law Boston |

| | |
|---|---|
| Christopher Soto | New York Law School |
| Aaron Movshovich | New York University School of Law |
| Alice Militaru | New York University School of Law |
| Andy Gorordo | New York University School of Law |
| Celine Calpo | New York University School of Law |
| Elizabeth A. Stotz | New York University School of Law |
| Emily Uhlmann | New York University School of Law |
| Hannah Mussey | New York University School of Law |
| Hart D. Ayoob | New York University School of Law |
| Joey Schnide | New York University School of Law |
| Jonah Harwood | New York University School of Law |
| Julia Bergel | New York University School of Law |
| Kendall Andrews | New York University School of Law |
| Mariana Boully Perez | New York University School of Law |
| Rebecca Zadeck | New York University School of Law |
| Ryan Haggerty | New York University School of Law |
| Stuart Baum | New York University School of Law |
| Talia Scott | New York University School of Law |
| Tay Kavieff | New York University School of Law |
| William Crounse | New York University School of Law |
| Zora Navarre | New York University School of Law |
| Samantha Lustig | New York University School of Law |
| Muluken Hass | North Carolina Central University School of Law |
| Tess Dufour | Northeastern University School of Law |
| Heather Atherton | Northeastern University School of Law |
| Jessica Webber | Northeastern University School of Law |
| Lindsey Colwell | Northeastern University School of Law |
| Matthew Watson | Northeastern University School of Law |
| Miranda Skurla | Northeastern University School of Law |
| Nathan Martin | Northeastern University School of Law |
| William Grennon | Northeastern University School of Law |
| Alberto Rivera | Northern Illinois University College of Law |
| Bryn Callahan | Northern Illinois University College of Law |
| Kayla L. Meloy | Northern Illinois University College of Law |
| Michael Johnson-Kueny | Northern Illinois University College of Law |
| Yavonne J. Boese | Northern Illinois University College of Law |
| Mackhai Nguyen | Northwestern Pritzker School of Law |
| Adam Miller | Notre Dame Law School |
| Anna M. Paxton | Notre Dame Law School |
| Erin McKibbin | Notre Dame Law School |
| Tori Murry | Notre Dame Law School |

| | |
|---|---|
| Farah Farah | Ohio State University Michael E. Moritz College of Law |
| Sayan Trisal | Ohio State University Michael E. Moritz College of Law |
| Sophie Chang | Ohio State University Michael E. Moritz College of Law |
| Aidan Levinson | Penn State Dickinson Law |
| Jake Toth | Penn State Dickinson Law |
| Jeremy Zimmerman | Penn State Dickinson Law |
| Nathan White | Penn State Dickinson Law |
| Sakina Bhatti | Penn State Dickinson Law |
| Jamie A. Meyers | Penn State Law |
| Kate Crockett | Penn State Law |
| Luz Payan | Penn State Law |
| Caden Cutter | Pepperdine University Rick J. Caruso School of Law |
| Elle Murphy | Purdue Global Law School |
| Lela Reynolds | Purdue Global Law School |
| Micah Bailey | Purdue Global Law School |
| Olivia Johnson | Roger Williams University School of Law |
| Addie Tanzman | Rutgers Law School |
| Alexandra Pollack | Rutgers Law School |
| Asiana Rippentrop | Rutgers Law School |
| Dalton Guillory | Rutgers Law School |
| Elmar Murtada | Rutgers Law School |
| Jibri Douglas | Rutgers Law School |
| Spence Millrood | Rutgers Law School |
| Tara Hurst | Rutgers Law School |
| Zachary Carr | Rutgers Law School |
| Alex Murray | Saint Louis University School of Law |
| Sonia Lazaro | Samford University Cumberland School of Law |
| Alec Bacon | Sandra Day O'Connor College of Law |
| Amanda Barraza | Sandra Day O'Connor College of Law |
| Jared Dewey | Sandra Day O'Connor College of Law |
| Jacob Thompson | Santa Clara University School of Law |
| Jia Lou | Santa Clara University School of Law |
| Adam Rakunas | Seattle University School of Law |
| Emily Hernandez | Seattle University School of Law |
| Julie McCleery | Seattle University School of Law |
| Lilly Santos | Seattle University School of Law |
| Michael Parker | Seattle University School of Law |
| Sophia Drake Braymen | Seattle University School of Law |
| Marcella Weiss | Seattle University School of Law |
| Vasthi Arredondo | Seattle University School of Law |
| Jenna Nunziato | Seton Hall University School of Law |

| | |
|---|---|
| Ashley Fortner | South Texas College of Law Houston |
| Clayton Rainey | South Texas College of Law Houston |
| Rene Schwartz | South Texas College of Law Houston |
| Izabella Gutierrez-Salinas | Southern Methodist University Dedman School of Law |
| Katie McNamara | Southern Methodist University Dedman School of Law |
| Sara Pelayo | Southwestern Law School |
| Elena Smith | St. John's University School of Law |
| Jenna Marshiano | St. John's University School of Law |
| Lori Giargias | St. John's University School of Law |
| Samantha Grenard | St. John's University School of Law |
| Nikki Junda | St. John's University School of Law |
| Amber G. Joyner | St. John's University School of Law |
| Melissa Esposito | St. John's University School of Law |
| Lauren Porfirio | St. Mary's University School of Law |
| Amanda Morrison | Stanford Law School |
| Amy Cass | Stanford Law School |
| Ana Deckey | Stanford Law School |
| Anisha Reddy | Stanford Law School |
| Brian Xu | Stanford Law School |
| Bryce Tuttle | Stanford Law School |
| Catherine Powell | Stanford Law School |
| Cayla Lee | Stanford Law School |
| Dana Alpert | Stanford Law School |
| Dana Thomas Paul Sweeney | Stanford Law School |
| Danielle Harris | Stanford Law School |
| David H. Jiang | Stanford Law School |
| Elias Lawler | Stanford Law School |
| Emily Harrington | Stanford Law School |
| Evan Lehmann | Stanford Law School |
| Gabrielle Smith | Stanford Law School |
| Hannah Dahleen | Stanford Law School |
| Hannah Rose Motley Davis | Stanford Law School |
| Harrison Hurt | Stanford Law School |
| Helena Li | Stanford Law School |
| Hunter Hendrix | Stanford Law School |
| Isabella Jackson-Saitz | Stanford Law School |
| Jane H. Wang | Stanford Law School |
| Jasmine Lewis | Stanford Law School |
| Jina Zhou | Stanford Law School |

| | |
|---|---|
| Kenneth Chang | Stanford Law School |
| Lisa Lu | Stanford Law School |
| Lisa Qian | Stanford Law School |
| Lucas Leonhardt | Stanford Law School |
| Madison McClellan | Stanford Law School |
| Mati Zeff | Stanford Law School |
| Max Lillich | Stanford Law School |
| Maya S. Rodriguez | Stanford Law School |
| Michael Flynn | Stanford Law School |
| Mikaela Gerwin | Stanford Law School |
| Molly Wancewicz | Stanford Law School |
| Natalia Zorrilla | Stanford Law School |
| Nissim Roffe Piket | Stanford Law School |
| Owen Foulkes | Stanford Law School |
| Parker Grove | Stanford Law School |
| Rachel Li | Stanford Law School |
| Radhika Menon | Stanford Law School |
| Rebecca Han | Stanford Law School |
| Ryan Joel | Stanford Law School |
| Sandra Chen | Stanford Law School |
| Sara Carrillo | Stanford Law School |
| Sarah Ryan | Stanford Law School |
| Victor Wu | Stanford Law School |
| Zoe Robertson | Stanford Law School |
| Zoey Ryu | Stanford Law School |
| Edward Everett Herrington | Stanford Law School |
| Jane O'Connell | Stanford Law School |
| Jasmine Lewis | Stanford Law School |
| Noah Peretz | Stetson University College of Law |
| Bridget Doyle | Suffolk University Law School |
| Brigid Splaine | Suffolk University Law School |
| Sarah Bass | Suffolk University Law School |
| Kylie Nocket | Syracuse University College of Law |
| Madison McCarthy | Syracuse University College of Law |
| Sydney Schappell | Syracuse University College of Law |
| Marsha Jones | Taft Law School |
| Allyson Ruch | Temple University Beasley School of Law |
| Bianca Taipe | Temple University Beasley School of Law |
| Brandon Connelly | Temple University Beasley School of Law |
| Daniel Symonds | Temple University Beasley School of Law |

| | |
|---|---|
| Emmett Reilly | Temple University Beasley School of Law |
| Fiona Burke | Temple University Beasley School of Law |
| Jennifer Levito | Temple University Beasley School of Law |
| Julia Rankin | Temple University Beasley School of Law |
| Katherine Hong | Temple University Beasley School of Law |
| Katherine Murphy | Temple University Beasley School of Law |
| Lily Bohlke | Temple University Beasley School of Law |
| Matt Whitworth | Temple University Beasley School of Law |
| McCarthy Johnson | Temple University Beasley School of Law |
| Patricia Grove | Temple University Beasley School of Law |
| Salma Ghalyoun | Temple University Beasley School of Law |
| Sean McLane | Temple University Beasley School of Law |
| Terra Peter | Temple University Beasley School of Law |
| Audrey Moore | Texas A&M University School of Law |
| Brooklynn Petty | Texas A&M University School of Law |
| Evan Schoop | Texas A&M University School of Law |
| Ian C. Stephens | Texas A&M University School of Law |
| J.C. Freeman | Texas A&M University School of Law |
| Simon Lee | Texas A&M University School of Law |
| Sydney Nwuli | Texas A&M University School of Law |
| Whitney Taylor | Texas A&M University School of Law |
| Areesha Hemani | Texas Tech University School of Law |
| J. Jude Basile | Thomas Jefferson School of Law |
| Alexander J. Long | Thomas R. Kline School of Law of Duquesne University |
| Allison N. Kindred | Thomas R. Kline School of Law of Duquesne University |
| Annabelle LaRosa | Thomas R. Kline School of Law of Duquesne University |
| Bethany Hallam | Thomas R. Kline School of Law of Duquesne University |
| Caleb McLeod | Thomas R. Kline School of Law of Duquesne University |
| Grayson Jones | Thomas R. Kline School of Law of Duquesne University |
| Hannah Dean | Thomas R. Kline School of Law of Duquesne University |
| James Miller | Thomas R. Kline School of Law of Duquesne University |
| Jeremy Sanville | Thomas R. Kline School of Law of Duquesne University |
| Joshua R. Esch | Thomas R. Kline School of Law of Duquesne University |
| Shannon Hubble | Thomas R. Kline School of Law of Duquesne University |
| Davis Fawcett | Thomas R. Kline School of Law of Duquesne University |
| Jadyn Steave | Thurgood Marshall School of Law |
| Tia Allen | Thurgood Marshall School of Law |
| Fadwah Ayesh | Trinity Law School |
| Amanda Sofía Soto González | Universidad de Puerto Rico Escuela de Derecho, |
| Abraham A. Metz | University at Buffalo School of Law |

| | |
|---|---|
| Katherine A. Huppé | University at Buffalo School of Law |
| Rachael Cunningham | University at Buffalo School of Law |
| Emma Potter | University of Arizona James E. Rogers College of Law |
| James Zachary Reed | University of Arizona James E. Rogers College of Law |
| Taylor Alexander | University of Arizona James E. Rogers College of Law |
| Eric McGee | University of Arkansas at Little Rock William H. Bowen School of Law |
| Sarah | University of Arkansas at Little Rock William H. Bowen School of Law |
| Andrew Kutchka | University of Arkansas School of Law |
| Autumn Powell | University of Arkansas School of Law |
| Ben Alderson | University of Arkansas School of Law |
| C. Kalua Kahana | University of Arkansas School of Law |
| Caroline Yakin | University of Arkansas School of Law |
| Christine Copu McCray | University of Arkansas School of Law |
| Erin Hoffman | University of Arkansas School of Law |
| Gracie Stephenson | University of Arkansas School of Law |
| Jenny Caraway | University of Arkansas School of Law |
| Joshua Cauto | University of Arkansas School of Law |
| Kenidee Lloyd | University of Arkansas School of Law |
| Margaux Thigpen | University of Arkansas School of Law |
| Martha Gardner | University of Arkansas School of Law |
| Mary Jett McLarty | University of Arkansas School of Law |
| Matthew Post | University of Arkansas School of Law |
| Mattie Bennett | University of Arkansas School of Law |
| Olivia Sexton | University of Arkansas School of Law |
| Peyton Rheaume | University of Arkansas School of Law |
| Sandra Mondragon | University of Arkansas School of Law |
| Sawyer Swaim | University of Arkansas School of Law |
| Shane D. Puente | University of Arkansas School of Law |
| Steven H. Jacobs | University of Arkansas School of Law |
| Tom Hubbard | University of Arkansas School of Law |
| Abby Pownall | University of California College of the Law, San Francisco |
| Aileen Marquez | University of California College of the Law, San Francisco |
| Alexandra Rhodes | University of California College of the Law, San Francisco |
| Alyssa McKenzie | University of California College of the Law, San Francisco |
| Amalie Yach | University of California College of the Law, San Francisco |

| | |
|---|---|
| Bella Volkov | University of California College of the Law, San Francisco |
| Benjamin Kinnaman | University of California College of the Law, San Francisco |
| Bill Tamburelli | University of California College of the Law, San Francisco |
| Caleb O'Neill | University of California College of the Law, San Francisco |
| Cameryn Chan | University of California College of the Law, San Francisco |
| Chloe Ashburn | University of California College of the Law, San Francisco |
| Elizabeth Beshlikyan | University of California College of the Law, San Francisco |
| Erik Renner | University of California College of the Law, San Francisco |
| Erik Wood | University of California College of the Law, San Francisco |
| Hamza Atai | University of California College of the Law, San Francisco |
| Imahn Daeenabi | University of California College of the Law, San Francisco |
| Isha Pandya | University of California College of the Law, San Francisco |
| J. Daniel Caballero | University of California College of the Law, San Francisco |
| Jack Hobbs | University of California College of the Law, San Francisco |
| Jake McKillop | University of California College of the Law, San Francisco |
| Jessica Lin | University of California College of the Law, San Francisco |
| Julie de Vaulx | University of California College of the Law, San Francisco |
| Justin Morgan | University of California College of the Law, San Francisco |
| Kaylee Morgan | University of California College of the Law, San Francisco |
| Lakshmi Burugupalli | University of California College of the Law, San Francisco |
| Leelah Klauber | University of California College of the Law, San Francisco |

| | |
|---|---|
| Maggie Bell | University of California College of the Law, San Francisco |
| Makenalani "Roo" Cash | University of California College of the Law, San Francisco |
| Matias Pazos | University of California College of the Law, San Francisco |
| Michael McCauley | University of California College of the Law, San Francisco |
| Mike Tinney | University of California College of the Law, San Francisco |
| Milly Davies | University of California College of the Law, San Francisco |
| Nicolette McIntosh | University of California College of the Law, San Francisco |
| Rachel Kim | University of California College of the Law, San Francisco |
| Rat LoBuglio | University of California College of the Law, San Francisco |
| Richanne Ocampo | University of California College of the Law, San Francisco |
| Richard Solis III | University of California College of the Law, San Francisco |
| Ryan Litt | University of California College of the Law, San Francisco |
| Saamia Aziz | University of California College of the Law, San Francisco |
| Sanjana Srinivasan | University of California College of the Law, San Francisco |
| Sarah Fahn | University of California College of the Law, San Francisco |
| Sean John | University of California College of the Law, San Francisco |
| Sevan Nahabedian | University of California College of the Law, San Francisco |
| Seline Ting | University of California College of the Law, San Francisco |
| Shefali Mistry | University of California College of the Law, San Francisco |
| Shwetha Karthik | University of California College of the Law, San Francisco |
| Stephen Cosenza | University of California College of the Law, San Francisco |

| | |
|---|---|
| Valeria Vera | University of California College of the Law, San Francisco |
| Yusuf Al-Bazian | University of California College of the Law, San Francisco |
| Abbie Sedillos | University of California, Berkeley School of Law |
| Abby Neal | University of California, Berkeley School of Law |
| Abby Smith | University of California, Berkeley School of Law |
| Alexis Bernstein | University of California, Berkeley School of Law |
| Alyssa Gerkin | University of California, Berkeley School of Law |
| Amelia Dal Pra | University of California, Berkeley School of Law |
| Arrol Fulton Choi | University of California, Berkeley School of Law |
| Ashlie Andrade | University of California, Berkeley School of Law |
| Austin McNichols | University of California, Berkeley School of Law |
| Ava Wu | University of California, Berkeley School of Law |
| Ayesha Asad | University of California, Berkeley School of Law |
| Ben Shipman | University of California, Berkeley School of Law |
| Blue Miller | University of California, Berkeley School of Law |
| Brylee Flores | University of California, Berkeley School of Law |
| Caillie Roach | University of California, Berkeley School of Law |
| Christina Ochoa | University of California, Berkeley School of Law |
| Colin Gamm | University of California, Berkeley School of Law |
| Daniel deButts | University of California, Berkeley School of Law |
| Danielle Dyson | University of California, Berkeley School of Law |
| Deksyos Damtew | University of California, Berkeley School of Law |
| Dexter Lim | University of California, Berkeley School of Law |
| Dominick Williams | University of California, Berkeley School of Law |
| Eric Ritter | University of California, Berkeley School of Law |
| Geneva Lee | University of California, Berkeley School of Law |
| Haleh Jeddi | University of California, Berkeley School of Law |
| Isabelle Borchardt | University of California, Berkeley School of Law |
| Jacob Bendicksen | University of California, Berkeley School of Law |
| Jonah Smith | University of California, Berkeley School of Law |
| Jordan Perry | University of California, Berkeley School of Law |
| Joshua McDaniel | University of California, Berkeley School of Law |
| Justin Yee | University of California, Berkeley School of Law |
| Krishna Desai | University of California, Berkeley School of Law |
| Lauren Milnes | University of California, Berkeley School of Law |
| Logan Buzzell Graham | University of California, Berkeley School of Law |
| Lucas Baker | University of California, Berkeley School of Law |
| Matthew Magann | University of California, Berkeley School of Law |
| Maxwell Kretschmar | University of California, Berkeley School of Law |

| | |
|---|---|
| Mayowa Grace Oyenubi | University of California, Berkeley School of Law |
| Melissa Molloy | University of California, Berkeley School of Law |
| Mitchell Garmany | University of California, Berkeley School of Law |
| Natalie Boust | University of California, Berkeley School of Law |
| Nicholas Navarro | University of California, Berkeley School of Law |
| Noosha Aliabadi | University of California, Berkeley School of Law |
| Olivia Grimes | University of California, Berkeley School of Law |
| Olivia McCarren | University of California, Berkeley School of Law |
| Quinn Ferrar | University of California, Berkeley School of Law |
| Rebecca Cooley | University of California, Berkeley School of Law |
| Rebecca Paskowitz | University of California, Berkeley School of Law |
| Sarah DiMagno | University of California, Berkeley School of Law |
| Sean Silverman | University of California, Berkeley School of Law |
| Shahana Farooqi | University of California, Berkeley School of Law |
| Shivank Singh | University of California, Berkeley School of Law |
| Shree Mehrotra | University of California, Berkeley School of Law |
| Sierra K. Anseeuw | University of California, Berkeley School of Law |
| Teya Khalil | University of California, Berkeley School of Law |
| Tiffany Crews | University of California, Berkeley School of Law |
| Zaid Yousef | University of California, Berkeley School of Law |
| Matthew Dollinger | University of California, Berkeley, School of Law |
| Iris Shea | University of California, Davis School of Law |
| Trevor Rawdon | University of California, Davis School of Law |
| Adelaide Villasana | University of California, Irvine School of Law |
| Mahak Merchant | University of California, Irvine School of Law |
| Mimi Tang | University of California, Irvine School of Law |
| Skylar Reed | University of California, Irvine School of Law |
| Alanna McNaughton | University of California, Los Angeles School of Law |
| Claire Canestrino | University of California, Los Angeles School of Law |
| Hayden Fuchino | University of California, Los Angeles School of Law |
| Ines Gabriela Rodriguez | University of California, Los Angeles School of Law |
| Malia Smith | University of California, Los Angeles School of Law |
| Nathaniel Johnson | University of California, Los Angeles School of Law |
| Ryan Dewberry | University of California, Los Angeles School of Law |
| Abby Diebold | University of Chicago Law School |
| Alex Lawson | University of Chicago Law School |
| Ashley Zoeckler | University of Chicago Law School |
| Michael Serdula | University of Chicago Law School |
| Allison Niemeier | University of Cincinnati College of Law |
| Carrie Hoke | University of Cincinnati College of Law |
| Hannah Cardozo | University of Colorado Law School |

| | |
|---|---|
| Sydney Stellato | University of Colorado Law School |
| Grace Brunner | University of Connecticut School of Law |
| Kayla Kelly | University of Connecticut School of Law |
| Jeffrey Castello | University of Dayton School of Law |
| Ella Brynne Ihrig | University of Denver Sturm College of Law |
| Faith Price | University of Denver Sturm College of Law |
| Jonathan Thompson | University of Denver Sturm College of Law |
| Tyler Winowiecki | University of Detroit Mercy School of Law |
| Samuel Rappeport | University of Florida Levin College of Law |
| Alyssa Kirby | University of Georgia School of Law |
| Alexis Roberts | University of Houston Law Center |
| Alicia Davila | University of Houston Law Center |
| Alyssa Galvan | University of Houston Law Center |
| Anne Marie Therese Eamiguel | University of Houston Law Center |
| Anthony Lane | University of Houston Law Center |
| Cailley Vaughan | University of Houston Law Center |
| Caitlyn Foret | University of Houston Law Center |
| Duncan S. Reedyk | University of Houston Law Center |
| Emily Pickerign | University of Houston Law Center |
| Gunnar Osteen | University of Houston Law Center |
| Jake McCreless | University of Houston Law Center |
| Katherine Brooks | University of Houston Law Center |
| Landon Adams | University of Houston Law Center |
| Mason Dowless | University of Houston Law Center |
| Mauro Vásquez IV | University of Houston Law Center |
| Natalie Cha | University of Houston Law Center |
| Paige Chovanec | University of Houston Law Center |
| Tralessia Myers | University of Houston Law Center |
| Abigail Mathew | University of Houston Law Center |
| Mallory Mae | University of Idaho College of Law |
| Kayla Lindberg | University of Illinois Chicago School of Law |
| Andrew Danculovich | University of Illinois College of Law |
| Ben Lee | University of Illinois College of Law |
| Elliott DeGrace | University of Illinois College of Law |
| Justin Fernando | University of Illinois College of Law |
| Mary Polupan | University of Illinois College of Law |
| Rachel DeFries | University of Illinois College of Law |
| Anna Gorman | University of Illinois College of Law |
| Caleb I. Slater | University of Iowa College of Law |
| Courtney Camenzind | University of Iowa College of Law |

| | |
|---|---|
| Andie Mooradian | University of Louisville Louis D. Brandeis School of Law |
| Brendan Kolbinsky | University of Louisville Louis D. Brandeis School of Law |
| Caroline Ashlea Dew | University of Louisville Louis D. Brandeis School of Law |
| Dalton York | University of Louisville Louis D. Brandeis School of Law |
| Emily Boston | University of Louisville Louis D. Brandeis School of Law |
| Irie Ewers | University of Louisville Louis D. Brandeis School of Law |
| Isabella Brimner | University of Louisville Louis D. Brandeis School of Law |
| Jake Mace | University of Louisville Louis D. Brandeis School of Law |
| Jessica D'Ambrosio | University of Louisville Louis D. Brandeis School of Law |
| Parker Guy | University of Louisville Louis D. Brandeis School of Law |
| Peyton Rodgers | University of Louisville Louis D. Brandeis School of Law |
| Sarah Stricklin | University of Louisville Louis D. Brandeis School of Law |
| Shalonte Branham | University of Louisville Louis D. Brandeis School of Law |
| A.P. Mulrooney | University of Maine School of Law |
| Abigail E St. Valle | University of Maine School of Law |
| Adam Fortier-Brown | University of Maine School of Law |
| Alice Wilson | University of Maine School of Law |
| Anna Kossolapov | University of Maine School of Law |
| Anna Scoppettone | University of Maine School of Law |
| Banah Alhanfy | University of Maine School of Law |
| Cade Morris | University of Maine School of Law |
| Dylan Stoltzfus | University of Maine School of Law |
| Elizabeth Bigelow | University of Maine School of Law |
| Gabrielle Drillis | University of Maine School of Law |
| Grace Perkins | University of Maine School of Law |
| Jordan Morgan | University of Maine School of Law |
| Joseph Monetta | University of Maine School of Law |
| Katlyn Cook | University of Maine School of Law |
| Luc Dobin | University of Maine School of Law |
| Mackenzie Blackwell | University of Maine School of Law |
| Michael Moran | University of Maine School of Law |
| Parvathi Jason | University of Maine School of Law |
| Rowan Hickey | University of Maine School of Law |
| Sadie Colby | University of Maine School of Law |
| Skylar Rubocki | University of Maine School of Law |
| Sophie Wink | University of Maine School of Law |
| Stephanie Forbes | University of Maine School of Law |
| Tamar Barsamian | University of Maine School of Law |
| Tanner S. Kelly | University of Maine School of Law |
| Taylor Trush | University of Maine School of Law |

| | |
|---|---|
| Alex Tamayo | University of Maryland Francis King Carey School of Law |
| Anastasie Ngo | University of Maryland Francis King Carey School of Law |
| Jacob Botsford | University of Maryland Francis King Carey School of Law |
| Jasmine Leal-Taylor | University of Maryland Francis King Carey School of Law |
| Leo Clarke | University of Maryland Francis King Carey School of Law |
| Thomas Azari | University of Maryland Francis King Carey School of Law |
| Max Friedman | University of Memphis Cecil C. Humphreys School of Law |
| Tyler Foster | University of Memphis Cecil C. Humphreys School of Law |
| Anna Nguyen | University of Michigan Law School |
| Ashton Smith | University of Michigan Law School |
| Dana Chen | University of Michigan Law School |
| Daria Wick | University of Michigan Law School |
| Edie Knoop | University of Michigan Law School |
| Elias Graca | University of Michigan Law School |
| Grady Nance | University of Michigan Law School |
| Jack Eichner | University of Michigan Law School |
| Jake Brenner | University of Michigan Law School |
| King Deas | University of Michigan Law School |
| Manuel Lewis | University of Michigan Law School |
| Maxime Legros | University of Michigan Law School |
| Meher Mann | University of Michigan Law School |
| Melanie Calderon | University of Michigan Law School |
| Muhammad Usman Mumtaz | University of Michigan Law School |
| Nicholas C. Johnson | University of Michigan Law School |
| Salma Son-Garcia | University of Michigan Law School |
| Sam Parhamfar | University of Michigan Law School |
| Ally Bazarian | University of Michigan Law School |
| Josh Messe | University of Michigan Law School |
| Elissa Bowling | University of Minnesota Law School |
| Hannah Greer | University of Minnesota Law School |
| Jessica Schmitz | University of Minnesota Law School |
| Kylie Lewis | University of Minnesota Law School |
| Meagan McIntyre | University of Minnesota Law School |

| | |
|---|---|
| William Rodman | University of Missouri School of Law |
| Addison Haynes | University of Missouri-Kansas City School of Law |
| Alexander True | University of Missouri-Kansas City School of Law |
| Bijan Esfandiary | University of Missouri-Kansas City School of Law |
| Joseph Scholten | University of Missouri-Kansas City School of Law |
| Morgen Foster | University of Missouri-Kansas City School of Law |
| Jack Pearlman | University of Montana Alexander Blewett III School of Law |
| Jeanelle Angus | University of New Hampshire Franklin Pierce School of Law |
| Manuel Cortes-Jimenez | University of New Hampshire Franklin Pierce School of Law |
| Sara Keeble | University of New Hampshire Franklin Pierce School of Law |
| Tony Gioia | University of New Hampshire Franklin Pierce School of Law |
| Aislinn Carroll | University of North Carolina School of Law |
| Chase Howard | University of North Carolina School of Law |
| Dex Dexter | University of North Carolina School of Law |
| Elliana Alexander | University of North Carolina School of Law |
| Emily Gajda | University of North Carolina School of Law |
| Griffin Lamb | University of North Carolina School of Law |
| Koen Rodabaugh | University of North Carolina School of Law |
| Olivia McAuliffe | University of North Carolina School of Law |
| Tyler S. Gipe | University of North Carolina School of Law |
| Colleen Malley | University of North Carolina School of Law |
| Hamilton Hayers | University of North Texas at Dallas College of Law |
| Julia Santos | University of North Texas at Dallas College of Law |
| Alexandris K. Petre | University of Oklahoma College of Law |
| Alyssa Sperrazza | University of Oklahoma College of Law |
| Hannah Goff | University of Oklahoma College of Law |
| Katie Reese | University of Oklahoma College of Law |
| Samantha England | University of Oklahoma College of Law |
| Taylor Ruddle | University of Oklahoma College of Law |
| Arshaan Khan | University of Oregon School of Law |
| Brynne Stengel | University of Oregon School of Law |
| Jaime Tang | University of Oregon School of Law |
| Katherine Benson | University of Oregon School of Law |
| Kyler Cook | University of Oregon School of Law |
| Miles Berry | University of Oregon School of Law |
| Peyton Smith | University of Oregon School of Law |

| Piper Harris | University of Oregon School of Law |
| Sarita Pauly | University of Oregon School of Law |
| Alexander Diwan | University of Pennsylvania Carey Law School |
| Chioma Uba | University of Pennsylvania Carey Law School |
| Kaia Rendo | University of Pennsylvania Carey Law School |
| Megan Steinheimer | University of Pennsylvania Carey Law School |
| Alexa Breyfogle | University of Pennsylvania Carey Law School |
| Amanda Karlsson | University of Pennsylvania Carey Law School |
| Andres Armada | University of Pennsylvania Carey Law School |
| Benjamin Kilano | University of Pennsylvania Carey Law School |
| Bill Wang | University of Pennsylvania Carey Law School |
| Brian Connor | University of Pennsylvania Carey Law School |
| Bryce Klehm | University of Pennsylvania Carey Law School |
| Caroline Kam | University of Pennsylvania Carey Law School |
| Carson Turner | University of Pennsylvania Carey Law School |
| Christina Bartzokis | University of Pennsylvania Carey Law School |
| David Hahn | University of Pennsylvania Carey Law School |
| Diana Henry | University of Pennsylvania Carey Law School |
| Douglas Brooks Snyder | University of Pennsylvania Carey Law School |
| E.N. | University of Pennsylvania Carey Law School |
| Eleanor Liu | University of Pennsylvania Carey Law School |
| Eleanor Mammen | University of Pennsylvania Carey Law School |
| Ellie Loigman | University of Pennsylvania Carey Law School |
| Evan Harrelson | University of Pennsylvania Carey Law School |
| Gabriel Nathans | University of Pennsylvania Carey Law School |
| Hayes Parker-Kepchar | University of Pennsylvania Carey Law School |
| Hugh Strike | University of Pennsylvania Carey Law School |
| Jan Rotich | University of Pennsylvania Carey Law School |
| Jason Pang | University of Pennsylvania Carey Law School |
| Jessica Lonsway | University of Pennsylvania Carey Law School |
| Jonathan Kim | University of Pennsylvania Carey Law School |
| Jonathan McJunkin | University of Pennsylvania Carey Law School |
| Jordan Lassiter | University of Pennsylvania Carey Law School |
| Julia L. Englebert | University of Pennsylvania Carey Law School |
| Julian Lutz | University of Pennsylvania Carey Law School |
| Justin McCulloch | University of Pennsylvania Carey Law School |
| Liz Dowdle | University of Pennsylvania Carey Law School |
| Loren Grandelli | University of Pennsylvania Carey Law School |
| Madeleine Morales | University of Pennsylvania Carey Law School |
| Madeleine Vaziri | University of Pennsylvania Carey Law School |
| Maxwell Bresticker | University of Pennsylvania Carey Law School |

| | |
|---|---|
| Nathalie Rincon | University of Pennsylvania Carey Law School |
| Nigel Davis | University of Pennsylvania Carey Law School |
| Rachael Totz | University of Pennsylvania Carey Law School |
| Rachel Kabat | University of Pennsylvania Carey Law School |
| Raymond LaMotta | University of Pennsylvania Carey Law School |
| Samendra Prasad | University of Pennsylvania Carey Law School |
| Sarah Kadous | University of Pennsylvania Carey Law School |
| Sara-Paige Silvestro | University of Pennsylvania Carey Law School |
| Scott Aravena | University of Pennsylvania Carey Law School |
| Sri Medicherla | University of Pennsylvania Carey Law School |
| Tait Helgaas | University of Pennsylvania Carey Law School |
| Tora Husar | University of Pennsylvania Carey Law School |
| William Powers | University of Pennsylvania Carey Law School |
| Zack Demars | University of Pennsylvania Carey Law School |
| Boris Botchev | University of Pennsylvania Carey Law School |
| Ryan Young | University of Pittsburgh School of Law |
| Elizabeth Stauffer | University of San Diego School of Law |
| Aisha Sanwal | University of San Francisco School of Law |
| Alecea Mexas | University of San Francisco School of Law |
| Alex Smock | University of San Francisco School of Law |
| Alexandra Porshnikoff | University of San Francisco School of Law |
| Alexandria Metzdorf | University of San Francisco School of Law |
| Alia Sky | University of San Francisco School of Law |
| Evan Lurie | University of San Francisco School of Law |
| Jessica Lui | University of San Francisco School of Law |
| Justin Rael | University of San Francisco School of Law |
| Keaton Maring | University of San Francisco School of Law |
| Kristen Houlton Shaw | University of San Francisco School of Law |
| Shalah E. Hamza | University of San Francisco School of Law |
| Tyler Zelazny | University of San Francisco School of Law |
| Azura Jorda | University of San Francisco School of Law |
| Gabriela Gutierrez-Bravo | University of San Francisco School of Law |
| Georgia Anne Mattar | University of South Carolina Joseph F. Rice School of Law |
| Alejandro Valdivia | University of Southern California Gould School of Law |
| Nadine Chen | University of Southern California Gould School of Law |
| Brandon Kriplean | University of Tennessee College of Law |
| Camille Alley | University of Tennessee College of Law |
| Catherine Greco | University of Tennessee College of Law |
| Cheyenne Peters | University of Tennessee College of Law |
| Gavin Wride | University of Tennessee College of Law |

| | |
|---|---|
| Jacob Manning | University of Tennessee College of Law |
| James Conner Mitchell | University of Tennessee College of Law |
| Jenna Santero | University of Tennessee College of Law |
| Joseph Espinal | University of Tennessee College of Law |
| Katie Bailes | University of Tennessee College of Law |
| Madison Campbell | University of Tennessee College of Law |
| Nicholas Slusher | University of Tennessee College of Law |
| Nicklaus Proctor | University of Tennessee College of Law |
| Olutayo Alston | University of Tennessee College of Law |
| Paige Wiebelhaus | University of Tennessee College of Law |
| Sara Andersen | University of Tennessee College of Law |
| Ziyan Jahangir | University of Tennessee College of Law |
| Grant C. Peterson | University of Tennessee College of Law |
| Hunter Carr | University of Tennessee College of Law |
| Katelyn DeReus | University of Tennessee College of Law |
| Lucy Marie Potter | University of Tennessee College of Law |
| Steven Boothby | University of Tennessee College of Law |
| Ali Hamza | University of Texas School of Law |
| Blaine Campbell | University of Texas School of Law |
| Brennan Caruthers | University of Texas School of Law |
| Cate Byrne | University of Texas School of Law |
| Chad Youmans | University of Texas School of Law |
| Christopher Jordan | University of Texas School of Law |
| Emma Hoffman | University of Texas School of Law |
| Jack O'Neil | University of Texas School of Law |
| Jack Reboul | University of Texas School of Law |
| Joseph Kudler | University of Texas School of Law |
| Kelly Hogan | University of Texas School of Law |
| Madeline Love | University of Texas School of Law |
| Maxwell Wilder Martucci | University of Texas School of Law |
| Nickoli Benkert | University of Texas School of Law |
| Will Bonds | University of Texas School of Law |
| Meera Sam | University of Texas School of Law |
| Sri Senthilkumar | University of Texas School of Law |
| Dameka Black | University of the District of Columbia David A. Clarke School of Law |
| Latreal Harmon | University of the District of Columbia David A. Clarke School of Law |
| Shayla Andrews | University of the District of Columbia David A. Clarke School of Law |

| | |
|---|---|
| James Benjamin Gontarski | University of the District of Columbia David A. Clarke School of Law |
| Kayla Mozier | University of the District of Columbia David A. Clarke School of Law |
| Kramer Phillips | University of the District of Columbia David A. Clarke School of Law |
| Mandy Ross | University of the District of Columbia David A. Clarke School of Law |
| John Daniels | University of the District of Columbia David A. Clarke School of Law |
| Olivia Acosta | University of the District of Columbia David A. Clarke School of Law |
| Justin Breen | University of the Pacific, McGeorge School of Law |
| Madison Smith | University of Toledo College of Law |
| McKenna Schultz | University of Toledo College of Law |
| Jacob Landry | University of Tulsa College of Law |
| William Lovell | University of Utah S.J. Quinney College of Law |
| Anna Figueroa | University of Virginia School of Law |
| Asher Quesenberry | University of Virginia School of Law |
| Audrey Felton | University of Virginia School of Law |
| Brooke Shanks | University of Virginia School of Law |
| Christy Bolin | University of Virginia School of Law |
| Elizabeth Gaccione | University of Virginia School of Law |
| Emily Liu | University of Virginia School of Law |
| Hannah Borja | University of Virginia School of Law |
| Jacob Zahalsky | University of Virginia School of Law |
| James Pierpoint | University of Virginia School of Law |
| John Henry Vansant | University of Virginia School of Law |
| Kiara Jimenez | University of Virginia School of Law |
| Mary Esther Pilant | University of Virginia School of Law |
| Natasha Holtman | University of Virginia School of Law |
| Preston Bowden | University of Virginia School of Law |
| Shreya Hurli | University of Virginia School of Law |
| Simeon Daferede | University of Virginia School of Law |
| Marissa Varnado | University of Virginia School of Law |
| Ariam Kiflemariam | University of Washington School of Law |
| Devina Stone | University of Washington School of Law |
| Elizabeth Stanton | University of Washington School of Law |
| Ella Van Troba | University of Washington School of Law |
| Jake Ferrera | University of Washington School of Law |
| Jasper Fey | University of Washington School of Law |
| Lee Smith | University of Washington School of Law |

| | |
|---|---|
| Madison Harasek | University of Washington School of Law |
| Madison Warnock | University of Washington School of Law |
| Natalie Berg | University of Washington School of Law |
| Ruby Grossman | University of Washington School of Law |
| Ryan Culpeper | University of Washington School of Law |
| Victoria Kirk | University of Washington School of Law |
| Vivian Hernández | University of Washington School of Law |
| Zachary L. Hentzel | University of Washington School of Law |
| Armen Bashian | University of West Los Angeles School of Law |
| Alex Richardson | University of Wisconsin Law School |
| Allyson Berri | University of Wisconsin Law School |
| Andrew Monserud | University of Wisconsin Law School |
| Brandon Pope | University of Wisconsin Law School |
| Caleb Baird | University of Wisconsin Law School |
| Ellen Gaul | University of Wisconsin Law School |
| Gopi Ramanathan | University of Wisconsin Law School |
| Paul Willferd Trebing | University of Wisconsin Law School |
| Gabrielle Little | University of Wisconsin Law School |
| Andrea Briscoe | Vermont Law and Graduate School |
| Krista M. Wirth | Vermont Law and Graduate School |
| Andrew Tepeneu | Villanova University Charles Widger School of Law |
| Anthony Ryback | Villanova University Charles Widger School of Law |
| Anthony Williams III | Villanova University Charles Widger School of Law |
| Carlos Enrique Juarez | Villanova University Charles Widger School of Law |
| Courtney Marthens | Villanova University Charles Widger School of Law |
| Elizabeth Rivette | Villanova University Charles Widger School of Law |
| Hanna Lambert | Villanova University Charles Widger School of Law |
| Hannah Posencheg | Villanova University Charles Widger School of Law |
| Ian Malone | Villanova University Charles Widger School of Law |
| Joshua | Villanova University Charles Widger School of Law |
| Josiah B. Harmar | Villanova University Charles Widger School of Law |
| Mack Civin | Villanova University Charles Widger School of Law |
| Madeline Maday | Villanova University Charles Widger School of Law |
| Mark J. Metzler | Villanova University Charles Widger School of Law |
| Patrick Hurley | Villanova University Charles Widger School of Law |
| Rachael Soroski Smith | Villanova University Charles Widger School of Law |
| Ronan Egan | Villanova University Charles Widger School of Law |
| Ryan Roe | Villanova University Charles Widger School of Law |
| S.K. Pilcher | Villanova University Charles Widger School of Law |
| Tiffany Nguyen | Villanova University Charles Widger School of Law |
| Victoria Marchesano | Villanova University Charles Widger School of Law |

| | |
|---|---|
| Christian Harrison | Wake Forest University School of Law |
| Leah Ray Necas | Wake Forest University School of Law |
| LilyAnne Rodriguez | Wake Forest University School of Law |
| Martin Flores | Washington and Lee University School of Law |
| Shweta Karmakar | Washington and Lee University School of Law |
| Andre Jones | Washington University School of Law |
| Greta Heidrick-Barnes | Washington University School of Law |
| Jacob Bomgaars | Washington University School of Law |
| Matthew Palmer | Washington University School of Law |
| Owen Robinson | Washington University School of Law |
| Riley Gilliland | Washington University School of Law |
| Thomas Khristenko | Washington University School of Law |
| Kyle Gineman | Wayne State University Law School |
| Lizbeth Lopez-Bermúdez | Wayne State University Law School |
| Michele Champeau | West Virginia University College of Law |
| Shannon Jasper Rose Dickerson | West Virginia University College of Law |
| William Larsen | West Virginia University College of Law |
| Erick A. Ruiz | Western State College of Law at Westcliff University |
| Paige Oustrich | Widener University Commonwealth Law School |
| Bethany Wilson | Widener University Delaware Law School |
| Morgan Everman | Widener University Delaware Law School |
| Joshua M. Sheen | Willamette University College of Law |
| Madison Macon | Willamette University College of Law |
| Alexander Smith | William & Mary Law School |
| Audrey Coffey | William & Mary Law School |
| Benjamin Richmond | William & Mary Law School |
| Daniel Ogden | William & Mary Law School |
| Daniella Relvas-Veliadis | William & Mary Law School |
| Eda Tercan | William & Mary Law School |
| Elisabeth Freedman | William & Mary Law School |
| Elle Rickman | William & Mary Law School |
| Emma Guirlinger | William & Mary Law School |
| Greg Fowler | William & Mary Law School |
| Hampton Bryant | William & Mary Law School |
| Harshil Patel | William & Mary Law School |
| Isabelle Auble | William & Mary Law School |
| Jenna Singer | William & Mary Law School |
| Jenniffer Andino Cruz | William & Mary Law School |
| John Thayer | William & Mary Law School |
| Katherine Smart | William & Mary Law School |

| | |
|---|---|
| Kelly Adam | William & Mary Law School |
| Mary Gorham | William & Mary Law School |
| Miranda Arendt | William & Mary Law School |
| Natalie Hatton | William & Mary Law School |
| Patrick J. LaBella | William & Mary Law School |
| Sarah McGovern | William & Mary Law School |
| Silvio Renna | William & Mary Law School |
| Willow Hasson | William & Mary Law School |
| Zoe Elmas | William & Mary Law School |
| Alexandria Shearer | William & Mary Law School |
| Emma Cordes | William & Mary Law School |
| Hailey Arnett | William & Mary Law School |
| Krishan Patel | William & Mary Law School |
| Liz Cotter | William & Mary Law School |
| Dalton Connor Lahti | Wilmington University School of Law |
| Carter Squires | Yale Law School |
| Jenn Dikler | Yale Law School |
| Jordan Cozby | Yale Law School |
| Keegan Vacanti | Yale Law School |
| Krister Rasmussen | Yale Law School |
| Nicolas J. Madan | Yale Law School |
| Raymond Perez | Yale Law School |
| Sahil Alim | Yale Law School |
| Saman Haddad | Yale Law School |

### Law Student Organizations

American University Plaintiffs' Law Association

Arizona State University School of Law - American Constitution Society

Benjamin N. Cardozo School of Law - Public Interest Law Student Association

Benjamin N. Cardozo School of Law - National Lawyers Guild

Berkeley Journal of International Law

Boston College Law School - Plaintiffs' Law Association

Brooklyn Law School - Black Law Students Association

Chicago-Kent College of Law - Student Bar Association

Columbia Law School - Plaintiffs' Law Association

xxx

George Washington University Law School - Plaintiffs' Law Association

Georgetown University Law Center - Abolition Advocacy Project

Georgetown University Law Center - American Constitution Society

Georgetown University Law Center - Coalition for Justice

Georgetown University Law Center - If/When/How

Georgetown University Law Center - Plaintiffs' Law Association

Georgetown University Law Center - People's Parity Project

Georgia State University College of Law - National Lawyers Guild

Harvard Law School - Plaintiffs' Law Association

Maurice A. Deane School of Law at Hofstra University - Black Law Students Association

Maurice A. Deane School of Law at Hofstra University - Journal of Social Change and Public Policy

Maurice A. Deane School of Law at Hofstra University - Women's Society

National Plaintiffs' Law Association

Northeastern University School of Law - American Constitution Society

Northeastern University School of Law - Plaintiffs' Law Association

New York University School of Law - Plaintiffs' Law Association

Penn State Dickinson Law - American Constitution Society

Stanford Law School - Plaintiffs' Law Association Board

University of Arkansas School of Law - Coalition for Unity & Empowerment

University of Arkansas School of Law - Immigration Law Society

University of California, Berkeley School of Law - California Law Review

University of California, Berkeley School of Law - Consumer Advocacy & Protection Society

University of California, Berkeley School of Law - Law Students of African Descent

University of California, Berkeley School of Law - Muslim Law Student Association

University of California, Berkeley School of Law - Plaintiffs' Law Association

University of California, Berkeley School of Law - South Asian Law Students Association

University of California, Berkeley School of Law - Student Association

University of California, Los Angeles School of Law Review

University of Houston Law Center - Student Bar Association

University of Houston Law Center - National Mock Trial Team

University of Oklahoma College of Law - International Law Society

University of Pennsylvania Carey Law School - Black Law Students Association

University of Pennsylvania Carey Law School - Council of Student Representatives

University of Pennsylvania Carey Law School – Plaintiffs' Law Association

University of Pennsylvania Carey Law School - Student Public Interest Network

University of Texas Law School - Plaintiffs' Advocacy and Litigation Society

University of Virginia – Plaintiffs' Law Association

University of Washington Law School - If/When/How

University of Washington Law School - Latinx Law Student Association

University of Washington Law School - Minority Law Student Association

Vermont Law and Graduate School - Association of Law Students for Accessibility

Villanova University Charles Widger School of Law - Asian Pacific American Law Student Association

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing complies with Local Civil Rule 7(o)(4) and does not exceed 25 pages. I further certify that the attached *amicus* brief complies with the typeface and type style requirements of Local Rule 5.1(d) because it has been prepared in a proportionally spaced typeface used Microsoft Word and 12-point Times New Roman font.

Respectfully submitted,


<u>        /s/ Jordan K. Merson                </u>
Jordan K. Merson
D.C. Bar No. 501015
**Kline Specter, PC**
950 3rd Avenue, 18th Floor
New York, NY 10022
(212) 603-9100 (phone)
(347) 441-4171 (fax)
jordan.merson@klinespecter.com


*Counsel for Amici Curiae*


Dated: April 25, 2025