IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>         *Plaintiff,*<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.<br><br>         *Defendants.* | Case No. 1:25-cv-01107-LLA |

### MOTION FOR ADMISSION OF DANIEL D. BIRK *PRO HAC VICE*

Pursuant to Rule 83.2 of the Local Rules of this Court, Daniel D. Birk, by the undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of *884 Law Firms*, in the above-captioned case. In support of this motion, Mr. Birk provides his declaration, attached as Exhibit A.

Dated: April 30, 2025    By: */s/ Benjamin Waldin*

                Benjamin Waldin (D.D.C. Bar No. IL0061)
                EIMER STAHL LLP
                224 South Michigan Avenue
                Suite 1100
                Chicago, IL 60604
                Telephone: (312) 660-7600
                Fax: (312) 692-1718
                bwaldin@eimerstahl.com

                *Attorney for 884 Law Firms*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2025, a true and correct copy of the foregoing **Motion for Admission of Daniel D. Birk *Pro Hac Vice*, with Exhibit,** was filed electronically by filing the same through the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                               */s/ Benjamin Waldin*
                                               Benjamin Waldin