IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br>          *Plaintiff,*<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>et al.<br>          *Defendants.* | Case No. 1:25-cv-01107-LLA |

### [PROPOSED] ORDER ADMITTING DANIEL D. BIRK *PRO HAC VICE*

Before this Court is a motion for the admission of attorney Daniel D. Birk *pro hac vice* as counsel for Amicus Curiae *884 Law Firms*. Upon consideration of the motion and supporting attachments:

It is hereby ORDERED that the motion is GRANTED.

Dated: _____

                             Hon. Loren L. AliKhan
                             United States District Court Judge