**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSMAN GODFREY LLP,<br>Plaintiff,<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF MANAGEMENT AND BUDGET, SECURITIES AND EXCHANGE COMMISSION, UNITED STATES INTERNATIONAL TRADE COMMISION, FEDERAL TRADE COMMISION, UNITED STATES PATENT AND TRADEMARK OFFICE, EQUAL EMPLOYMENT OPPORTUNITY COMMISION, U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF VETERANS AFFAIRS, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, CENTRAL INTELLIGENCE AGENCY, ENVIRONMENTAL PROTECTION AGENCY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF ENERGY, DEPARTMENT OF LABOR, DEPARTEMNT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SMALL BUSINESS ADMINISTRATION, OFFICE OF THE TRADE REPRESENTATIVE, DEPARTEMNT OF THE INTERIOR, DEPARTMENT OF TRANSPORTION, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, RUSSELL T. VOUGHT, MARK T. UYEDA, AMY A. KARPEL, ANDREW N. FERGUSON, COKE MORGAN STEWART, ANDREA R. LUCAS, SCOTT BESSENT, | Civil Action No. 25-1107 (LLA) |

PETER B. HEGSETH, ROBERT F. KENNEDY, JR., LINDA M. MCMAHON, DOUGLAS A. COLLINS, TULSI GABBARD, JOHN L. RATCLIFFE, LEE M. ZELDIN, KRISTI NOEM, MARCO RUBIO, CHRIS WRIGHT, LORI CHAVEZ-DEREMER, BROOKE L. ROLLINS, HOWARD LUTNICK, SCOTT TURNER, KELLY LOEFFLER, JAMIESON GREER, DOUG BURGUM, and SEAN DUFFY,

Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h)(1), Defendants hereby respectfully submit the following response to Plaintiff's Statement of Undisputed Material Facts (ECF 51-2).

Preliminarily, Defendants note that this Response identifies which of the factual grounds asserted in Plaintiff's statement of material facts are disputed. In light of Defendants' separate dispositive motion, the term, "disputed," or similar references herein should not be construed to mean necessarily that Defendants believe that there are genuine issues of material fact that would necessitate a trial. Rather, such language simply means that Defendants dispute Plaintiff's statement regarding that matter. Defendants maintain their position that grounds exist entitling Defendants to dismissal and judgment as to Plaintiff's claims. Further, to the extent that matters stated in Plaintiff's statement of material facts are not disputed herein, they are not disputed at this time only for purposes of resolution of the pending dispositive cross-motions. Also, Defendants' position is that such matters are not necessarily material to resolution of the pending dispositive motions.

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
| --- | --- |
| **1.-9.** | Undisputed. |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **10.** | First clause is characterization of publication, which speaks for itself; recognition by *Vault* as asserted in remainder of paragraph is undisputed. |
| **11.-17.** | Undisputed. |
| **18.** | Undisputed. |
| **19.** | Undisputed. |
| **20.** | Undisputed. |
| **21.** | Disputed that entrance into federal buildings is required for stated purposes. |
| **22.-23.** | Undisputed. |
| **24.** | Undisputed. |
| **25.** | Undisputed, except disputed that "Main Branch of U.S. Department of Justice" is an office or section of the U.S. Department of Justice and disputed that entrance to federal buildings is required for stated interactions. |
| **26.-32.** | Undisputed. |
| **33.** | Undisputed, but disputed that entrance to federal buildings is required for stated interactions. |
| **34.-37.** | Undisputed. |
| **38.** | Undisputed, but disputed that entrance to federal buildings is required for stated interactions. |
| **39.-49.** | Undisputed. |
| **50.-52.** | Undisputed. |
| **53.** | First two clauses disputed to extent inconsistent with EO 14250 § 1; remainder of paragraph is characterization that is immaterial as the cited material speaks for itself. |
| **54.-55.** | Characterization that is immaterial as the cited material speaks for itself. |
| **56.** | Undisputed. |
| **57.-58.** | To extent statements are characterization of court proceedings, then they are immaterial as the cited court opinion speaks for itself. |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **59.** | Undisputed. |
| **60.** | Characterization that is immaterial as the cited material speaks for itself. |
| **61.** | Undisputed. |
| **62.** | Characterization that is immaterial as the cited material speaks for itself. |
| **63.-64.** | Immaterial. |
| **65.-66.** | Undisputed. |
| **67.** | Characterization that is immaterial as the cited material speaks for itself. |
| **68.** | Undisputed. |
| **69.** | Characterization that is immaterial as the referenced executive orders speak for themselves. |
| **70.** | Undisputed. |
| **71.-72.** | Characterization that is immaterial as the cited memorandum speaks for itself. |
| **73.** | Undisputed. |
| **74.-82.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **83.-86.** | Characterization that is immaterial as the cited materials speak for themselves. |
| **87.** | Undisputed. |
| **88.-91.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **92.-94.** | Characterization that is immaterial as the cited material speaks for itself. |
| **95.** | Undisputed. |
| **96.-97.** | Characterization that is immaterial as the cited material speaks for itself. |
| **98.** | Undisputed. |
| **99.-100.** | Characterization that is immaterial as the cited memorandum speaks for itself. |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **101.** | Undisputed. |
| **102.-105.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **106.** | Undisputed. |
| **107.** | Characterization that is immaterial as the cited material speaks for itself. |
| **108.-109.** | Characterization that is immaterial as the cited material speaks for itself. |
| **110.** | Undisputed. |
| **111.-113.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **114.** | Undisputed. |
| **115.** | Characterization that is immaterial as the cited material speaks for itself. |
| **116.** | Disputed as vague. |
| **117.-122.** | Characterization that is immaterial as the cited material speaks for itself. |
| **123.** | Undisputed. |
| **124.-147.** | Characterization that is immaterial as the cited material speaks for itself. |
| **148.** | Undisputed. |
| **149.** | Characterization that is immaterial as the cited brief speaks for itself. |
| **150.** | Undisputed. |
| **151.** | Undisputed; immaterial. |
| **152.** | Undisputed. |
| **153.** | Characterization that is immaterial as the cited brief speaks for itself. |
| **154.** | Undisputed. |
| **155.** | Undisputed, but dispute the implied linkage between the two events. |

| **Plaintiff's Statement of Undisputed Material Fact (by ¶ number)** | **Defendants' Response** |
|---|---|
| **156.** | Undisputed. |
| **157.-158.** | Undisputed. |
| **159.** | Disputed given ongoing communications since the filing of this case between the Department of Justice and counsel for Plaintiff concerning litigation over the Executive Order. |
| **160.-164.** | Characterization that is immaterial as the cited material speaks for itself. |
| **165.-166.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **167.** | Disputed. *See* Exhibits 1, 2, 3, 4, 5, 7[1] (discussed in Defs' Mem. in Support of Mot. to Dismiss § I (ECF 58-1); Defs' Opp. to Pls' Mot. for Summ. Judmt. § III (filed Apr. 30, 2025)). |
| **168.** | Undisputed. |
| **169.** | First sentence disputed. Second sentence undisputed. |
| **170.** | Characterization that is immaterial as the cited material speaks for itself. |
| **171.-173.** | Characterization that is immaterial as the cited material speaks for itself. |
| **174.** | Undisputed. |
| **175.** | Undisputed. |
| **176.-177.** | Undisputed. |
| **178.** | Disputed that entrance to federal buildings is required for all such stated interactions. |
| **179.** | Disputed, including as legal conclusion. |
| **180.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **181.** | First sentence undisputed. Second sentence disputed as conclusory or speculative. |
| **182.** | Undisputed. |

[1] The numbered exhibits referenced in this Response are attached to the Declaration of Richard Lawson, submitted herewith.

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **183.** | Disputed as legal argument or conclusion. |
| **184.** | Undisputed. |
| **185.** | Disputed as legal argument or conclusion. |
| **186.-188.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **189.-191.** | Undisputed. |
| **192.** | Disputed. |
| **193.** | Disputed as legal argument or conclusion. |
| **194.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **195.** | Characterization that is immaterial as the cited material speaks for itself. |
| **196.** | Undisputed. |
| **197.** | Undisputed. |
| **198.** | Undisputed that active security clearance can be necessary for such matters, but Plaintiff "does not currently have any active matters requiring security clearances." Srinivasan Decl. ¶ 79. |
| **199.** | Undisputed. |
| **200.** | Disputed as speculative. |
| **201.** | Disputed as speculative; Plaintiff "does not currently have any active matters requiring security clearances." Srinivasan Decl. ¶ 79. |
| **202.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **203.** | Undisputed. |
| **204.** | Disputed as legal argument or conclusion. |
| **205.** | Disputed as legal argument or conclusion. |
| **206.** | Characterization that is immaterial as the cited executive order speaks for itself. |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **207.** | Disputed as legal argument or conclusion. With regard to statements in 207.a., b., c., undisputed that the statements are asserted in the cited filings, but otherwise disputed as legal argument or conclusion. |
| **208.** | Disputed as legal conclusion or argument. |
| **209.-212.** | Characterization that is immaterial as the cited material speaks for itself. |
| **213.** | Undisputed that Plaintiff submitted an expert report from Robert Hirshon in connection with its motion for summary judgment. The remainder of the paragraph is characterization that is immaterial as the referenced report speaks for itself. |
| **214.** | Disputed as characterizations comprising factual inferences, legal argument, and legal conclusions. |
| **215.** | Characterization that is immaterial as the cited material speaks for itself. |
| **216.** | Characterization that is immaterial as the cited materials speak for themselves; disputed as factual inference or conclusion or legal conclusion.. |
| **217.** | Undisputed; dispute the unstated causation inference. |
| **218.** | Undisputed that Plaintiff has engaged outside counsel to represent it in this case. |
| **219.-222.** | Disputed as characterization comprising factual inferences, speculation, legal argument, and legal conclusions. |
| **223.** | Undisputed. |
| **224.** | Disputed as characterization of referenced materials, which speak for themselves; also dispute causation inference. As to statements in 224.a.-d., disputed as characterization of referenced materials, which speak for themselves. *See also* Defs' Response to Pl's Statement, *Perkins Coie LLP v. USDOJ*, No. 25cv0716 (DDC) (ECF 143-1,¶¶ 152, 162); Defs' Response to Pl's Statement, *Wilmer Cutler Pickering Hale & Dorr LLP v. Executive Office of the President*, No. 25cv917 (DDC) (ECF 103-1, ¶¶ 87, 133-34); Defs' Response to Pl's Statement, *Jenner & Block LLP v. USDOJ*, No. 25cv916 (DDC) (ECF 95-1, ¶¶ 76-78). |
| **225.** | Disputed as immaterial and speculative |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **226.** | Undisputed. |
| **227.** | Undisputed. |
| **228.** | Disputed as comprising unwarranted factual inferences, speculation, legal argument, and legal conclusions. |

Dated: April 30, 2025
Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*

RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*