AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SUSMAN GODFREY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lawyers' Committee for Civil Rights Under Law and Local Affiliates.

Date: 05/01/2025

Adria Bonillas /s/
*Attorney's signature*

Adria Bonillas 90023969
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Washington D.C., 20005

*Address*

Abonillas@lawyerscommittee.org
*E-mail address*

(202) 662-8317
*Telephone number*

*FAX number*