AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SUSMAN GODFREY LLP, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Senior Government Officials listed in Appendix A to Brief .

Date: 05/05/2025

/s/ Julie E. Fink
*Attorney's signature*

Julie E. Fink, NY Bar No. 4452553
*Printed name and bar number*

Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118

*Address*

jfink@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*