AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Susman Godfrey LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1107 |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susman Godfrey LLP .

Date:   05/05/2025

/s/ Kyle A. Schneider
*Attorney's signature*

Kyle A. Schneider 90024468
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500E
Washington, DC 20001

*Address*

Kyle.Schneider@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

(202) 220-2300
*FAX number*