AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SUSMAN GODFREY LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Senior Government Officials listed in Appendix A to Brief   .

Date:   05/05/2025

/s/ Mack Jenkins
*Attorney's signature*

Mack Jenkins, CA Bar No. 242101
*Printed name and bar number*

Hecker Fink LLP
1150 S Olive St., Suite 10-140
Los Angeles, CA 90015

*Address*

mjenkins@heckerfink.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*