IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>     *Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>     *Defendants*. | Civil Case No.: 1:25-cv-01107<br>Judge Loren L. AliKhan |

**CONSENT MOTION TO ADOPT STREAMLINED PROCEDURES
IN THE EVENT OF AN AMENDED COMPLAINT**

  Plaintiff Susman Godfrey LLP ("Susman"), by undersigned counsel, respectfully moves the Court for an Order specifying that the parties are directed to adhere to the streamlined procedures detailed below in connection with the planned amendment to Susman's Complaint. If the Court grants this motion, Susman intends to amend the Complaint, ECF No. 1, as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) in order to add as named defendants additional federal entities subject to Executive Order 14263, *Addressing Risks From Susman Godfrey*, as well as the head officers of those entities in their official capacities (the "Amended Complaint"). Undersigned counsel has conferred with counsel for Defendants, Mr. Lawson, who consents to the relief requested here. Defendants' consent does not waive any argument that Plaintiff remains bound to establish that any injury claimed by Plaintiff is traceable to each new defendant.

  The requested procedures would ensure that amendment of the Complaint does not cause any delay, disturb the course of these proceedings, or otherwise burden the Court. Most notably, the procedures would allow for the parties' already-filed motions (Susman's Motion for Summary

1

Judgment and Declaratory and Permanent Injunctive Relief, ECF No. 51, and Defendants' Motion to Dismiss, ECF No. 58) to be directed to the Amended Complaint without the need for any new briefing or oral argument. Another court in this District recently approved similar procedures. *See* Order, *Perkins Coie LLP v. DOJ*, No. 25-cv-716 (D.D.C. Apr. 29, 2025), ECF No. 175.

The requested procedures are as follows:

1. If Susman files the Amended Complaint by Friday, May 9, Susman shall file a new motion for summary judgment and declaratory and permanent injunctive relief, and Defendants shall file a new motion to dismiss the amended complaint (the "New Motions") by 5:00 p.m. on Monday, May 12, 2025. Susman also shall file an amended proposed order to reflect the addition of the new defendants in the Amended Complaint.

2. The parties shall not submit new briefing in support of, in opposition to, or in reply to the New Motions. Instead, the parties' prior briefing (including accompanying declarations and exhibits) directed to Susman's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief, ECF No. 51, and Defendants' Motion to Dismiss, ECF No. 58 (the "Existing Briefs") shall apply to the New Motions without the need for renewed briefing or oral argument. The parties' arguments (including accompanying declarations and exhibits) set forth in their respective Existing Briefs and at the May 8, 2025 oral argument shall apply to the New Motions as if they had been directed to the New Motions in the first instance, and all parties to the Amended Complaint shall be bound by the Court's ruling on the New Motions.

3. To facilitate this procedure, the Amended Complaint will number the new paragraphs in that document so that citations to the initial Complaint in the Existing Briefs will continue to refer to the corresponding paragraph(s) of the Amended Complaint. For example, the new paragraphs in the Amended Complaint that identify the new defendants will be numbered as

paragraphs 78.01, 78.02, and so on.

4.	Pursuant to Federal Rule of Civil Procedure 15(c)(2), the Amended Complaint will relate back to the date of the initial Complaint.  *See* Fed. R. Civ. P. 15(c)(2) ("When . . . a United States officer or agency is added as a defendant by amendment, the notice requirements of Rule 15(c)(1)(C)(i) and (ii) are satisfied if, during the stated period, process was delivered or mailed to . . . the Attorney General of the United States.").  In lieu of physically serving each new defendant, Susman will serve counsel for Defendants, Mr. Lawson, who will accept service by email for each new defendant subject to each agency's approval of substitute service.  Counsel for Defendants shall promptly, and within no more than ten (10) days, notify Susman if any new defendant requests individual service.

5.	Undersigned counsel has conferred with counsel for Defendants, Mr. Lawson, who consents to adhere to the foregoing procedures in connection with the Amended Complaint.

WHEREFORE, for the aforementioned reasons, Susman requests that the Court enter an Order adopting the streamlined procedures requested herein.  A proposed order is attached hereto.

Dated: May 8, 2025                               Respectfully submitted,

                                                 */s/ Donald B. Verrilli, Jr.*
                                                 Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
                                                 MUNGER, TOLLES & OLSON LLP
                                                 601 Massachusetts Avenue, NW, Suite 500E
                                                 Washington, D.C. 20001
                                                 (202) 220-1100
                                                 Donald.Verrilli@mto.com

                                                 *Counsel for Susman Godfrey LLP*