IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>                      *Plaintiff*,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                      *Defendants*. | Civil Case No.: 1:25-cv-01107<br>Judge Loren L. AliKhan |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion to Adopt Streamlined Procedures in the Event of an Amended Complaint, ECF No. ___, it is hereby—

**ORDERED** that Plaintiff's Consent Motion to Adopt Streamlined Procedures in the Event of an Amended Complaint, ECF No. ___, is **GRANTED**; it is further

**ORDERED** that, if Plaintiff files by May 9, 2025, an amended complaint adding as named defendants additional federal entities subject to Executive Order 14263, *Addressing Risks From Susman Godfrey*, as well as the head officers of those entities (the "Amended Complaint"), Plaintiff shall file a new motion for summary judgment and declaratory and permanent injunctive relief, and Defendants shall file a new motion to dismiss the amended complaint (the "New Motions") by 5:00 p.m. on Monday, May 12, 2025.  Plaintiff shall also file a new proposed order to reflect the addition of the new defendants in the Amended Complaint.  It is further

**ORDERED** that the parties shall not submit new briefing in support of, in opposition to, or in reply to the New Motions.  Instead, the parties' prior briefing (including accompanying declarations and exhibits) directed to Plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief, ECF No. 51, and Defendants' Motion to Dismiss, ECF No. 58,

1

(the "Existing Briefs") shall apply to the New Motions without the need for renewed briefing. The parties' arguments (including accompanying declarations and exhibits) set forth in their respective Existing Briefs and at the May 8, 2025 oral argument shall apply to the New Motions as if they had been directed to the New Motions in the first instance, and all parties to the Amended Complaint shall be bound by the Court's ruling on the New Motions. It is further

**ORDERED** that, in lieu of physically serving each new defendant in the Amended Complaint, Plaintiff will serve counsel for Defendants, Mr. Lawson, who will accept service by email for each new defendant subject to each agency's approval of substitute service. Counsel for Defendants shall promptly, and within no more than ten (10) days of service, notify Plaintiff if any new defendant requests individual service.

**SO ORDERED.**

Dated: _____

_____
LOREN L. ALIKHAN
United States District Judge