IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-1107 (LLA) |

## DEFENDANTS' RENEWED MOTION TO DISMISS

Defendants hereby move to dismiss Plaintiff's Amended Complaint (ECF No. 178). Consistent with the Court's May 8, 2025 Order (ECF No. 176), the grounds supporting this renewed motion to dismiss are contained in: (1) Defendants' prior briefing (including accompanying declaration and exhibits) in support of their Motion to Dismiss and their Opposition to Plaintiffs' Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief (ECF Nos. 58, 159, 174); and (2) Defendants' arguments presented at the May 8, 2025 oral argument in this case.

A proposed order is also submitted herewith.

Dated: May 12, 2025
　　　　Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*