# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>　　　　　Defendants. | Civil Action No. 25-1107 (LLA) |

### [Proposed] ORDER

After consideration of Defendants' Renewed Motion to Dismiss [ECF No. ___], it is hereby

**ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendants.

**SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LOREN L. ALIKHAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge