IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>            *Plaintiff*,<br><br>       v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>            *Defendants*. | Civil Case No.: 1:25-cv-01107<br>Judge Loren L. AliKhan |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Susman Godfrey LLP, by undersigned counsel, respectfully moves for summary judgment against Defendants on all claims.  Plaintiff respectfully requests this Court declare that Executive Order 14263, entitled "Addressing Risks from Susman Godfrey," 90 Fed. Reg. 15615, issued by the President on April 9, 2025, and published on April 15, 2025, is unlawful because it violates the First and Fifth Amendments to the U.S. Constitution, exceeds the President's constitutional authority under Article II, and violates the separation of powers.  Plaintiff further respectfully requests this Court permanently enjoin Defendants from implementing or enforcing Executive Order 14263 in any way and grant the related relief described in the attached proposed order.

Pursuant to the Court's Order adopting streamlined procedures (ECF No. 176), the grounds for this motion are set forth in Susman's previously filed Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, supporting statement of undisputed material facts, declarations, and exhibits (ECF Nos. 51-1 through 51-70); Susman's previously

filed Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment (ECF No. 164); and the arguments of counsel during the motions hearing on May 8, 2025 (ECF No. 177). A proposed order describing with more particularity the relief sought is attached hereto.

Dated: May 12, 2025                              Respectfully submitted,

/s/ Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Elaine J. Goldenberg (D.C. Bar No. 478383)
Ginger D. Anders (D.C. Bar. No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com
Elaine.Goldenberg@mto.com
Ginger.Anders@mto.com

Brad D. Brian (*pro hac vice*)
Michael R. Doyen (*pro hac vice*)
Hailyn J. Chen (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Brad.Brian@mto.com
Michael.Doyen@mto.com
Hailyn.Chen@mto.com

*Attorneys for Susman Godfrey LLP*

(*Additional counsel listed on following page*)

Bethany W. Kristovich (*pro hac vice*)
Adam B. Weiss (*pro hac vice*)
Jennifer L. Bryant (*pro hac vice*)
Miranda E. Rehaut (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
(213) 683-9100
Bethany.Kristovich@mto.com
Adam.Weiss@mto.com
Jennifer.Bryant@mto.com
Miranda.Rehaut@mto.com

Rachel G. Miller-Ziegler (D.C. Bar No. 229956)
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
Kyle A. Schneider (D.C. Bar No. 90024468)
Esthena L. Barlow (D.C. Bar No. 90000252)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Rachel.Miller-Ziegler@mto.com
Jeremy.Kreisberg@mto.com
Kyle.Schneider@mto.com
Esthena.Barlow@mto.com

Juliana Yee (*pro hac vice*)
Shannon C. Galvin Aminirad (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
(415) 512-4000
Juliana.Yee@mto.com
Shannon.Aminirad@mto.com

*Attorneys for Susman Godfrey LLP*