IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Case No.: 1:25-cv-01107<br>Judge Loren L. AliKhan |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for summary judgment, ECF No. __, Defendants' cross motion to dismiss, ECF No. __, the parties' respective legal memoranda, declarations, and exhibits submitted in support of or in opposition to each motion, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's motion for summary judgment, ECF No. __, is **GRANTED**; it is further

**ORDERED** that Defendants' motion to dismiss, ECF No. __, is **DENIED**; it is further

**DECLARED** that Executive Order 14263, 90 Fed. Reg. 15615 (Apr. 15, 2025), issued by the President on April 9, 2025, entitled "Addressing Risks from Susman Godfrey," is unlawful because it violates the First and Fifth Amendments to the U.S. Constitution, exceeds the President's constitutional authority under Article II, and violates the separation of powers. The Order therefore is null and void; it is further

**ORDERED** that:

(1) Defendants, departments, agencies, and other entities subject to Executive Order

1

14263, as well as their officers, agents, servants, employees, and attorneys, are permanently **ENJOINED** from implementing, enforcing, or giving effect to Executive Order 14263 in any way;

(2)  Defendants, departments, agencies, and other entities subject to Executive Order 14263, as well as their officers, agents, servants, employees, and attorneys, are permanently **ENJOINED** from relying on or using in any way or for any purpose, or otherwise taking any action based upon, the statements laid out in Section 1 of Executive Order 14263, including but not limited to in any interactions with Plaintiff, Plaintiff's clients, or government contractors; or with employees or other personnel of Plaintiff, Plaintiff's clients, or government contractors;

(3)  Defendants U.S. Department of Justice and Pamela Bondi, in her official capacity as U.S. Attorney General, are **DIRECTED** to:

> (a) provide a copy of this Order to all Defendants, departments, agencies, and other entities subject to Executive Order 14263; any other departments, agencies, and entities that received Executive Order 14263 or guidance related to Executive Order 14263; and the respective officers, staff, employees, and independent contractors of any of the foregoing;
>
> (b) direct the recipients to comply with the terms of this Order;
>
> (c)  notify all recipients that they are bound by the Court's order, under penalty of contempt; and
>
> (d) provide counsel for Plaintiff with a copy of such communication(s);

(4)  Defendants, departments, agencies, and other entities subject to Executive Order 14263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to rescind all formal or informal guidance or other direction provided to officers, staff, employees, or contractors of the federal government to communicate, effectuate, implement, or enforce

Executive Order 14263, including Sections 2 and 4 that were not subject to this Court's Temporary Restraining Order, ECF No. 15;

(5) Defendants, departments, agencies, and other entities subject to Executive Order 14263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to immediately notify all officers, staff, employees, and contractors subject to Executive Order 14263 that Executive Order 14263 is unlawful, null and void in its entirety and therefore should be disregarded, including all prior formal or informal advice, opinions, or direction previously received or communicated to effectuate, implement, or enforce Executive Order 14263, and that all departments, agencies, officers, staff, employees, and contractors of the federal government should carry on with their ordinary course of business with Susman Godfrey LLP,[1] its personnel, its clients, and its clients' personnel known or believed by them to be associated with Susman Godfrey LLP, as if Executive Order 14263 had not issued;

(6) Defendants, departments, agencies, and other entities subject to Executive Order 14263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to immediately (a) communicate to every recipient of a formal or informal request for disclosure of any relationship with Susman Godfrey LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14263, that such request is permanently rescinded; and (b) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14263;

(7) Defendants, departments, agencies, and other entities subject to Executive Order 14263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to cease any security clearance review, made pursuant to Sections 1 or 2(a) of Executive Order 14263,

---

[1] For purposes of this Order, Susman Godfrey LLP includes any affiliates, predecessors, successors, assigns, directors, officers, partners, employees, and agents.

and to reverse any suspension or revocation of any active security clearances, made pursuant to Sections 1 or 2(a) of Executive Order 14263;

(8) Defendants the Office of Management and Budget and Russell Vought, in his official capacity as director of OMB, are **DIRECTED** to identify all government goods, property, material, and services, provided for the benefit of Susman Godfrey LLP, that were previously identified pursuant to Section 2(b) of Executive Order 14263, and to immediately issue direction to the relevant heads of agencies and departments that they are to reverse any cessation of the provision of such material or services, if such cessation was done pursuant to Executive Order 14263;

(9) Defendants U.S. Department of Justice; Pamela Bondi in her official capacity as U.S. Attorney General; Equal Employment Opportunity Commission; and Andrea R. Lucas, in her official capacity as Acting Chair of the EEOC, are **DIRECTED** to immediately cease any investigation of Susman Godfrey LLP made pursuant to Section 4 of Executive Order 14263, and to withdraw any requests for information from Susman Godfrey LLP or other investigative steps made pursuant to Section 4 of Executive Order 14263;

(10) Defendants, departments, agencies, and other entities subject to Executive Order 14263, as well as their officers, agents, servants, employees, and attorneys, are **ORDERED** that they must act in good faith to take such other steps as are necessary to prevent the implementation or enforcement of Executive Order 14263 and to reverse any implementation or enforcement of Executive Order 14263 that has occurred or is occurring; and

(11) Defendants are **ORDERED** to file a status report within 2 business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements; and it is further

**ORDERED** that this Court shall retain jurisdiction to enforce this Order.

**SO ORDERED.**

Dated: _____

_____
LOREN L. ALIKHAN
United States District Judge
