AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Susman Godfrey LLP<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Executive Office of the President, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:25-cv-01107-LLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEDERAL AGENCIES AND DEPARTMENTS; AND HEADS OF FEDERAL
AGENCIES AND DEPARTMENTS listed in Attachment
c/o Richard Lawson, Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Richard.Lawson3@usdoj.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Donald B. Verrilli, Jr.
MUNGER, TOLLES &OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
donald.verrilli@mto.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



CLERK OF COURT

Date:  5/13/2025                                          /s/ Nicole M. Wilkens
                                                 *Signature of Clerk or Deputy Clerk*

## <u>NEW DEFENDANTS</u>

PAUL S. ATKINS, in his official capacity as Acting Chairman of the Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

HESTER M. PIERCE, in her official capacity as Commissioner of the Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

CAROLINE A. CRENSHAW, in her official capacity as Commissioner of the Securities and
Exchange Commission
100 F Street NE
Washington, DC 20549

MARK T. UYEDA, in his official capacity as Commissioner of the Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

DAVID S. JOHNSON, in his official capacity as Commissioner of the U.S. International Trade
Commission
500 E Street SW
Washington, DC 20436

JASON E. KEARNS, in his official capacity as Commissioner of the U.S. International Trade
Commission
500 E Street SW
Washington, DC 20436

MELISSA HOLYOAK, in her official capacity as Commissioner of the Federal Trade
Commission
600 Pennsylvania Avenue NW
Washington, DC 20580

MARK M. MEADOR, in his official capacity as Commissioner of the Federal Trade
Commission
600 Pennsylvania Avenue NW
Washington, DC 20580

U.S. DEPARTMENT OF THE AIR FORCE
1670 Air Force Pentagon
Washington, DC 20330

GARY A. ASHWORTH, in his official capacity as Acting Secretary of the Air Force
1670 Air Force Pentagon
Washington, DC 20330

U.S. DEPARTMENT OF THE ARMY
1500 Army Pentagon
Washington, DC 20310

DANIEL P. DRISCOLL, in his official capacity as Acting Secretary of the Army
1500 Army Pentagon
Washington, DC 20310

U.S. DEPARTMENT OF THE NAVY
1000 Navy Pentagon
Washington, DC 20350

JOHN PHELAN, in his official capacity as Acting Secretary of the Navy
1000 Navy Pentagon
Washington, DC 20350

ADMINISTRATION FOR CHILDREN AND FAMILIES
330 C Street SW
Washington, DC 20201

ANDREW GRADISON, in his official capacity as Acting Assistant Secretary for the
Administration for Children and Families
330 C Street SW
Washington, DC 20201

ADMINISTRATION FOR STRATEGIC PREPAREDNESS AND RESPONSE
200 Independence Avenue SW
Washington, DC 20201

JOHN KNOX, in his official capacity as Principal Deputy Assistant Secretary for Preparedness
and Response
200 Independence Avenue SW
Washington, DC 20201

ADVISORY COUNCIL ON HISTORIC PRESERVATION
401 F Street NW, Suite 308
Washington, DC 20001

REID NELSON, in his official capacity as Chairman of the Advisory Council on Historic
Preservation
401 F Street NW, Suite 308

Washington, DC 20001

AMERICORPS
250 E Street SW
Washington, DC 20525

JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head of
AmeriCorps
250 E Street SW
Washington, DC 20525

APPALACHIAN REGIONAL COMMISSION
1666 Connecticut Avenue NW, Suite 700
Washington, DC 20009

GAYLE CONELLY MANCHIN, in her official capacity as Co-Chair of the Appalachian
Regional Commission
1666 Connecticut Ave NW, Suite 700
Washington, DC 20009

BIOMEDICAL ADVANCED RESEARCH AND DEVELOPMENT AUTHORITY
200 Independence Avenue SW
Washington, DC 20201

GARY DISBROW, in his official capacity as Director of the Biomedical Advanced Research
and Development Authority
200 Independence Avenue SW
Washington, DC 20201

BONNEVILLE POWER ADMINISTRATION
905 NE 11th Avenue
Portland, OR 97232

JOHN HAIRSTON, in his official capacity as Administrator and Chief Executive Officer of the
Bonneville Power Administration
905 NE 11th Avenue
Portland, OR 97232

BUREAU OF ECONOMIC ANALYSIS
4600 Silver Hill Road
Suitland, MD 20746

VIPIN ARORA, in his official capacity as Director of the Bureau of Economic Analysis
4600 Silver Hill Road
Suitland, MD 20746

BUREAU OF INDIAN AFFAIRS
1849 C Street NW
Washington, DC 20240

BRYAN MERCIER, in his official capacity as Director of the Bureau of Indian Affairs
1849 C Street NW
Washington, DC 20240

BUREAU OF INDUSTRY AND SECURITY
1401 Constitution Avenue NW
Washington, DC 20230

JEFFREY KESSLER, in his official capacity as Under Secretary for Industry and Security
1401 Constitution Avenue NW, Room H-3839
Washington, DC 20230

BUREAU OF LAND MANAGEMENT
1849 C Street NW
Washington, DC 20240

MICHAEL D. NED, in his official capacity as Director of the Bureau of Land Management
1849 C Street NW
Washington, DC 20240

BUREAU OF OCEAN ENERGY MANAGEMENT
1849 C Street NW
Washington, DC 20240

WALTER CRUICKSHANK, in his official capacity as Director of the Bureau of Ocean Energy Management
1849 C Street NW
Washington, DC 20240

BUREAU OF RECLAMATION
1849 C Street NW
Washington, DC 20240

DAVID PALUMBO, in his official capacity as Acting Commissioner of the Bureau of Reclamation
1849 C Street NW
Washington, DC 20240

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
1849 C Street NW
Washington, DC 20240

PAUL HUANG, in his official capacity as Acting Director of the Bureau of Safety and
Environmental Enforcement
1849 C Street NW
Washington, DC 20240

BUREAU OF THE CENSUS
4600 Silver Hill Road
Suitland, MD 20746

RON S. JARMIN, in his official capacity as Acting Director of the Bureau of the Census
4600 Silver Hill Road
Suitland, MD 20746

CENTERS FOR DISEASE CONTROL AND PREVENTION
1600 Clifton Road
Atlanta, GA 30329

SUSAN MONAREZ, in her official capacity as Acting Director of the Centers for Disease
Control and Prevention
1600 Clifton Road, NW
Atlanta, GA 30333

CENTERS FOR MEDICARE AND MEDICAID SERVICES
200 Independence Avenue SW
Washington, DC 20201

DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and
Medicaid Services
200 Independence Avenue SW
Washington, DC 20201

CHEMICAL SAFETY BOARD
1750 Pennsylvania Avenue NW, Suite 910
Washington, DC 20006

STEVE OWENS, in his official capacity as Chairperson of the Chemical Safety Board
1750 Pennsylvania Avenue NW, Suite 910
Washington, DC 20006

NATIONAL INSTITUTE FOR STANDARDS AND TECHNOLOGY
100 Bureau Drive
Gaithersburg, MD 20899

CRAIG BURKHARDT, in his official capacity as Acting Director of the National Institute for
Standards and Technology
100 Bureau Drive

Gaithersburg, MD 20899

COMMISSION OF FINE ARTS
401 F Street NW, Suite 312
Washington, DC 20001

BILLIE TSIEN, in her official capacity as Chairperson of the Commission of Fine Arts
401 F Street NW, Suite 312
Washington, DC 20001

COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES
1500 Pennsylvania Avenue NW
Washington, DC 20220

SCOTT BESSENT, in his official capacity as Chairperson of the Committee on Foreign
Investment in the United States
1500 Pennsylvania Avenue NW
Washington, DC 20220

COMMODITY FUTURES TRADING COMMISSION
1155 21st Street NW
Washington, DC 20581

CAROLINE D. PHAM, in her official capacity as Acting Chairman of the Commodity Futures
Trading Commission
1155 21st Street NW
Washington, DC 20581

KRISTIN N. JOHNSON, in her official capacity as Commissioner of the Commodity Futures
Trading Commission
1155 21st Street NW
Washington, DC 20581

CHRISTY GOLDSMITH ROMERO, in her official capacity as Commissioner of the
Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC 20581

SUMMER K. MERSINGER, in her official capacity as Commissioner of the Commodity
Futures Trading Commission
1155 21st Street NW
Washington, DC 20581

CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street NW
Washington, DC 20552

SCOTT BESSENT, in his official capacity as Acting Director of the Consumer Financial
Protection Bureau
1500 Pennsylvania Avenue NW
Washington, DC 20220

COUNCIL OF INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY
1717 H Street NW, Suite 825
Washington, DC 20006

DEIDRE HARRISON, in her official capacity as Executive Chair of the Council of Inspectors
General on Integrity and Efficiency
1717 H Street NW, Suite 825
Washington, DC 20006

COUNCIL ON ENVIRONMENTAL QUALITY
730 Jackson Place NW
Washington, DC 20503

KATHERINE SCARLETT, in her official capacity as Acting Chair of the Council on
Environmental Quality
730 Jackson Place NW
Washington, DC 20503

DEFENSE CONTRACT AUDIT AGENCY
8725 John J. Kingman Road
Fort Belvoir, VA 22060

JENNIFER DESAUTEL, in her official capacity as Director of the Defense Contract Audit
Agency
8725 John J. Kingman Road
Fort Belvoir, VA 22060

DEFENSE CONTRACT MANAGEMENT AGENCY
3901 Adams Avenue
Fort Gregg-Adams, VA 23801

LIEUTENANT GENERAL GREGORY L. MASIELLO, in his official capacity as Director of
the Defense Contract Management Agency
3901 Adams Avenue
Fort Gregg-Adams, VA 23801

DEFENSE INTELLIGENCE AGENCY
7400 Pentagon
Washington, DC 20301

LIEUTENANT GENERAL JEFFREY A. KRUSE, in his official capacity as Director of the
Defense Intelligence Agency
7400 Pentagon
Washington, DC 20301

DEFENSE LOGISTICS AGENCY
8725 John J. Kingman Road
Fort Belvoir, VA 22060

LIEUTENANT GENERAL MARK T. SIMERLY, in his official capacity as Director of the
Defense Logistics Agency
8725 John J. Kingman Road
Fort Belvoir, VA 22060

DENALI COMMISSION
550 W 7th Avenue, Suite 1230
Anchorage, AK 99501

JULIE E. KITKA, in her official capacity as Federal Co-Chair of the Denali Commission
550 W 7th Avenue, Suite 1230
Anchorage, AK 99501

DIRECTORATE OF DEFENSE TRADE CONTROLS
2401 E Street NW
Washington, DC 20522

MICHAEL J. VACCARO, in his official capacity as Deputy Assistant Secretary of State for
Defense Trade Controls
2401 E Street NW
Washington, DC 20522

DRUG ENFORCEMENT ADMINISTRATION
8701 Morrisette Drive
Springfield, VA 22152

DEREK S. MALTZ, in his official capacity as Acting Administrator of the Drug Enforcement
Administration
8701 Morrisette Drive
Springfield, VA 22152

EXPORT-IMPORT BANK OF THE UNITED STATES
811 Vermont Avenue NW
Washington, DC 20571

JAMES C. CRUSE, in his official capacity as Acting President and Chairman of the Export-
Import Bank of the United States

811 Vermont Avenue NW
Washington, DC 20571

FARM CREDIT SYSTEM INSURANCE CORPORATION
1501 Farm Credit Drive
McLean, VA 22102

GLEN R. SMITH, in his official capacity as Chairman of the Farm Credit System Insurance
Corporation
1501 Farm Credit Drive
McLean, VA 22102

FEDERAL AVIATION ADMINISTRATION
800 Independence Avenue SW
Washington, DC 20591

CHRIS ROCHELEAU, in his official capacity as Acting Administrator of the Federal Aviation
Administration
800 Independence Avenue SW
Washington, DC 20591

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue NW
Washington, DC 20535

KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535

FEDERAL BUREAU OF PRISONS
320 First Street NW
Washington, DC 20534

WILLIAM K. MARSHALL III, in his official capacity as Director of the Federal Bureau of
Prisons
320 First Street NW
Washington, DC 20534

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554

BRENDAN CARR, in his official capacity as Chairman of the Federal Communications
Commission
45 L Street NE
Washington, DC 20554

GEOFFREY STARKS, in his official capacity as Commissioner of the Federal Communications Commission
45 L Street NE
Washington, DC 20554

NATHAN SIMINGTON, in his official capacity as Commissioner of the Federal Communications Commission
45 L Street NE
Washington, DC 20554

ANNA M. GOMEZ, in her official capacity as Commissioner of the Federal Communications Commission
45 L Street NE
Washington, DC 20554

FEDERAL DEPOSIT INSURANCE CORPORATION
550 17th Street NW
Washington, DC 20429

TRAVIS HILL, in his official capacity as Acting Chairman of the Federal Deposit Insurance Corporation
550 17th Street NW
Washington, DC 20429

FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463

JAMES E. TRAINOR III, in his official capacity as Vice Chairman and Acting Chairman of the Federal Election Commission
1050 First Street NE
Washington, DC 20463

SHANA M. BROUSSARD, in her official capacity as Commissioner of the Federal Election Commission
1050 First Street NE
Washington, DC 20463

DARA LINDENBAUM, in her official capacity as Commissioner of the Federal Election Commission
1050 First Street NE
Washington, DC 20463

FEDERAL EMERGENCY MANAGEMENT AGENCY
500 C Street SW

Washington, DC 20472

CAMERON HAMILTON, in his official capacity as Administrator of the Federal Emergency
Management Agency
500 C Street SW
Washington, DC 20472

FEDERAL ENERGY REGULATORY COMMISSION
888 First Street NE
Washington, DC 20426

MARK C. CHRISTIE, in his official capacity as Chairman of the Federal Energy Regulatory
Commission
888 First Street NE
Washington, DC 20426

DAVID ROSNER, in his official capacity as Commissioner of the Federal Energy Regulatory
Commission
888 First Street NE
Washington, DC 20426

LINSAY S. SEE, in her official capacity as Commissioner of the Federal Energy Regulatory
Commission
888 First Street NE
Washington, DC 20426

JUDY W. CHANG, in her official capacity as Commissioner of the Federal Energy Regulatory
Commission
888 First Street NE
Washington, DC 20426

FEDERAL HIGHWAY ADMINISTRATION
1200 New Jersey Avenue SE
Washington, DC 20590

GLORIA M. SHEPHERD, in her official capacity as Executive Director and Acting
Administrator of the Federal Highway Administration
1200 New Jersey Avenue SE
Washington, DC 20590

FEDERAL HOUSING FINANCE AGENCY
400 7th Street SW
Washington, DC 20219

WILLIAM J. PULTE, in his official capacity as Director of the Federal Housing Finance Agency
400 Seventh Street SW

Washington, DC 20219

FEDERAL LABOR RELATIONS AUTHORITY
1400 K Street NW
Washington, DC 20424

COLLEEN DUFFY KIKO, in her official capacity as Chairman of the Federal Labor Relations
Authority
1400 K Street NW
Washington, DC 20424

SUSAN TSUI GRUNDMANN, in her official capacity as Member of the Federal Labor
Relations Authority
1400 K Street NW
Washington, DC 20424

ANNE M. WAGNER, in her official capacity as Member of the Federal Labor Relations
Authority
1400 K Street NW
Washington, DC 20424

FEDERAL MARITIME COMMISSION
800 North Capitol Street NW
Washington, DC 20573

LOUIS E. SOLA, in his official capacity as Chairman of the Federal Maritime Commission
800 North Capitol Street NW
Washington, DC 20573

REBECCA F. DYE, in her official capacity as Commissioner of the Federal Maritime
Commission
800 North Capitol Street NW
Washington, DC 20573

DANIEL B. MAFFEI, in his official capacity as Commissioner of the Federal Maritime
Commission
800 North Capitol Street NW
Washington, DC 20573

MAX VEKICH, in his official capacity as Commissioner of the Federal Maritime Commission
800 North Capitol Street NW
Washington, DC 20573

FEDERAL MEDIATION AND CONCILIATION SERVICE
250 E Street SW
Washington, DC 20427

GREGORY GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation
and Conciliation Service
250 E Street SW
Washington, DC 20427

FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION
1331 Pennsylvania Avenue NW, Suite 520N
Washington, DC 20004

MARY LU JORDAN, in her official capacity as Chair of the Federal Mine Safety and Health
Review Commission
1331 Pennsylvania Avenue NW, Suite 520N
Washington, DC 20004

TIMOTHY J. BAKER, in her official capacity as Commissioner of the Federal Mine Safety and
Health Review Commission
1331 Pennsylvania Avenue NW, Suite 520N
Washington, DC 20004

MOSHE Z. MARVIT, in her official capacity as Commissioner of the Federal Mine Safety and
Health Review Commission
1331 Pennsylvania Avenue NW, Suite 520N
Washington, DC 20004

FEDERAL PERMITTING IMPROVEMENT STEERING COUNCIL
1800 M Street NW, Suite 6006
Washington, DC 20036

MANISHA PATEL, in her official capacity as Executive Director of the Federal Permitting
Improvement Steering Council
1800 M Street NW, Suite 6006
Washington, DC 20036

FEDERAL RAILROAD ADMINISTRATION
1200 New Jersey Avenue SE
Washington, DC 20590

MICHAEL LESTINGI, in his official capacity as Executive Director of the Federal Railroad
Administration
1200 New Jersey Avenue SE
Washington, DC 20590

THOMAS R. JAYNE, in his official capacity as a Management Member of the Federal Railroad
Administration
1200 New Jersey Avenue SE

Washington, DC 20590

JOHN BRAGG, in his official capacity as a Labor Member of the Federal Railroad
Administration
1200 New Jersey Avenue SE
Washington, DC 20590

FEDERAL RETIREMENT THRIFT INVESTMENT BOARD
77 K Street NE, Suite 1000
Washington, DC 20002

DANA BILYEU, in her official capacity as Acting Chair of the Federal Retirement Thrift
Investment Board
77 K Street NE, Suite 1000
Washington, DC 20002

FEDERAL TRANSIT ADMINISTRATION
1200 New Jersey Avenue SE
Washington, DC 20590

MATTHEW WELBES, in his official capacity as Executive Director of the Federal Transit
Administration
1200 New Jersey Avenue SE
Washington, DC 20590

FINANCIAL CRIMES ENFORCEMENT NETWORK
P.O. Box 39
Vienna, VA 22183

ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement
Network
P.O. Box 39
Vienna, VA 22183

FOOD & DRUG ADMINISTRATION
10903 New Hampshire Avenue
Silver Spring, MD 20993

MARTIN A. MAKARY, in his official capacity as Commissioner of Food and Drugs
10903 New Hampshire Avenue
Silver Spring, MD 20993

GENERAL SERVICES ADMINISTRATION
1800 F Street NW
Washington, DC 20405

STEPHEN EHEKIAN, in his official capacity as Acting Administrator of the General Services
Administration
1800 F Street NW
Washington, D.C. 20405

GRID DEPLOYMENT OFFICE
1000 Independence Avenue SW
Washington, DC 20585

NICK ELLIOT, in his official capacity as Director of the Grid Deployment Office
1000 Independence Avenue SW
Washington, DC 20585

GULF COAST ECOSYSTEM RESTORATION COUNCIL (RESTORE THE GULF)
500 Poydras Street, Suite 1117
New Orleans, LA 70130

LEE M. ZELDIN, in his official capacity as Member of the RESTORE Council
1200 Pennsylvania Avenue NW
Washington, DC 20460

HEALTH RESOURCES AND SERVICES ADMINISTRATION
5600 Fishers Lane
Rockville, MD 20857

THOMAS J. ENGELS, in his official capacity as Administrator of the Health Resources and
Services Administration
5600 Fishers Lane
Rockville, MD 20857

INSTITUTE OF MUSEUM AND LIBRARY SERVICES
955 L'Enfant Plaza North SW, Suite 4000
Washington, DC 20024

KEITH SONDERLING, in his official capacity as Chairperson of the Institute of Museum and
Library Services
955 L'Enfant Plaza North SW, Suite 4000
Washington, DC 20024

INTERNAL REVENUE SERVICE
1111 Constitution Avenue NW
Washington, DC 20224

MICHAEL FAULKENDER, in his official capacity as Acting Commissioner of the Internal
Revenue Service
1111 Constitution Avenue NW

Washington, DC 20224

INTERNATIONAL TRADE ADMINISTRATION
1401 Constitution Ave NW
Washington, DC 20230

DIANE FARRELL, in her official capacity as Deputy Under Secretary for International Trade
and Acting Chair of the International Trade Administration
1401 Constitution Avenue NW
Washington, DC 20230

JOINT CHIEFS OF STAFF
9999 Joint Staff Pentagon
Washington, DC 20318

GENERAL DAN CAINE, in his official capacity as Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318

KENNEDY CENTER
2700 F Street NW
Washington, DC 20566

RICHARD GRENELL, in his official capacity as President of the Kennedy Center
2700 F Street NW
Washington, DC 20566

LOAN PROGRAMS OFFICE
1000 Independence Avenue SW
Washington, DC 20585

LANE GENATOWSKI, in his official capacity as Director of the Loan Programs Office
1000 Independence Avenue SW
Washington, DC 20585

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
300 E Street SW, Suite 5R30
Washington, DC 20546

JANET PETRO, in her official capacity as Administrator of the National Aeronautics and Space
Administration
300 E Street SW, Suite 5R30
Washington, DC 20546

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
700 Pennsylvania Avenue NW

Washington, DC 20408

MARCO RUBIO, in his official capacity as Acting Archivist of the National Archives and Records Administration
700 Pennsylvania Avenue NW
Washington, DC 20408

NATIONAL COUNTERTERRORISM CENTER
1500 Tysons McLean Drive
McLean, VA 22102

DON M. HOLSTEAD, in his official capacity as Acting Director of the National Counterterrorism Center
1500 Tysons McLean Drive
McLean, VA 22102

NATIONAL ENDOWMENT FOR THE ARTS
400 7th Street SW
Washington, DC 20506

MARY ANNE CARTER, in her official capacity as Acting Chair of the National Endowment for the Arts
400 7th Street SW
Washington, DC 20506

NATIONAL ENDOWMENT FOR THE HUMANITIES
400 7th Street SW
Washington, DC 20506

MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities
400 7th Street SW
Washington, DC 20506

NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY
MS N73
7500 GEOINT Drive
Springfield, VA 22150

FRANK WHITWORTH, in his official capacity as Director of the National Geospatial-Intelligence Agency
MS N73
7500 GEOINT Drive
Springfield, VA 22150

NATIONAL INDIAN GAMING COMMISSION

1849 C Street NW
Mail Stop #1621
Washington, DC 20240

SHARON AVERY, in her official capacity as Acting Chairwoman of the National Indian
Gaming Commission
1849 C Street NW
Mail Stop #1621
Washington, DC 20240

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike
Bethesda, MD 20892

JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health
9000 Rockville Pike
Bethesda, MD 20892

NATIONAL LABOR RELATIONS BOARD
1015 Half Street SE
Washington, DC 20570

MARVIN E. KAPLAN, in his official capacity as Chairman of the National Labor Relations
Board
1015 Half Street SE
Washington, DC 20570

DAVID M. PROUTY, in his official capacity as Member of the National Labor Relations Board
1015 Half Street SE
Washington, DC 20570

NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway
Silver Spring, MD 20910

EUGENIO PIÑEIRO SOLER, in his official capacity as Director of the National Marine
Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

NATIONAL MEDIATION BOARD
1301 K Street NW, Suite 250 East
Washington, DC 20005

LOREN E. SWEATT, in her official capacity as Chair of the National Mediation Board
1301 K Street NW, Suite 250 East

Washington, DC 20005

LINDA A. PUCHALA, in her official capacity as Member of the National Mediation Board
1301 K Street NW, Suite 250 East
Washington, DC 20005

DEIRDRE HAMILTON, in her official capacity as Member of the National Mediation Board
1301 K Street NW, Suite 250 East
Washington, DC 20005

NATIONAL NUCLEAR SECURITY ADMINISTRATION
1000 Independence Avenue SW
Washington, DC 20585

TERESA M. ROBBINS, in her official capacity as Acting Administrator of the National Nuclear
Security Administration
1000 Independence Avenue SW
Washington, DC 20585

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
1401 Constitution Avenue NW
Washington, DC 20230

LAURA GRIMM, in her official capacity as Administrator of the National Oceanic and
Atmospheric Administration
1401 Constitution Avenue NW
Washington, DC 20230

NATIONAL PARK SERVICE
1849 C Street NW
Washington, DC 20240

JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service
1849 C Street NW
Washington, DC 20240

NATIONAL RENEWABLE ENERGY LABORATORY
901 D Street SW, Suite 930
Washington, DC 20024

MARTIN KELLER, in his official capacity as Laboratory Director of the National Renewable
Energy Laboratory
901 D Street SW, Suite 930
Washington, DC 20024

NATIONAL SCIENCE FOUNDATION

2415 Eisenhower Avenue
Alexandria, VA 22314

VICTOR MCCRARY, in his official capacity as Acting Director of the National Science
Foundation
2415 Eisenhower Avenue
Alexandria, VA 22314

NATIONAL SECURITY AGENCY
9800 Savage Road, Suite 6272
Fort Meade, MD 20755

LIEUTENANT GENERAL WILLIAM J. HARTMAN, in his official capacity as Acting
Director of the National Security Agency
9800 Savage Road, Suite 6272
Fort Meade, MD 20755

NATIONAL SECURITY COUNCIL
1600 Pennsylvania Avenue NW
Washington, DC 20500

MARCO RUBIO, in his official capacity as Acting National Security Advisor
1600 Pennsylvania Avenue NW
Washington, DC 20500

NATIONAL TRANSPORTATION SAFETY BOARD
490 L'Enfant Plaza SW
Washington, DC 20594

JENNIFER HOMENDY, in her official capacity as Chair of the National Transportation Safety
Board
490 L'Enfant Plaza East SW
Washington, DC 20594

ALVIN BROWN, in his official capacity as Vice Chairman of the National Transportation
Safety Board
490 L'Enfant Plaza East SW
Washington, DC 20594

MICHAEL E. GRAHAM, in his official capacity as Member of the National Transportation
Safety Board
490 L'Enfant Plaza East SW
Washington, DC 20594

THOMAS B. CHAPMAN, in his official capacity as Member of the National Transportation
Safety Board

490 L'Enfant Plaza East SW
Washington, DC 20594

J. TODD IMAN, in his official capacity as Member of the National Transportation Safety Board
490 L'Enfant Plaza East SW
Washington, DC 20594

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
200 Constitution Avenue NW
Washington, DC 20210

AMANDA WOOD LAIHOW, in her official capacity as Acting Assistant Secretary of Labor for
Occupational Safety and Health
200 Constitution Avenue NW
Washington, DC 20210

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION
1120 20th Street NW, 9th Floor
Washington, DC 20036

CHAIR of the Occupational Safety and Health Review Commission, in his or her official
capacity
1120 20th Street NW, 9th Floor
Washington, DC 20036

OFFICE OF CLEAN ENERGY DEMONSTRATIONS
1000 Independence Avenue SW
Washington, DC 20585

CATHY TRIPODI, in her official capacity as Executive Director of the Office of Clean Energy
Demonstrations
1000 Independence Avenue SW
Washington, DC 20585

OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS
200 Constitution Avenue NW
Washington, DC 20210

CATHERINE ESCHBACH, in her official capacity as Director of the Office of Federal Contract
Compliance Programs
200 Constitution Avenue NW
Washington, DC 20210

OFFICE OF FOREIGN ASSETS CONTROL
1500 Pennsylvania Avenue NW
Washington, DC 20220

BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets
Control
1500 Pennsylvania Avenue NW
Washington, DC 20220

OFFICE OF GOVERNMENT ETHICS
250 E Street SW, Suite 750
Washington, DC 20024

JAMIESON GREER, in his official capacity as Acting Director of the Office of Government
Ethics
250 E Street SW, Suite 750
Washington, DC 20024

OFFICE OF HOMELAND SECURITY SITUATIONAL AWARENESS
300 7th Street SW
Washington, DC 20024

CHRISTOPHER TOMNEY, in his official capacity as Director of the Office of Homeland
Security Situational Awareness
300 7th Street SW
Washington, DC 20024

OFFICE OF NATIONAL DRUG CONTROL POLICY
1600 Pennsylvania Avenue NW
Washington, DC 20500

JON RICE, in his official capacity as Acting Director of the Office of National Drug Control
Policy
1600 Pennsylvania Avenue NW
Washington, DC 20500

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street NW
Washington, DC 20415

CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel
Management
1900 E Street NW
Washington, DC 20415

OFFICE OF SCIENCE AND TECHNOLOGY POLICY
1650 Pennsylvania Avenue NW
Washington, DC 20504

MICHAEL KRATSIOS, in his official capacity as Director of the Office of Science and
Technology Policy
1650 Pennsylvania Avenue NW
Washington, DC 20504

OFFICE OF SPECIAL COUNSEL
1730 M Street NW, Suite 218
Washington, DC 20036

DOUGLAS A. COLLINS, in his official capacity as Acting Special Counsel
1730 M Street NW, Suite 218
Washington, DC 20036

OFFICE OF THE COMPTROLLER OF THE CURRENCY
400 7th Street SW
Washington, DC 20219

RODNEY E. HOOD, in his official capacity as Acting Comptroller of the Currency
400 7th Street SW
Washington, DC 20219

OFFICE OF THE INSPECTOR GENERAL
950 Pennsylvania Avenue NW
Washington, DC 20530

MICHAEL E. HOROWITZ, in his official capacity as Inspector General
950 Pennsylvania Avenue NW
Washington, DC 20530

PATENT TRIAL & APPEAL BOARD
600 Dulany Street
Alexandria, VA 22314

COKE MORGAN STEWART, in her official capacity as Acting Director of the Patent Trial &
Appeal Board
600 Dulany Street
Alexandria, VA 22314

PEACE CORPS
1275 First Street NE
Washington, DC 20526

ALLISON GREEN, in her official capacity as Chief Executive Officer of the Peace Corps
1275 First Street NE
Washington, DC 20526

PENSION BENEFIT GUARANTY CORPORATION
445 12th Street SW
Washington, DC 20024

ALICE MARONI, in her official capacity as Acting Director of the Pension Benefit Guaranty
Corporation
445 12th Street SW
Washington, DC 20024

PRESIDIO TRUST
1750 Lincoln Boulevard
San Francisco, CA 94129

MARK W. BUELL, in his official capacity as Chair of the Presidio Trust
1750 Lincoln Boulevard
San Francisco, CA 94129

RURAL UTILITIES SERVICE
1400 Independence Avenue SW
Stop 1560, Room 4121-S
Washington, DC 20250

CHRISTOPHER A. MCLEAN, in his official capacity as Acting Administrator of the Rural
Utilities Service
1400 Independence Avenue SW
Stop 1560, Room 4121-S
Washington, DC 20250

SELECTIVE SERVICE SYSTEM
1515 Wilson Boulevard, Suite 600
Arlington, VA 22209

CRAIG T. BROWN, in his official capacity as Acting Director of the Selective Service System
1515 Wilson Boulevard, Suite 600
Arlington, VA 22209

SMITHSONIAN INSTITUTION
P.O. Box 37012, MRC 012
Washington, DC 20013

LONNIE G. BUNCH III, in his official capacity as Secretary of the Smithsonian Institution
P.O. Box 37012, MRC 012
Washington, DC 20013

SURFACE TRANSPORTATION BOARD
395 E Street SW

Washington, DC 20423

PATRICK J. FUCHS, in his official capacity as Chairman of the Surface Transportation Board
395 E Street SW
Washington, DC 20423

ROBERT E. PRIMUS, in his official capacity as a Member of the Surface Transportation Board
395 E Street SW
Washington, DC 20423

MICHELLE A. SCHULTZ, in her official capacity as Member of the Surface Transportation
Board
395 E Street SW
Washington, DC 20423

KAREN J. HEDLUND, in her official capacity as Member of the Surface Transportation Board
395 E Street SW
Washington, DC 20423

TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive
Knoxville, TN 37902

BILL RENICK, in his official capacity as Chair of the Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

TRADEMARK TRIAL AND APPEAL BOARD
Madison East, Concourse Level Room C 55
600 Dulany Street
Alexandria, VA 22314

COKE MORGAN STEWART, in her official capacity as Acting Director of the Trademark Trial
and Appeal Board
Madison East, Concourse Level Room C 55
600 Dulany Street
Alexandria, VA 22314

U.S. AGENCY FOR GLOBAL MEDIA
330 Independence Avenue SW
Washington, DC 20237

VICTOR MORALES, in his official capacity as Acting Chief Executive Officer of the U.S.
Agency for Global Media
330 Independence Avenue SW
Washington, DC 20237

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT
1300 Pennsylvania Avenue NW
Washington, DC 20523

MARCO RUBIO, in his official capacity as Acting Administrator of the U.S. Agency for
International Development
1300 Pennsylvania Avenue NW
Washington, DC 20523

U.S. ARMY CORPS OF ENGINEERS
441 G Street NW
Washington, DC 20314

LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as
Commanding General of the U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
20 Massachusetts Avenue NW
Washington, DC 20529

KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director
of U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

U.S. COAST GUARD
Commandant CG–LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Avenue SE
Stop 7213
Washington, DC 20593

KEVIN E. LUNDAY, in his official capacity as Commandant of the U.S. Coast Guard
Commandant CG–LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Avenue SE
Stop 7213
Washington, DC 20593

U.S. COMMISSION ON CIVIL RIGHTS
1331 Pennsylvania Avenue NW, Suite 1150
Washington, DC 20425

ROCHELLE GARZA, in her official capacity as Chair of the U.S. Commission on Civil Rights
1331 Pennsylvania Avenue NW, Suite 1150
Washington, DC 20425

U.S. CONSUMER PRODUCT SAFETY COMMISSION
4330 East West Highway
Bethesda, MD 20814

PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer
Product Safety Commission
4330 East-West Highway
Bethesda, MD 20814

U.S. CUSTOMS AND BORDER PROTECTION
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, DC 20229

PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border
Protection
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, DC 20229

U.S. ELECTION ASSISTANCE COMMISSION
633 3rd Street NW, Suite 200
Washington, DC 20001

DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance
Commission
633 3rd Street NW, Suite 200
Washington, DC 20001

U.S. FISH & WILDLIFE SERVICE
1849 C Street NW
Washington, DC 20240

PAUL SOUZA, in his official capacity as Regional Director, Pacific Southwest Region,
exercising the delegated authority of the Director of the U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

U.S. FOREST SERVICE
1400 Independence Avenue SW
Washington, DC 20250

TOM SCHULTZ, in his official capacity as Chief of the U.S. Forest Service
1400 Independence Avenue SW

Washington, D.C. 20250

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
500 12th Street SW
Washington, DC 20536

TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs
Enforcement
500 12th Street SW
Washington, DC 20536

U.S. MERIT SYSTEMS PROTECTION BOARD
1615 M Street NW
Washington, DC 20419

HENRY KERNER, in his official capacity as Acting Chairman of the U.S. Merit Systems
Protection Board
1615 M Street NW
Washington, DC 20419

U.S. NUCLEAR WASTE TECHNICAL REVIEW BOARD
2300 Clarendon Boulevard, Suite 1300
Arlington, VA 22201

PETER SWIFT, in his official capacity as Chair of the U.S. Nuclear Waste Technical Review
Board
2300 Clarendon Boulevard, Suite 1300
Arlington, VA 22201

U.S. POST OFFICE
475 L'Enfant Plaza SW, Room 4012
Washington, DC 20260

DOUG TULINO, in his official capacity as Acting Postmaster General
475 L'Enfant Plaza SW, Room 4012
Washington, DC 20260

U.S. POSTAL INSPECTION SERVICE
475 L'Enfant Plaza SW
Washington, DC 20260

GARY R. BARKSDALE, in his official capacity as Chief Postal Inspector
475 L'Enfant Plaza SW
Washington, DC 20260

U.S. PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD

800 N. Capitol Street NW
Washington, DC 20002

BETH ANN WILLIAMS, in her official capacity as Chair of the U.S. Privacy and Civil Liberties
Oversight Board
800 N. Capitol Street NW
Washington, DC 20002

U.S. RAILROAD RETIREMENT BOARD
844 North Rush Street
Chicago, IL 60611

ERHARD R. CHORLÉ, in his official capacity as Chairman of the U.S. Railroad Retirement
Board
844 North Rush Street
Chicago, IL 60611

THOMAS R. JAYNE, in his official capacity as Management Member of the U.S. Railroad
Retirement Board
844 North Rush Street
Chicago, IL 60611

JOHN BRAGG, in his official capacity as Labor Member of the U.S. Railroad Retirement Board
844 North Rush Street
Chicago, IL 60611

U.S. SECRET SERVICE
245 Murray Lane SW
Building T5
Washington, DC 20223

SEAN M. CURRAN, in his official capacity as Director of the U.S. Secret Service
245 Murray Lane SW
Building T5
Washington, DC 20223

U.S. SOCIAL SECURITY ADMINISTRATION
6401 Security Boulevard
Baltimore, MD 21235

LELAND C. DUDEK, in his official capacity as Acting Commissioner of the U.S. Social
Security Administration
6401 Security Boulevard
Baltimore, MD 21235

U.S. SPACE FORCE

2020 U.S. Space Force Pentagon, Suite 4E858
Washington, DC 20330

B. CHANCE SALTZMAN, in his official capacity as Chief of Space Operations
2020 U.S. Space Force Pentagon, Suite 4E858
Washington, DC 20330

U.S. TRADE AND DEVELOPMENT AGENCY
1101 Wilson Boulevard, Suite 1100
Arlington, VA 22209

THOMAS R. HARDY, in his official capacity as Director of Policy and Program Management
for the U.S. Trade and Development Agency
1101 Wilson Boulevard, Suite 1100
Arlington, VA 22209

U.S. TRANSPORTATION SECURITY ADMINISTRATION
601 South 12th Street
Arlington, VA 20598

HA NGUYEN MCNEILL, in his official capacity as Acting Administrator of the U.S.
Transportation Security Administration
601 South 12th Street
Arlington, VA 20598