UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>    *Plaintiff*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-01107-LLA<br><br>Hon. AliKhan |

**RENEWED MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), Amici Fred T. Korematsu Center et al. move for admission and appearance of attorney Jessica Levin *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Jessica Levin. As set forth in that declaration, she is admitted and an active member in good standing in the following bars and courts: Washington State; United States Courts of Appeal for the Ninth Circuits; and United States District Court for the Western District of Washington.

This motion is supported and signed by Jim Davy, an active and sponsoring member of the Bar of this Court.

Respectfully submitted, this 21st day of May, 2025.

1

*Counsel for Amici*

/s/ Jim Davy

Jim Davy
D.D.C. Bar No. PA0117
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

**CERTIFICATE OF SERVICE**

I certify that the foregoing motion is being served on all parties of record by the Court's ECF system on the date of filing, this 21st day of May, 2025.