AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SUSMAN GODFREY LLP<br>*Plaintiff*<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, ET AL.<br>*Defendant* | Case No.  1:25-cv-01107-LLA |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Fred T. Korematsu Center for Law and Equality et al.

Date:  05/22/2025

s/ Jessica Levin
*Attorney's signature*

Jessica Levin, WA State Bar #40837
*Printed name and bar number*

Ronald A. Peterson Law Clinic
901 12th Ave
Seattle, WA 98122

*Address*

levinje@seattleu.edu
*E-mail address*

(206) 398-4167
*Telephone number*

*FAX number*