AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| SUSMAN GODFREY LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01107-LLA |
| EXECUTIVE OFFICE OF THE PRESIDENT, ET AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Fred T. Korematsu Center for Law and Equality et al.

Date: 05/23/2025

/s/ Robert S. Chang
*Attorney's signature*

Robert S. Chang, WA State Bar 44083
*Printed name and bar number*

401 E. Peltason Dr.
Irvine, CA 92697

*Address*

rchang@law.uci.edu
*E-mail address*

949.824.3034
*Telephone number*

949.824.8926
*FAX number*