AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Susman Godfrey LLP ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01107-LLA |
| Executive Office of the President, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Fred T. Korematsu Center for Law and Equality, et al.    .

Date:   05/27/2025

/s/ Susan A. McMahon
*Attorney's signature*

Susan A. McMahon, DC #992555
*Printed name and bar number*

401 E. Peltason Dr.
Irvine, CA 92697
*Address*

smcmahon@law.uci.edu
*E-mail address*

(949) 824-0066
*Telephone number*

(949) 824-8926
*FAX number*