CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP
_____
  Plaintiff(s)

vs.

Civil Action No. 1:25-cv-1107-LLA

EXECUTIVE OFFICE OF THE PRESIDENT, et al.
_____
  Defendant(s)

## AFFIDAVIT OF MAILING

I, Jeremy S. Kreisberg, hereby state that:

On the 14th day of April, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Edward R. Martin Jr., United States Attorney for the District of Columbia, Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D Street, NW Washington DC 20530

I have received the receipt for the certified mail, No. 9589 0710 5270 2824 5496 63 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 5th day of May, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

6/6/2025                                /s/ Jeremy S. Kreisberg
(Date)                                  (Signature)

