IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Case No.: 1:25-cv-01107<br>Judge Loren L. AliKhan |

**AFFIDAVIT OF MAILING**

I, Jeremy S. Kreisberg, hereby state that on April 14, 2025, I caused to be deposited in the United States Mail copies of the complaint and summonses in the above-captioned case, certified delivery, postage prepaid, return receipt requested, restricted delivery, addressed to the defendants listed in Exhibit A. Delivery for each defendant listed in Exhibit A was confirmed on the dates listed in Exhibit A. Proofs of delivery are contained in Exhibit B. Proofs of mailing are contained in Exhibit C.

An additional affidavit describing the status of service as to the defendants added in Plaintiff's amended complaint (ECF No. 178) will be forthcoming.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Jeremy.Kreisberg@mto.com

*Attorneys for Susman Godfrey LLP*