**EXHIBIT A**

| Defendant | Certified Mail Tracking Number | Date of Delivery |
|---|---|---|
| Sean Duffy | 9589071052702824549298 | 4/22/2025 |
| Doug Burgum | 9589071052702824549304 | 4/21/2025 |
| Jamieson Greer | 9589071052702824549311 | 4/24/2025 |
| Kelly Loeffler | 9589071052702824549328 | 4/23/2025 |
| Scott Turner | 9589071052702824549335 | 4/21/2025 |
| Howard Lutnick | 9589071052702824549342 | 4/21/2025 |
| Brooke L. Rollins | 9589071052702824549359 | 4/21/2025 |
| Lori Chavez-Deremer | 9589071052702824549366 | 4/21/2025 |
| Chris Wright | 9589071052702824549373 | 4/21/2025 |
| Marco Rubio | 9589071052702824549380 | 4/22/2025 |
| Kristi Noem | 9589071052702824549397 | 4/21/2025 |
| Lee M. Zeldin | 9589071052702824549403 | 4/21/2025 |
| John L. Ratcliffe | 9589071052702824549410 | 4/23/2025 |
| Tulsi Gabbard | 9589071052702824549427 | 4/21/2025 |
| Douglas A. Collins | 9589071052702824549434 | 4/21/2025 |
| Linda M. McMahon | 9589071052702824549441 | 4/21/2025 |
| Robert F. Kennedy, Jr. | 9589071052702824549458 | 4/21/2025 |
| Peter B. Hegseth | 9589071052702824549465 | 4/22/2025 |
| Scott Bessent | 9589071052702824549472 | 4/21/2025 |
| Andrea R. Lucas | 9589071052702824549489 | 4/21/2025 |
| Coke Morgan Stewart | 9589071052702824549496 | 4/17/2025 |
| Andrew N. Ferguson | 9589071052702824549502 | 4/21/2025 |
| Amy A. Karpel | 9589071052702824549519 | 4/21/2025 |
| Mark T. Uyeda | 9589071052702824549526 | 4/21/2025 |
| Russell T. Vought | 9589071052702824549533 | 4/24/2025 |
| Department of Transportation | 9589071052702824549540 | 4/22/2025 |
| Department of the Interior | 9589071052702824549557 | 4/21/2025 |
| Office of the United States Trade Representative | 9589071052702824549564 | 4/24/2025 |
| Small Business Administration | 9589071052702824549571 | 4/22/2025 |
| Department of Housing and Urban Development | 9589071052702824549588 | 4/21/2025 |
| Department of Commerce | 9589071052702824549595 | 4/21/2025 |
| Department of Agriculture | 9589071052702824549601 | 4/23/2025 |
| Department of Labor | 9589071052702824549618 | 4/21/2025 |
| Department of Energy | 9589071052702824549625 | 4/21/2025 |

| Environmental Protection Agency | 9589071052702824549632 | 5/27/2025 |
|---|---|---|
| Department of Homeland Security | 9589071052702824549649 | 4/21/2025 |
| Department of State | 9589071052702824549656 | 4/21/2025 |
| Edward R. Martin | 9589071052702824549663 | 5/5/2025 |
| Pamela J. Bondi | 9589071052702824549670 | 4/21/2025 |
| Executive Office of the President | 9589071052702824549687 | 4/24/2025 |
| U.S. Department of Justice | 9589071052702824549694 | 4/21/2025 |
| Office of Management and Budget | 9589071052702824549700 | 4/24/2025 |
| Securities and Exchange Commission | 9589071052702824549717 | 4/21/2025 |
| United States International Trade Commission | 9589071052702824549724 | 4/21/2025 |
| Federal Trade Commission | 9589071052702824549731 | 4/21/2025 |
| Equal Employment Opportunity Commission | 9589071052702824549748 | 4/21/2025 |
| United States Patent and Trademark Office | 9589071052702824549755 | 4/17/2025 |
| Department of the Treasury | 9589071052702824549762 | 4/21/2025 |
| U.S. Department of Health and Human Services | 9589071052702824549779 | 4/23/2025 |
| U.S. Department of Defense | 9589071052702824549786 | 4/22/2025 |
| U.S. Department of Veterans Affairs | 9589071052702824549793 | 4/21/2025 |
| U.S. Department of Education | 9589071052702824549809 | 4/21/2025 |
| Central Intelligence Agency | 9589071052702824549816 | 4/21/2025 |
| Office of the Director of National Intelligence | 9589071052702824549823 | 4/21/2025 |
| Andrea R. Lucas | 9589071052702824549830 | 4/21/2025 |