**EXHIBIT B**

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF AGRICULTURE 1400
Independence Avenue SW,
Washington, DC 20250

9590 9402 9408 5002 5500 57

2. Article Number *(Transfer*

9589 0710 52

PS Form 3811, July 2020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1    ☐ Yes
If YES, enter delivery address below:    ☐ No

APR 2 3 2025

DLW - OGC

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

# 9589071052702824549472

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:11 am on April 21, 2025 in WASHINGTON, DC 20022.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20022
April 21, 2025, 4:11 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa    a  e)

Feedback

---

Text & Email Updates                                                    ⌄

---

USPS Tracking Plus®                                                    ⌄

---

Product Information                                                    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

---



COMPLETE THIS SECTION

■ te items 1, 2, and 3.
our name and address on the reverse
■t we can return the card to you.
:h this card to the back of the mailpiece,
.on the front if space permits.

icle Addressed to:

PAMELA J. BONDI Attorney General of
the United States 950 Pennsylvania
Avenue NW, Washington, DC 20530

9590 9402 9408 5002 5505 52

2. Article Number *(Transfer from service label)*

9589 0710 5270 2824 5496 70

PS Form **3811**, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Eric Sassol*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
APR 2 1 2025

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
Restricted Delivery



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOUG BURGUM Secretary of the Interior 1849 C Street NW, Washington, DC 20240

9590 9402 9408 5002 5503 09

2. Article Number (Transfer from service label)
9589 0710 5270 2824 5493 04

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
G. Dodd                         4/21/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549366

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on April 21, 2025 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
April 21, 2025, 7:42 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa   a  e)

Feedback

---

**Text & Email Updates**                                                                         ⌄

---

**USPS Tracking Plus®**                                                                           ⌄

---

**Product Information**                                                                           ⌄

---

**See Less** ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

## 9589071052702824549816

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:14 am on April 21, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
April 21, 2025, 6:14 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa    a  e)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> DOUGLAS A. COLLINS Secretary of
> Veterans Affairs Department of
> Veterans Affairs 810 Vermont
> Avenue NW, Washington, DC 20420

9590 9402 9408 5002 5500 88

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5494 34

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~sured Mail
   sured Mail Restricted Delivery
   ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9589071052702824549434

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:13 am on April 21, 2025 in WASHINGTON, DC 20420.

Get More Out of USPS Tracking:

    USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20420
April 21, 2025, 5:13 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702824549595

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:19 am on April 21, 2025 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
April 21, 2025, 7:19 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, DC 20301

9590 9402 9408 5002 5503 85

2. Article Number *(Transfer from service label)*

1589 0710 5270 28

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  CMD     ☑ Agent
           ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

CMD                                4/22/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 753

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549649

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 7:33 am on April 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20528
April 21, 2025, 7:33 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa   a  e)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

## See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549823

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:14 am on April 21, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
April 21, 2025, 6:14 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa    a e)

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEAN DUFFY Secretary of
Transportation 1200 New Jersey
Avenue SE, Washington, DC 20590

9590 9402 9408 5002 5503 16

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5492 98

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Scott Club_                     ☑ Agent
                                    ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

Peter Plocki                          4/22/26

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue SW,
Washington, DC 20202

9590 9402 9408 5002 5504 77

2. Article Number (Transfer from service label)

9589 0710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, Jul

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052702824549809

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 8:39 am on April 21, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20202
April 21, 2025, 8:39 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**                                                                 ⌄

---

**USPS Tracking Plus®**                                                                   ⌄

---

**Product Information**                                                                   ⌄

---

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WFO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION 131 M Street NE,
Washington, DC 20507

9590 9402 9408 5002 5504 60

2. Article Number (Transfer from service label)

589 0710 5270 2824 5497 48

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Joan Sturges_       ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
_Joan Sturges_          4-21-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
   ...er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF ENERGY 1000
Independence Avenue SW,
Washington, DC 20585

9590 9402 9408 5002 5504 08

2. Article Number (Transf

9589 0710 5

PS Form 3811, July 2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Mathis   _____

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EXECUTIVE OFFICE OF THE
PRESIDENT1600 Pennsylvania
Avenue NW,Washington, DC 20500

9590 9402 9408 5002 5505 45

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5496 87

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
    ured Mail
    ured Mail Restricted Delivery
    er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549687

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:04 am on April 24, 2025 in WASHINGTON, DC 20500.

___

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

___

**Text & Email Updates**          ⌄

___

**USPS Tracking Plus®**          ⌄

___

**Product Information**          ⌄

___

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052702824549632

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 7:02 am on May 27, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20460
May 27, 2025, 7:02 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *FTC*    ☐ Agent   ☐ Addressee |
| | B. Received by *(Printed Name)*    C. Date of Delivery<br>YS Galler |
| 1. Article Addressed to:<br><br>FEDERAL TRADE COMMISSION, 600<br>Pennsylvania Avenue NW,<br>Washington, DC 20580 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9408 5002 5505 07

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ sured Mail | |
| ☐ sured Mail Restricted Delivery ver $500) | |

2. Article Number *(Transfer from service label)*

9589 0710 5270 2824 5497 31

PS Form **3811**, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052702824549731

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 8:22 am on April 21, 2025 in WASHINGTON, DC 20543.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20543
April 21, 2025, 8:22 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREW N. FERGUSON Chairman
of the Federal Trade Commission
600 Pennsylvania Avenue NW,
Washington, DC 20580

9590 9402 9408 5002 5502 17

2. Article Number (Transfer f

9589 0710 527

PS Form 3811, July 2020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _FTC_    ☐ Agent
            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_B. Echls_

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery

Domestic Return Recr

# USPS Tracking®

FAQs ›

Tracking Number:                                                                    Remove ✕

## 9589071052702824549502

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 8:22 am on April 21, 2025 in WASHINGTON, DC 20543.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20543
April 21, 2025, 8:22 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9589071052702824549427

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:14 am on April 21, 2025 in WASHINGTON, DC 20505.

_____

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
April 21, 2025, 6:14 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa    a  e)

Feedback

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

Track Another Package

```
Enter tracking or barcode numbers
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMIESON GREER, United States
Trade Representative 600 17th
Street NW, Washington, DC 20508

9590 9402 9408 5002 5502 93

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5493 11

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052702824549311

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:04 am on April 24, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PETER B. HEGSETH U.S.
Department of Defense 1000
Defense Pentagon, Washington, DC
20301

9590 9402 9408 5002 5502 55

2. Article Number (Transfer

9589 0710 527

PS Form 3811, July 202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CMD

☑ Agent
☐ Addressee

B. Received by (Printed Name)

CMD

C. Date of Delivery

4/22/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES 200
Independence Avenue SW,
Washington, DC 20201

9590 9402 9408 5002 5503 92

2. Article Number (Transfer from

7589 0710 5270

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
R R72

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
APR 3 0 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 P

# USPS Tracking®

**Tracking Number:**

**Remove** ✕

## 9589071052702824549588

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:49 am on April 21, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20410
April 21, 2025, 8:49 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a  e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ^**

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF THE INTERIOR
1849 C Street NW, Washington, DC
20240

9590 9402 9408 5002 5500 19

2. Article Number (Transfer from service label)

9589 0710 5270

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

4/21/2

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF JUSTICE950
Pennsylvania Avenue NW,
Washington, DC 20530

9590

2. Article Num

.589  07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Evie Sassol*
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 2 1 2023

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation

PS Form 3811, July 2020 PSN 7530-02-000-9053    Receipt

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702824549519

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 8:29 am on April 21, 2025 in WASHINGTON, DC 20436.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered
### Delivered, Left with Individual

WASHINGTON, DC 20436
April 21, 2025, 8:29 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a  e)**

Feedback

---

**Text & Email Updates**                                                  ⌄

---

**USPS Tracking Plus®**                                                    ⌄

---

**Product Information**                                                    ⌄

---

## See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 9589071052702824549458

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:53 am on April 21, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
April 21, 2025, 7:53 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a  e)**

Feedback

Text & Email Updates                                                                    ⌄

USPS Tracking Plus®                                                                      ⌄

Product Information                                                                      ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549618

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:42 am on April 21, 2025 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
April 21, 2025, 7:42 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa    a  e)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KELLY LOEFFLER Administrator of the
U.S. Small Business Administration
409 Third Street SW, Washington,
DC 20416

9590 9402 9408 5002 5502 79

2. Article Number (Tran

9589 0710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
OGC    4 23 25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Deliv

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery

PS Form 3811, July 2020

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREA R. LUCAS
Acting Chair of the Equal Employment Opportunity Commission
131 M Street NE,
Washington, DC 20507

9590 9402 9408 5002 5502 24

2. Article Number

9589 071

PS Form 3811,

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Sean Sturgis*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*Sean Sturgis*    4-21-25

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREA R. LUCAS Acting Chair of the Equal Employment Opportunity Commission 131 M Street NE, Washington, DC 20507

9590 9402 9408 5002 5505 76

2. Article Number (Transfer from service label)

9589 0710 5270 2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Jean Sturgis    □ Agent    □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Jean Sturgis    L-21-25

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:    □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549342

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:19 am on April 21, 2025 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

### Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20230
April 21, 2025, 7:19 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa   a  e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

## See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward R. Martin Jr. United States
Attorney for the District of Columbia
Civil Process Clerk U.S. Attorney's
Office for DC 601 D Street, NW
Washington, DC

INSPECTED 22

9590 9402 9408 5002 5505 69

2. Article Number (Transfer f
9589 0710 527

PS Form 3811, July 202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Evie Sassol*  ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAY 0 5 2025

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINDA M. MCMAHON U.S.
Department of Education 400
Maryland Avenue SW, Washington,
DC 20202

9590 9402 9408 5002 2550 71

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5494 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X O. ly                    ☑ Agent
                           ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
D. Murray                          4/21/25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

**Remove** ✕

**Tracking Number:**

## 9589071052702824549397

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 7:33 am on April 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
April 21, 2025, 7:33 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a  e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF MANAGEMENT AND
BUDGET725 17th Street NW,
Washington, DC 20503

9590 9402 9408 5002 5505 38

2. Article Number (Transfer from service label)

589 0710 5270 2824 5497 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED

MSO_ Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ☐ sured Mail
  ☐ sured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052702824549700

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:04 am on April 24, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052702824549410

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:21 am on April 23, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
April 23, 2025, 6:21 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa   a  e)

Feedback

Text & Email Updates                                                                      ⌄

USPS Tracking Plus®                                                                        ⌄

Product Information                                                                        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

- Complete items **1**, **2**, and **3**.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BROOKE L. ROLLINS Secretary of
Agriculture 1400 Independence
Avenue SW, Washington, DC 20250

9590 9402 9408 5002 5501 49

2. Article Number *(Transfer from service label)*

9589 0710 5270 2824 5493 59

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052702824549359

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:26 am on April 21, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20250
April 21, 2025, 9:26 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**                                                        ⌄

---

**USPS Tracking Plus®**                                                          ⌄

---

**Product Information**                                                          ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARCO RUBIO Secretary of State
Suite 5.600, 600 19th Street NW,
Washington DC 20522

9590 9402 9408 5002 5503 47

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5493 80

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below. ☐ No

Inspected and Processed
APR 2 2 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SMALL BUSINESS ADMINISTRATION
409 Third Street SW, Washington,
DC 20416

9590 9402 9408 5002 5500 26

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5495 71

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

OGC    4/2.../25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ured Mail
☐ ured Mail Restricted Delivery
☐ or $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SECURITIES AND EXCHANGE
COMMISSION 100 F Street NE,
Washington, DC 20549

9590 9402 9408 5002 5505 14

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5497 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Anthony Thomas    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

SEC Mail Processing

APR 2 1 2025

Washington

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052702824549656

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:59 am on April 21, 2025 in WASHINGTON, DC 20521.

─────────────────────────────────────────

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20521
April 21, 2025, 5:59 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-pa    a  e)

Feedback

| | |
|---|---|
| Text & Email Updates | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COKE MORGAN STEWART, Acting
Under Secretary of Commerce for
Intellectual Property 600 Dulany
Street, Alexandria, VA 22314

9590 9402 9408 5002 5502 31

2. Article Number (Transfer from service label)

9589 0711

PS Form 3811,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Elijah_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Elijah                           4/17/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Registered Mail™
☐ Adult Signature Restricted Delivery
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Signature Confirmation™
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue SE,
Washington, DC 20590

9590 9402 9408 5002 5501 70

2. Article Number (Transfer
9589 0710 52

PS Form 3811, July 202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Jeder Mocki                        4/22/26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

## 9589071052702824549762

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:11 am on April 21, 2025 in WASHINGTON, DC 20022.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20022
April 21, 2025, 4:11 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-pa    a e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 95890710527028245549335

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:49 am on April 21, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20410
April 21, 2025, 8:49 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-paae)**

Feedback

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

## 9589071052702824549724

**Copy**      **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to an individual at the address at 8:29 am on April 21, 2025 in WASHINGTON, DC 20436.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20436
April 21, 2025, 8:29 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-pa    a  e)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES PATENT AND
TRADEMARK OFFICE 600 Dulany
Street, Alexandria, VA 22314

9590 9402 9408 5002 5504 84

2. Article Number (Transfer f

9589 0710 527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Elijah          ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Elijan                               4/17/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below.          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation

PS Form 3811, July 2020

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF THE UNITED STATES
TRADE REPRESENTATIVE 600 17th
Street NW, Washington, DC 20508

9590 9402 9408 5002 5503 23

2. Article Number (Transfer from service label)

9589 07

PS Form 381

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

## 9589071052702824549564

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:04 am on April 24, 2025 in WASHINGTON, DC 20500.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK T. UYEDA Acting Chairman of the Securities and Exchange Commission 100 F Street NE, Washington, DC 20549

9590 9402 9408 5002 5501 94

2. Article Number (Transfer from service label)
7589 0710

PS Form 3811, J

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Har_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
David Handon    4-21-25

SEC Mail Processing

APR 2 1 2025

Washington, DC

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF VETERANS
AFFAIRS 810 Vermont Avenue NW,
Washington, DC 20420

9590 9402 9408 5002 5504 53

2. Article Number (Transfer from service label)

9589 0710 5270 2824 5497 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Received
APR 21 2025

Office of General Counsel 02

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUSSELL T. VOUGHT Director of The
U.S. Office of Management and
Budget 725 17th Street NW,
Washington, DC 20503

9590 9402 9408 5002 5501 87

2. Article Number *(Transfer from service label)*

9589 071

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                                          ☐ Agent
                                           ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery    ☐ Registered Mail™
☐ Certified Mail®                        ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery     ☐ Signature Confirmation™
☐ Collect on Delivery                    ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery

PS Form 3811,

# USPS Tracking®

FAQs >

Tracking Number:                                                                    Remove ✕

## 9589071052702824549533

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:04 am on April 24, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LEE M. ZELDIN Administrator of the
Environmental Protection Agency
1200 Pennsylvania Avenue NW,
Washington, DC 20460

9590 9402 9408 5002 5501 18

2. Article Number (Transfer from service label)
589 0710 5270 2824 5494 03

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 2 1 20

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

## 9589071052702824549373

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:49 am on April 21, 2025 in WASHINGTON, DC 20585.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20585
April 21, 2025, 9:49 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**                                                          ⌄

---

**USPS Tracking Plus®**                                                            ⌄

---

**Product Information**                                                            ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers