# EXHIBIT C

9589 0710 5270 2824 5496 56

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

DEPARTMENT OF STATE
Suite 5.600, 600 19th Street NW,
Washington, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5497 93

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

BUNKER HILL STATION LOS ANGELES APR 14 2025

U.S. DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Avenue NW,
Washington, DC 20420

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5494 27

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

TULSI GABBARD
U.S. Director of National Intelligence
Office of the Director of National Intelligence,
Office of General Counsel,
Washington, DC 20511

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5493 42

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

HOWARD LUTNICK
Secretary of Commerce
1401 Constitution Avenue NW,
Washington, DC 20230

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5494 96

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

COKE MORGAN STEWART
Acting Under Secretary of Commerce for Intellectual Property
600 Dulany Street,
Alexandria, VA 22314

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5494 72

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

STATION LOS ANGELES, CA 90071 USPS 2025

SCOTT BESSENT
Secretary of the Treasury
1500 Pennsylvania Avenue NW,
Washington, DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 19

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — LOS ANGELES, CA 90071 USPS — APR 14 2025 — BUNKER HILL STATION

AMY A. KARPEL
Chair of the U.S. International Trade Commission
500 E Street SW,
Washington, DC 20436

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5496 18

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — LOS ANGELES, CA 90071 USPS — APR 14 2025 — BUNKER HILL STATION

DEPARTMENT OF LABOR
200 Constitution Avenue NW,
Washington, DC 20210

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5496 70

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — LOS ANGELES, CA 90071 USPS — APR 14 2025 — BUNKER HILL STATION

PAMELA J. BONDI
Attorney General of the United States
950 Pennsylvania Avenue NW,
Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 02

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — LOS ANGELES, CA 90071 USPS — APR 14 2025 — BUNKER HILL STATION

ANDREW N. FERGUSON
Chairman of the Federal Trade Commission
600 Pennsylvania Avenue NW,
Washington, DC 20580

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5493 11

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — BUNKER HILL STATION — APR 14 2025 — LOS ANGELES

JAMIESON GREER,
United States Trade Representative
600 17th Street NW,
Washington, DC 20508

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 64

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — LOS ANGELES, CA 90071 USPS — APR 14 2025 — BUNKER HILL STATION

OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE
600 17th Street NW,
Washington, DC 20508

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com*®.
OFFICIAL USE
9589 0710 5270 2824 5498 30
Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
LOS ANGELES, CA 90071 USPS APR 14 2025 BUNKER HILL STATION
ANDREA R. LUCAS
Acting Chair of the Equal Employment Opportunity Commission
131 M Street NE,
Washington, DC 20507
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com*®.
OFFICIAL USE
9589 0710 5270 2824 5497 31
Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
LOS ANGELES, CA 90071 USPS APR 14 2025 BUNKER HILL STATION
FEDERAL TRADE COMMISSION,
600 Pennsylvania Avenue NW,
Washington, DC 20580
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com*®.
OFFICIAL USE
9589 0710 5270 2824 5493 28
Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
LOS ANGELES, CA 90071 USPS APR 14 2025 BUNKER HILL STATION
KELLY LOEFFLER
Administrator of the U.S. Small
Business Administration
409 Third Street SW,
Washington, DC 20416
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com*®.
OFFICIAL USE
9589 0710 5270 2824 5497 17
Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
LOS ANGELES, CA 90071 USPS APR 14 2025 STATION
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE,
Washington, DC 20549
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com*®.
OFFICIAL USE
9589 0710 5270 2824 5497 48
Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
LOS ANGELES, CA 90071 USPS APR 14 2025 BUNKER HILL STATION
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
131 M Street NE,
Washington, DC 20507
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com*®.
OFFICIAL USE
9589 0710 5270 2824 5495 95
Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
CA 90071 USPS APR 14 2025 BUNKER HILL STATION
DEPARTMENT OF COMMERCE
1401 Constitution Avenue NW,
Washington, DC 20230
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5498 23

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS
APR 14 2025
BUNKER HILL STATION

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
Office of General Counsel,
Washington, DC 20511

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5497 00

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS
APR 14 2025
BUNKER HILL STATION

OFFICE OF MANAGEMENT AND BUDGET
725 17th Street NW,
Washington, DC 20503

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5497 79

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS
APR 14 2025
BUNKER HILL STATION

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue SW,
Washington, DC 20201

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 57

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS
APR 14 2025
BUNKER HILL STATION

DEPARTMENT OF THE INTERIOR
1849 C Street NW,
Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5496 32

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS
APR 14 2025
BUNKER HILL STATION

ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue NW,
Washington, DC 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 40

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
APR 14 2025

DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue SE,
Washington, DC 20590

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions





9589 0710 5270 2824 5493 80

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS BUNKER HILL STATION APR 14 2025

MARCO RUBIO
Secretary of State
Suite 5.600, 600 19th Street NW,
Washington DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 33

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION APR 14 2025 USPS

RUSSELL T. VOUGHT
Director of The U.S. Office of Management and Budget
725 17th Street NW,
Washington, DC 20503

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5493 59

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS BUNKER HILL APR 14 2025

BROOKE L. ROLLINS
Secretary of Agriculture
1400 Independence Avenue SW,
Washington, DC 20250

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5495 71

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS BUNKER HILL STATION APR 14 2025

SMALL BUSINESS ADMINISTRATION
409 Third Street SW,
Washington, DC 20416

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5494 10

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS BUNKER HILL STATION APR 14 2025

JOHN L. RATCLIFFE
Director of the Central Intelligence Agency
Litigation Division,
Office of General Counsel,
Central Intelligence Agency,
Washington, DC 20505

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5497 62

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
LOS ANGELES, CA 90071 USPS BUNKER HILL APR 14 2025

DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW,
Washington, DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions








9589 0710 5270 2824 5493 66

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

LORI CHAVEZ-DEREMER
Secretary of Labor
200 Constitution Avenue NW,
Washington, DC 20210

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5493 04

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

DOUG BURGUM
Secretary of the Interior
1849 C Street NW,
Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5498 16

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

CENTRAL INTELLIGENCE AGENCY
Litigation Division, Office of General Counsel,
Washington, DC 20505

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5494 58

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION LOS ANGELES, CA 90071 APR 14 2025

ROBERT F. KENNEDY, JR.
200 Independence Avenue SW,
Washington, DC 20201

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5493 97

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION LOS ANGELES, CA 90071 USPS APR 14 2025

KRISTI NOEM
Secretary of Homeland Security
2707 Martin Luther King Jr Avenue SW, Mail Stop 0485,
Washington, DC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2824 5494 34

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
BUNKER HILL STATION LOS ANGELES, CA 90071 APR 14 2025

DOUGLAS A. COLLINS
Secretary of Veterans Affairs
Department of Veterans Affairs
810 Vermont Avenue NW, Washington, DC 20420

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 2824 5493 35
SCOTT TURNER
Secretary of Housing and Urban Development
451 Seventh Street SW,
Washington, DC 20410
PS Form 3800, January 2023 PSN 7530-02-000-9047

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 2824 5494 65
PETER B. HEGSETH
U.S. Department of Defense
1000 Defense Pentagon,
Washington, DC 20301
PS Form 3800, January 2023 PSN 7530-02-000-9047

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 2824 5495 88
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 Seventh Street NW,
Washington, DC 20410
PS Form 3800, January 2023 PSN 7530-02-000-9047

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 2824 5497 55
UNITED STATES PATENT AND TRADEMARK OFFICE
600 Dulany Street,
Alexandria, VA 22314
PS Form 3800, January 2023 PSN 7530-02-000-9047

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 2824 5496 25
DEPARTMENT OF ENERGY
1000 Independence Avenue SW,
Washington, DC 20585
PS Form 3800, January 2023 PSN 7530-02-000-9047

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 2824 5496 01
DEPARTMENT OF AGRICULTURE
1400 Independence Avenue SW,
Washington, DC 20250
PS Form 3800, January 2023 PSN 7530-02-000-9047

9589 0710 5270 2824 5497 86

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

LOS ANGELES, CA 90071 USPS APR 1 2025

U.S. DEPARTMENT OF DEFENSE
1000 Defense Pentagon,
Washington, DC 20301

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions