IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Case No.: 1:25-cv-01107<br>Judge Loren L. AliKhan |

**AFFIDAVIT OF MAILING**

I, Jeremy S. Kreisberg, hereby state that, pursuant to the Court's Order of May 8 (ECF No. 176) adopting streamlined procedures in the event of an amended complaint, on May 14, 2025, Plaintiff's amended complaint (ECF No. 178) and the summons issued on May 13, 2025 (ECF No. 182) were served on counsel for Defendants, Mr. Lawson, by email.  Mr. Lawson accepted service on behalf of all new defendants with the exception of a list of defendants provided by Mr. Lawson on May 29, 2025.  The list provided by Mr. Lawson is attached as Exhibit A.

I further state that on May 30, 2025, I caused to be deposited in the United States Mail copies of the amended complaint and summons in the above-captioned case, certified delivery, postage prepaid, return receipt requested, restricted delivery, addressed to the defendants identified by Mr. Lawson in Exhibit A, at the addresses provided by Mr. Lawson in Exhibit A.  The status of delivery to those defendants is provided in Exhibit B.  Proofs of delivery are contained in Exhibit C.  Proofs of mailing are contained in Exhibit D.

I further state that, out of an abundance of caution, on June 5, 2025, I caused to be deposited in the United States Mail copies of the amended complaint and summons in the above-captioned

case, certified delivery, postage prepaid, return receipt requested, restricted delivery, addressed to the agency officials named as defendants serving at the agencies identified by Mr. Lawson in Exhibit A, with the exception of those officials who were previously served with the amended complaint through CM/ECF. The status of delivery to those agency officials is provided in Exhibit E. Proofs of delivery are contained in Exhibit F. Proofs of mailing are contained in Exhibit G.

I will provide supplementary proofs of delivery when additional deliveries are confirmed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2025	Respectfully submitted,

*/s/* Jeremy S. Kreisberg
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Jeremy.Kreisberg@mto.com

*Attorneys for Susman Godfrey LLP*