AGENCIES PENDING RESPONSE ON DOJ ACCEPTING SERVICE

Richard, below is a list of agencies and their addresses that have not yet responded regarding whether they object to the Department of Justice accepting service on their behalf:

- U.S. Patent and Trademark Office (600 Dulany St. Alexandria, VA 22314)

- Central Intelligence Agency (1000 Colonial Farm Rd, Mclean, VA 22101)

- Department of Homeland Security (2701 Martin Luther King Jr. Avenue SE Washington, DC 20528)

- Office of the U.S. Trade Representative (600 17th Street NW Washington, DC 20508)

- Commission of Fine Arts (401 F Street NW, Suite 312 Washington, DC 20001-2728)

- Council of Inspectors General on Integrity and Efficiency (1750 H Street NW, Suite 825 Washington, DC 20006)

- Denali Commission (550 W 7th Avenue, Suite 1230 Anchorage, AK 99501)

- Federal Retirement Thrift Investment Board (77 K Street NE, Suite 1000 Washington, DC 20002)

- Kennedy Center (2700 F Street NW Washington, DC 20566)

- National Oceanic and Atmospheric Administration (1401 Constitution Avenue NW Room 5128 Washington, DC 20230)

- Occupational Safety and Health Administration (200 Constitution Avenue NW Washington DC 20210)

- Office of Science and Technology Policy (1650 Pennsylvania Avenue NW Washington, DC 20504)

- Presidio Trust (103 Montogomery Street San Francisco, CA 94129)

- Selective Service System (1515 Wilson Blvd., Suite 600, Arlington, VA 22209)

- U.S. Agency for Global Media (330 Independence Avenue SW Washington, DC 20237)

- U.S. Coast Guard (2703 Martin Luther King Jr. Avenue SE Washington, DC 20593)

- U.S. Commission on Civil Rights (1331 Pennsylvania Ave NW, Suite 1150 Washington, DC)

- U.S. Customs and Border Protection (1300 Pennsylvania Avenue NW Washington, DC 20229)

- U.S. Election Assistance Commission (633 3rd Street NW, Suite 200 Washington DC 20001)

- U.S. Immigration and Customs Enforcement (500 12th Street SW Washington, DC 20536)

- U.S. Secret Service (245 Murray Lane SW Building T-5 Washington, DC 20223)

- U.S. Transportation Security Administration (6595 Springfield Center Drive Springfield, VA 22150)