**EXHIBIT B**

| Defendant | Certified Mail Tracking Number | Date of Delivery |
|---|---|---|
| Department of Homeland Security | Served through CM/ECF | 5/9/2025 |
| Central Intelligence Agency | Served through CM/ECF | 5/9/2025 |
| Office of the U.S. Trade Representative | Served through CM/ECF | 5/9/2025 |
| Patent and Trademark Office | Served through CM/ECF | 5/9/2025 |
| Council of Inspectors General on Integrity and Efficiency | 9589 0710 5270 2821 7656 22 | 6/4/2025 |
| Immigration and Customs Enforcement | 9589 0710 5270 2821 7654 86 | 6/5/2025 |
| Commission of Fine Arts | 9589 0710 5270 2821 7656 39 | |
| Secret Service | 9589 0710 5270 2821 7654 79 | |
| Denali Commission | 9589 0710 5270 2821 7656 15 | 6/5/2025 |
| Commission on Civil Rights | 9589 0710 5270 2821 7655 16 | 6/9/2025 |
| Election Assistance Commission | 9589 0710 5270 2821 7654 93 | 6/5/2025 |
| Customs and Border Protection | 9589 0710 5270 2821 7655 09 | 6/9/2025 |
| Kennedy Center | 9589 0710 5270 2821 7655 92 | 6/4/2025 |
| Presidio Trust | 9589 0710 5270 2821 7655 54 | 6/3/2025 |
| Occupational Safety and Health Administration | 9589 0710 5270 2821 7655 78 | 6/9/2025 |
| Agency for Global Media | 9589 0710 5270 2821 7655 30 | 6/4/2025 |
| National Oceanic and Atmospheric Administration | 9589 0710 5270 2821 7655 85 | 6/9/2025 |
| Office of Science and Technology Policy | 9589 0710 5270 2821 7655 61 | 6/10/2025 |
| Coast Guard | 9589 0710 5270 2821 7655 23 | 6/9/2025 |
| Transportation Security Administration | 9589 0710 5270 2821 7654 62 | |
| Federal Retirement Thrift Investment Board | 9589 0710 5270 2821 7656 08 | 6/5/2025 |
| Selective Service System | 9589 0710 5270 2821 7655 47 | 6/5/2025 |