



Certified Mail Receipts:

- Office of the U.S. Trade Representative, 600 17th Street NW, Washington, DC 20508
- Kennedy Center, 2700 F Street NW, Washington, DC 20566
- U.S. Election Assistance Commission, 633 3rd Street NW, Suite 200, Washington DC 20001
- U.S. Patent and Trademark Office, 600 Dulany St., Alexandria, VA 22314
- U.S. Commission on Civil Rights, 1331 Pennsylvania Ave NW, Suite 1150, Washington, DC
- U.S. Customs and Border Protection, 1300 Pennsylvania Avenue NW, Washington, DC 20229



Receipts shown:
- U.S. Agency for Global Media, 330 Independence Avenue SW, Washington, DC 20237 — Fee $4.85, $4.10, Postage $14.25, Total $23.20
- U.S. Coast Guard, 2703 Martin Luther King Jr. Avenue SE, Washington, DC 20593 — Fee $4.85, $4.10, Postage $14.25, Total $23.20
- Occupational Safety and Health Administration, 200 Constitution Avenue NW, Washington DC 20210 — Fee $4.85, $4.10, Postage $14.25, Total $23.20
- Office of Science and Technology Policy, 1650 Pennsylvania Avenue NW, Washington, DC 20504 — Fee $4.85, $4.10, Postage $14.25, Total $23.20
- Presidio Trust, 103 Montogomery Street, San Francisco, CA 94129 — Fee $4.85, $4.10, Postage $9.90, Total $18.85
- National Oceanic and Atmospheric Administration, 1401 Constitution Avenue NW Room 5128, Washington, DC 20230 — Fee $4.85, $4.10, Postage $14.25, Total $23.20

All postmarked Bunker Hill Station, Los Angeles, CA 90071, May 30 2025.

Case 1:25-cv-01107-LLA    Document 205-4    Filed 06/10/25    Page 4 of 4

