**EXHIBIT E**

| Defendant | Certified Mail Tracking Number | Date of Delivery |
|---|---|---|
| Billie Tsien, in her official capacity as Chairperson of the Commission of Fine Arts | 9589 0710 5270 1472 8120 13 | |
| Deidre Harrison, in her official capacity as Executive Chair of the Council of Inspectors General on Integrity and Efficiency | 9589 0710 5270 0071 7640 37 | 6/10/2025 |
| Julie E. Kitka, in her official capacity as Federal Co-Chair of the Denali Commission | 7016 1370 0001 4996 9605 | 6/9/2025 |
| Dana Bilyeu, in her official capacity as Acting Chair of the Federal Retirement Thrift Investment Board | 7016 1370 0001 4996 9599 | 6/10/2025 |
| Richard Grenell, in his official capacity as President of the Kennedy Center | 7016 2710 0000 6153 6375 | 6/10/2025 |
| Laura Grimm, in her official capacity as Administrator of the National Oceanic and Atmospheric Administration | 7016 1370 0001 4996 9612 | |
| Amanda Wood Laihow, in her official capacity as Acting Assistant Secretary of Labor for Occupational Safety and Health | 7015 0640 0004 6780 3742 | 6/10/2025 |
| Michael Kratsios, in his official capacity as Director of the Office of Science and Technology Policy | 7015 0640 0004 6780 3735 | |
| Mark W. Buell, in his official capacity as Chair of the Presidio Trust | 7015 0640 0004 6780 3759 | 6/9/2025 |
| Craig T. Brown, in his official capacity as Acting Director of the Selective Service System | 7016 1370 0001 4996 4389 | 6/10/2025 |

**EXHIBIT E**

| | | |
|---|---|---|
| Victor Morales, in his official capacity as Acting Chief Executive Officer of the U.S. Agency for Global Media | 7016 1370 0001 4996 4396 | |
| Kevin E. Lunday, in his official capacity as Commandant of the U.S. Coast Guard | 7016 1370 0001 4996 4402 | 6/10/2025 |
| Rochelle Garza, in her official capacity as Chair of the U.S. Commission on Civil Rights | 7016 2710 0000 6153 6474 | 6/10/2025 |
| Pete R. Flores, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection | 7016 1370 0001 4996 4419 | 6/10/2025 |
| Donald L. Palmer, in his official capacity as Chairman of the U.S. Election Assistance Commission | 7016 1370 0001 4996 4426 | 6/10/2025 |
| Todd M. Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement | 7016 1370 0001 4996 4433 | 6/10/2025 |
| Sean M. Curran, in his official capacity as Director of the U.S. Secret Service | 7016 1370 0001 4996 4440 | 6/10/2025 |
| Ha Nguyen McNeill, in his official capacity as Acting Administrator of the U.S. Transportation Security Administration | 7016 2710 0000 6153 6467 | |