# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70161370000149969599

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:49 am on June 10, 2025 in WASHINGTON, DC 20002.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20002
June 10, 2025, 11:49 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70161370000149964389

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:32 pm on June 10, 2025 in ARLINGTON, VA 22209.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

ARLINGTON, VA 22209
June 10, 2025, 1:32 pm

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70150640000467803759

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 3:12 pm on June 9, 2025 in SAN FRANCISCO, CA 94129.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94129
June 9, 2025, 3:12 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Feedback

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70161370000149964440

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:31 pm on June 10, 2025 in WASHINGTON, DC 20223.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20223
June 10, 2025, 12:31 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 7016 1370 0001 4996 4419

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:26 pm on June 10, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20229
June 10, 2025, 12:26 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70162710000061536474

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:56 pm on June 10, 2025 in WASHINGTON, DC 20425.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20425
June 10, 2025, 12:56 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ˅

USPS Tracking Plus®  ˅

Product Information  ˅

See Less ︿

**Track Another Package**

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70162710000061536375

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on June 10, 2025 in WASHINGTON, DC 20566.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20566
June 10, 2025, 11:40 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates       ⌄

USPS Tracking Plus®        ⌄

Product Information        ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052700071764037

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:55 pm on June 10, 2025 in WASHINGTON, DC 20006.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20006
June 10, 2025, 1:55 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70161370000149969605

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:09 pm on June 9, 2025 in ANCHORAGE, AK 99501.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

ANCHORAGE, AK 99501
June 9, 2025, 1:09 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                              ⌄

USPS Tracking Plus®                              ⌄

Product Information                              ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70150640000467803742

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:14 pm on June 10, 2025 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20210
June 10, 2025, 12:14 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates     ⌄

USPS Tracking Plus®     ⌄

Product Information     ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers

Feedback

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70161370000149964402

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:28 pm on June 10, 2025 in WASHINGTON, DC 20593.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20593
June 10, 2025, 12:28 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 7016 1370 0001 4996 4433

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:27 pm on June 10, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20536
June 10, 2025, 12:27 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

Feedback

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70161370000149964426

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on June 10, 2025 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20001
June 10, 2025, 1:28 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃

Feedback

Track Another Package

[ Enter tracking or barcode numbers ]