

Case 1:25-cv-01107-LLA    Document 205-7    Filed 06/10/25    Page 2 of 3



