UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP,

    *Plaintiff*,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

    *Defendants*.

Civil Action No. 25 - 1107 (LLA)

## ORDER

Upon consideration of Defendants' Motion to Dismiss, ECF No. 180; Plaintiff's Motion for Summary Judgment, ECF No. 181; and the entire record herein; and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 180, is **DENIED**. It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 181, is **GRANTED**, and judgment is entered for Plaintiff on Counts I through IV and VI through IX of the Amended Complaint, ECF No. 178. It is further

**DECLARED** that Executive Order No. 14,263, 90 Fed. Reg. 15615 (Apr. 15, 2025), entitled "Addressing Risks from Susman Godfrey," is unconstitutional and therefore null and void. It is further

**ORDERED** that:

(1)    Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving effect to Executive

Order 14,263 in any way;

(2) Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are **PERMANENTLY ENJOINED** from relying on or using in any way or for any purpose, or otherwise taking any action based upon, the statements laid out in Section 1 of Executive Order 14,263, including but not limited to in any interactions with Plaintiff, Plaintiff's clients, or government contractors; or with employees or other personnel of Plaintiff, Plaintiff's clients, or government contractors;

(3) Defendants U.S. Department of Justice and Pamela Bondi, in her official capacity as U.S. Attorney General, are **DIRECTED** to:

    (a) provide a copy of this Order to all Defendants, departments, agencies, and other entities subject to Executive Order 14,263; any other departments, agencies, and entities that received Executive Order 14,263 or guidance related to Executive Order 14,263; and the respective officers, staff, employees, and independent contractors of any of the foregoing;

    (b) direct the recipients to comply with the terms of this Order;

    (c) notify all recipients that they are bound by the court's order, under penalty of contempt; and

    (d) provide counsel for Plaintiff with a copy of such communication(s);

(4) Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to rescind all formal or informal guidance or other direction provided to officers, staff, employees, or contractors of the federal government to communicate, effectuate, implement,

or enforce Executive Order 14,263, including Sections 2 and 4 that were not subject to this court's Temporary Restraining Order, ECF No. 15;

(5) Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to immediately notify all officers, staff, employees, and contractors subject to Executive Order 14,263 that Executive Order 14,263 is unlawful, null and void in its entirety and therefore should be disregarded, including all prior formal or informal advice, opinions, or direction previously received or communicated to effectuate, implement, or enforce Executive Order 14,263, and that all departments, agencies, officers, staff, employees, and contractors of the federal government should carry on with their ordinary course of business with Susman Godfrey LLP,[1] its personnel, its clients, and its clients' personnel known or believed by them to be associated with Susman Godfrey LLP, as if Executive Order 14,263 had not issued;

(6) Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are **DIRECTED** to immediately (a) communicate to every recipient of a formal or informal request for disclosure of any relationship with Susman Godfrey LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14,263, that such request is permanently rescinded; and (b) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14,263;

(7) Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are

---

[1] For purposes of this Order, Susman Godfrey LLP includes any affiliates, predecessors, successors, assigns, directors, officers, partners, employees, and agents.

3

**DIRECTED** to cease any security clearance review, made pursuant to Sections 1 or 2(a) of Executive Order 14,263, and to reverse any suspension or revocation of any active security clearances, made pursuant to Sections 1 or 2(a) of Executive Order 14,263;

(8) Defendants the Office of Management and Budget and Russell Vought, in his official capacity as director of the Office of Management and Budget, are **DIRECTED** to identify all government goods, property, material, and services, provided for the benefit of Susman Godfrey LLP, that were previously identified pursuant to Section 2(b) of Executive Order 14,263, and to immediately issue direction to the relevant heads of agencies and departments that they are to reverse any cessation of the provision of such material or services, if such cessation was done pursuant to Executive Order 14,263;

(9) Defendants U.S. Department of Justice; Pamela Bondi in her official capacity as U.S. Attorney General; Equal Employment Opportunity Commission; and Andrea R. Lucas, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission, are **DIRECTED** to immediately cease any investigation of Susman Godfrey LLP made pursuant to Section 4 of Executive Order 14,263, and to withdraw any requests for information from Susman Godfrey LLP or other investigative steps made pursuant to Section 4 of Executive Order 14,263;

(10) Defendants, departments, agencies, and other entities subject to Executive Order 14,263, as well as their officers, agents, servants, employees, and attorneys, are **ORDERED** that they must act in good faith to take such other steps as are necessary to prevent the implementation or enforcement of Executive Order 14,263 and to reverse any implementation or enforcement of Executive Order 14,263 that has occurred or is occurring; and

(11) Defendants are **ORDERED** to file a status report within two business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance

with its requirements; and it is further

(12)   **ORDERED** that this court shall retain jurisdiction to enforce or modify this Order.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: June 27, 2025