IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et* al., <br><br> Defendants. | Civil Action No. 25-1107 (LLA) |

### DEFENDANTS' STATUS REPORT

On June 26, 2025, this Court entered an Order denying Defendants' Motion to Dismiss and Granting Plaintiff's Motion for Summary Judgment. ECF No. 207. As part of this Order, the Court directed Defendants "to file a status report within two business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements." ECF No. 207 at 4. Defendants hereby submit this status report certifying compliance with the Order. Specifically, pursuant to the Court's Order notice was distributed to agencies subject to Executive Order 14263. The notice found at Exhibit A was provided to each agency.

Dated: July 1, 2025
      Washington, D.C.

Respectfully submitted,

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*