To: Agencies Subject to Executive Order 14263, "Addressing Risks from Susman Godfrey"

From: Attorney General Pam Bondi, United States Department of Justice

Date: July 1, 2025

Subject: Notice of Final Judgment / Permanent Injunction in *Susman Godfrey LLP v. Executive Office of the President, et al.*, No. 25-cv-1107, Dist. of Columbia District Court

---

This notice is to inform you of an Order entered on Friday, June 27, 2025, in the above captioned case. Pursuant to the court's Order (a copy of which is attached, along with the E.O.), the Department of Justice is to notify entities subject to the E.O. that they are to comply with the terms of the Order.

The position of the Executive Branch is that issuance of Executive Order 14263 was lawful and implementing its directives permissible, and the Department of Justice is reviewing all potential avenues of appeal of the court's Order. Until such time as a subsequent court order provides otherwise, it is important to comply with the terms of the court's Order as any failure to do so may result in a penalty of contempt.