IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSMAN GODFREY LLP,

*Plaintiff,*

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-01107-LLA

**MOTION FOR WITHDRAWAL OF ATTORNEY CARMEN IGUINA GONZÁLEZ**

Carmen Iguina González of Hecker Fink LLP hereby moves to withdraw as attorney of record for Amici Curiae Senior Government Officials because Ms. Iguina González is departing Hecker Fink LLP. David Patton, Sean Hecker, Marshall L. Miller, Joshua A. Matz, Michael Ferrara, Mack Jenkins, Matthew J. Craig, David Gopstein, John C. Quinn, Julie E. Fink, Jenna M. Dabbs, Kate L. Doniger, Shawn G. Crowley, Gabrielle E. Tenzer, Trisha Anderson, and Amy Jeffress will continue to represent amici in this matter.

By: */s/ Carmen Iguina González*
Carmen Iguina González, Bar No. 1644730
HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883

*Attorney for Amici Curiae Senior Government Officials*

DATED: August 1, 2025
Washington, DC