IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSMAN GODFREY LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01107-LLA |

### [PROPOSED] ORDER

Having considered the Motion for Withdrawal of Attorney Carmen Iguina González, for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Carmen Iguina González is withdrawn as counsel of record for Amici Curiae Senior Government Officials.

Dated: _____

_____
Hon. Loren L. AliKhan, U.S.D.J.