# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Susman Godfrey LLP**

vs.                                    Civil Action No. **25-1107**

Defendant: **Executive Office of the President**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __22__ day of __August__ 20__25__, that Defendants Executive Office of the President et al.

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __27__ day of __June__, 20__25__, in favor of __Plaintiff__

against said __Defendants__

Attorney/Pro Se Party Signature: _[signature]_

Name: Richard Lawson

Address: 950 Pennsylvania Ave NW

Washington DC

Telephone: (__202__) __445-8042__

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017